IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

Animal Welfare Institute, et al.

         Plaintiff(s)

vs.

Beech Ridge Energy LLC, and Invenergy Wind LLC

         Defendant(s)

Case No.: RWT 09 CV 1519

FILED U.S. DISTRICT COURT DISTRICT OF MARYLAND
2009 JUN 10  A 11: 19
CLERK'S OFFICE AT GREENBELT

******

## MOTION FOR ADMISSION *PRO HAC VICE*

I, William K. Meyer, am a member in good standing of the bar of this Court. My bar number is 01214 (Fed. Bar No.). I am moving the admission of Eric R. Glitzenstein to appear *pro hac vice* in this case as counsel for Plaintiffs.

We certify that:

1. The proposed admittee is not a member of the Maryland bar and does not maintain any law office in Maryland

2. The proposed admittee is a member in good standing of the bars of the following State Courts and/or United States Courts:

| State Court & Date of Admission | U.S. Court & Date of Admission |
| --- | --- |
| District of Columbia (Bar No. 358287) - 1982 | D.D.C., Circuit Court of Appeals for the First, Second, Third, Fourth, Sixth, Ninth, and District of Columbia Circuits, U.S. Supreme Court |

3. During the twelve months immediately preceding this motion, the proposed admittee has been admitted *pro hac vice* in this Court 0 times.

4. The proposed admittee has never been disbarred, suspended, or denied admission to practice law in any jurisdiction. (NOTE: If the proposed admittee has been disbarred, suspended, or denied admission to practice law in any jurisdiction, then he/she must submit a statement fully explaining all relevant facts.)

5. The proposed admittee is familiar with the Code of Professional Responsibility, the Federal Rules of Civil and Criminal Procedure, the Federal Rules of Evidence, the Federal Rules of Appellate Procedure and the Local Rules of this Court, and understands he/she shall be subject to the disciplinary jurisdiction of this Court.

6. The proposed admittee understands admission pro hac vice is for this case only and does not constitute formal admission to the bar of this Court.

7. Either the undersigned movant or _____, is also a member of the bar of this Court in good standing, and will serve as co-counsel in these proceedings.

8. **The $50.00 fee for admission *pro hac vice* is enclosed.** (Payment may be made by check or money order payable to: Clerk, United States District Court or by major credit card.)

Respectfully submitted,

| MOVANT | PROPOSED ADMITTEE |
|---|---|
| *signature* | *signature* |
| Signature | Signature |
| William K. Meyer | Eric R. Glitzenstein |
| Printed Name | Printed Name |
| Zuckerman Spaeder LLP | Meyer Glitzenstein & Crystal |
| Firm | Firm |
| 100 East Pratt Street, Suite 2440<br>Baltimore, MD 21202 | 1601 Connecticut Avenue NW, Suite 700<br>Washington, DC 20009 |
| Address | Address |
| (410) 332-1240 | (202) 588-5206 |
| Telephone Number | Telephone Number |
| (410) 659-0436 | (202) 588-5049 |
| Fax Number | Fax Number |
| wmeyer@zuckerman.com | eglitzenstein@meyerglitz.com |
| Email Address | Email Address |