# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Animal Welfare Institute, Mountain Communities for Responsible Energy, David G. Cowan**

**S U M M O N S**

vs.

CIVIL ACTION NO. RWT 09-CV-1519

**Beech Ridge Energy LLC,**
7564 Standish Place, Suite 123,
Rockville, MD 20855,

and  **Invenergy Wind LLC**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

William S. Eubanks II,
Meyer Glitzenstein & Crystal,
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009

an answer to the complaint which is herewith served upon you, within ___20___ days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

Felicia C. Cannon, Clerk

By: _____

**DATE:** 6/11/2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____          *

           vs.                                   *       Civil Action No. _____
                                                          OR
_____          *       Criminal No. _____

\* \* \* \* \* \* \*

**RETURN OF SERVICE**

I served the following documents (check all that apply):

☐ summons
☐ complaint and any attachments
☐ subpoena
☐ other - describe:_____

By (check method of service):

☐ Personal - place served: _____
☐ Certified mail, restricted delivery - attach green card
☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
☐ Other - describe: _____

_____

On (name of person or entity served): _____

Date of service: _____

I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

     Signature of process server:     _____

     Date:                                       _____

     Printed name of process server:  _____

     Address of process server:          _____

                                                                  _____

Phone number of process server: _____

(Rev. 02/2001) Return of Service

# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MARYLAND

**Animal Welfare Institute, Mountain Communities for Responsible Energy, David G. Cowan**

**S U M M O N S**

vs.

CIVIL ACTION NO. RWT 09-CV-1519

**Invenergy Wind LLC,**
7564 Standish Place, Suite 123,
Rockville, MD 20855,

and    **Beech Ridge Energy LLC**

**TO THE ABOVE NAMED DEFENDANT:**

You are hereby summoned and required to serve upon Plaintiff's Attorney, whose address is:

William S. Eubanks II,
Meyer Glitzenstein & Crystal,
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009

an answer to the complaint which is herewith served upon you, within   20   days after service of this summons upon you, exclusive of the date of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint.

Sincerely,

Felicia C. Cannon, Clerk

By: _[signature]_

**DATE:** 6/11/2009

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

_____          *

                       Civil Action No. _____

  vs.                           *             OR

                       Criminal No. _____

_____          *

\* \* \* \* \* \* \*

## RETURN OF SERVICE

I served the following documents (check all that apply):

- ☐ summons
- ☐ complaint and any attachments
- ☐ subpoena
- ☐ other - describe:_____

By (check method of service):

- ☐ Personal - place served: _____
- ☐ Certified mail, restricted delivery - attach green card
- ☐ Left copies at subject's dwelling house or usual place of abode with person of suitable age and discretion residing therein
- ☐ Other - describe: _____

_____

On (name of person or entity served): _____

Date of service: _____

    I declare under penalty of perjury under the laws of the United States that the foregoing information is true and correct.

Signature of process server: _____

Date: _____

Printed name of process server: _____

Address of process server: _____

_____

Phone number of process server: _____

(Rev. 02/2001) Return of Service