**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

| | |
|---|---|
| **ROGER W. TITUS**<br>**UNITED STATES DISTRICT JUDGE** | **6500 CHERRYWOOD LANE**<br>**GREENBELT, MARYLAND   20770**<br>**301-344-0052** |

## M E M O R A N D U M

TO:        Counsel of Record

FROM:   Judge Roger W. Titus

RE:        *Animal Welfare Institute v. Beech Ridge Energy LLC*
             Civil Case No. 09-1519

DATE:    July 13, 2009

******

      The Court will conduct a telephone status conference with the parties at 2:00 p.m. on Tuesday, July 14, 2009.  During this conference, the Court will discuss scheduling issues related to Plaintiffs' Motion for a Preliminary Injunction and will set a date for the hearing.  The Plaintiffs are instructed to initiate the call.

      Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                                                                           /s/
                                                       ROGER W. TITUS
                                                       UNITED STATES DISTRICT JUDGE