## UNITED STATES DISTRICT COURT
## DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND  20770  
301-344-0052

## M E M O R A N D U M

TO:   Counsel of Record

FROM:   Judge Roger W. Titus

RE:   *Animal Welfare Institute v. Beech Ridge Energy LLC*  
Civil Case No. 09-1519

DATE:   July 14, 2009

\* \* \* \* \* \* \* \* \* \* \*

The Court conducted a telephone status conference with the parties at 2:00 p.m. on Tuesday, July 14, 2009.  During the conference, the Court took the following actions:

1. The deadlines for (1) joint request for early settlement/ADR conference, (2) initial report regarding unanimous consent to proceed before a United States Magistrate Judge, and (3) conference regarding discovery of electronically stored information are **EXTENDED** to August 4, 2009.

2. Defendants are **ORDERED** to file their Opposition, if any, to Plaintiffs' Motion for a Preliminary Injunction and Request for Oral Argument [Paper No. 16] on or before **July 27, 2009.**

3. Plaintiffs are **ORDERED** to file their Reply, if any, on or before **August 4, 2009**.

4. The Court will conduct a hearing on Plaintiffs' Motion for a Preliminary Injunction and Request for Oral Argument [Paper No. 16] on **Tuesday, August 11, 2009, at 9 a.m.**

5. Counsel are **ORDERED** to file a joint report on or before **August 4, 2009,** regarding their consent to treat the Tuesday, August 11, 2009 as one on the merits pursuant to Fed. R. Civ. P. 65(a)(2).

  The Court reminds the parties and counsel that, upon the request of either side, a further telephone status conference may be scheduled by contacting chambers directly.

  Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

                      /s/
                   Roger W. Titus
                   United States District Judge