**United States District Court**
**for the District of Maryland**

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, et al.,  )<br>  )<br>           Plaintiffs,           )<br>  )<br>  v.                             )<br>  )<br>BEECH RIDGE ENERGY LLC, et al.,   )<br>  )<br>           Defendants.            ) | Civ. No. 09-1519 (RWT) |

**PLAINTIFFS' ANSWER TO DEFENDANTS' COUNTERCLAIM**
**FOR ATTORNEYS FEES AND COSTS**

1. In response to Paragraph 1 of the Counterclaim, Plaintiffs state that the statutory provision speaks for itself and is the best evidence of its content.

2. In response to Paragraph 2 of the Counterclaim, Plaintiffs state that their Complaint speaks for itself and is the best evidence of its content.

3. In response to Paragraph 3 of the Counterclaim, Plaintiffs state that Defendants are not entitled to relief under the law or facts, and therefore deny this allegation.

4. Plaintiffs deny each and every allegation of the Counterclaim not expressly admitted herein.

**AFFIRMATIVE DEFENSES**

1. The Counterclaim fails to state a claim upon which relief can be granted;

2. The claim asserted is premature and does not constitute a cause of action in any event; and

3.      The Counterclaim is barred by Defendants' own conduct as set forth in the Complaint and by equitable doctrines including estoppel, because Defendants proceeded with harmful land clearing and construction of their industrial wind project with the awareness and understanding that these actions would occur in Indiana bat habitat.

                Respectfully submitted,

                /s/ William S. Eubanks II
                William S. Eubanks II
                (admitted *Pro hac vice*)
                (No. 93342)
                Meyer Glitzenstein & Crystal
                1601 Connecticut Avenue, NW
                Suite 700
                Washington, DC 20009
                (202) 588-5206
                (202) 588-5049 (fax)
                beubanks@meyerglitz.com

                /s/ Eric R. Glitzenstein
                Eric R. Glitzenstein
                (admitted *Pro hac vice*)
                (No. 93343)
                Meyer Glitzenstein & Crystal
                1601 Connecticut Avenue, NW
                Suite 700
                Washington, DC 20009
                (202) 588-5206
                (202) 588-5049 (fax)
                eglitzenstein@meyerglitz.com

                /s/ William K. Meyer
                William K. Meyer

(Federal Bar No. 01214)
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-1240
(410) 659-0436 (fax)
wmeyer@zuckerman.com