# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**                                                            **6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**                                **GREENBELT, MARYLAND   20770**
                                                                                          **301-344-0052**

## M E M O R A N D U M

TO:         Counsel of Record

FROM:     Judge Roger W. Titus

RE:         *Animal Welfare Institute, et al. v. Beech Ridge Energy LLC and Invenergy Wind LLC*
            Civil Case No. 09-1519

DATE:     July 30, 2009

* * * * * * * * *

The Court conducted a telephone status conference with the parties at 9:00 a.m. on Thursday, July 30, 2009.  During the conference, the Court took the following actions:

1.     The hearing on the motion for preliminary injunction, previously scheduled for August 11, 2009, is **CANCELLED**.

2.     Pursuant to Federal Rule of Civil Procedure 65(a)(2), the Court will advance the trial on the merits and consolidate it with the hearing on the motion for preliminary injunction.  Trial is scheduled for **October 21, 22, and 23, 2009**.

3.     The deadline for Plaintiffs' Reply in support of their motion for a preliminary injunction, which shall not exceed 35 pages, is **EXTENDED** to **September 25, 2009**.

4.     Defendants are granted leave to file a Surreply addressing issues arising during discovery that were not addressed in their prior pleadings, which shall not exceed 30 pages, on or before **October 9, 2009, at 12:00 p.m.**

5.     Counsel will confer, and jointly submit to the Court proposed changes to the Scheduling Order.

Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

_____/s/_____
Roger W. Titus
United States District Judge
