**UNITED STATES DISTRICT COURT**
**DISTRICT OF MARYLAND**

**ROGER W. TITUS**　　　　　　　　　　　　　　　　　　　　　　　　　　　　**6500 CHERRYWOOD LANE**
**UNITED STATES DISTRICT JUDGE**　　　　　　　　　　　　　　　　　　　　　　**GREENBELT, MARYLAND  20770**
　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　**301-344-0052**

# M E M O R A N D U M

TO:　　　　Counsel of Record

FROM:　　　Judge Roger W. Titus

RE:　　　　*Animal Welfare Institute, et al. v. Beech Ridge Energy LLC and Invenergy Wind LLC*
　　　　　　Civil Case No. RWT 09-1519

DATE:　　　August 7, 2009

　　　　　　　　　　　　　　　　　　　\* \* \* \* \* \* \* \* \*

　　　　The Court conducted a telephone status conference with the parties on August 7, 2009, to discuss issues related to Defendants' proposed turbine construction that were raised in Plaintiffs' motion for expedited clarification and/or modification of the Court's July 30, 2009, Order [Paper No. 29] and Defendants' response thereto [Paper No. 30].

　　　　The Court instructed defense counsel to consult with their clients and determine whether Defendants still intend to pursue turbine construction unrestricted by the limitations outlined in their July 27, 2009, proposal.  If so, the Court may need to revisit its earlier decision to consolidate the preliminary injunction hearing with the trial on the merits, or consider other appropriate relief.

　　　　The Court will conduct a further telephone status conference in this matter on Monday, **August 10, 2009, at 4:00 p.m.** Counsel for the Plaintiffs will initiate the call.

　　　　Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　／s／
　　　　　　　　　　　　　　　　　　　　　　　　　　　　Roger W. Titus
　　　　　　　　　　　　　　　　　　　　　　　　　　　　United States District Judge