United States District Court<br>for the District of Maryland

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, <u>et al.</u>, ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v.  ) | Civ. No. 09-1519 (RWT) |
| ) | |
| BEECH RIDGE ENERGY LLC, <u>et al.</u>, ) | |
| ) | |
| Defendants. ) | |

**JOINT PROPOSED MODIFICATION TO THE COURT'S JULY 30, 2009 ORDER**

Per the Court's July 30, 2009 Order (D.E. 28), the parties hereby submit the following joint proposed modifications to the current scheduling order.  This proposal incorporates both the revised briefing and hearing dates the Court previously ordered and other dates and process on which the parties have agreed for discovery and pretrial proceedings:

**September 25, 2009**   **Plaintiffs' Reply Brief, not to exceed 35 pages, due by 5:00 p.m.**

**October 1, 2009**   **Close of discovery, unless there are exceptional circumstances beyond the parties' control.  If there are any outstanding discovery issues as of October 1, the parties will, by October 2, file a joint statement with the Court identifying any such issues and proposing a process for their resolution.**

**October 9, 2009**   **Defendants' Surreply, not to exceed 30 pages, due by 12:00 p.m.**

**October 12, 2009**   **Plaintiffs provide Defendants with their Exhibit List, Physical Exhibits, Demonstratives, and Proposed Factual and Exhibit**

|  |  |
|---|---|
|  | **Stipulations, by 12:00 p.m.** |
| **October 16, 2009** | **Defendants provide Plaintiffs with their Exhibit List, Physical Exhibits, Demonstratives, and Responses to Proposed Factual and Exhibit Stipulations, by 5:00 p.m.** |
| **October 20, 2009** | **Parties shall submit to the Court stipulations of facts and authenticity and/or admissibility of documents no later than 5:00 p.m.** |
| **October 21-23, 2009** | **Consolidated Trial on Preliminary Injunction Motion and Merits.** |

In accordance with the preceding schedule, the parties have agreed that they will make further Rule 26 expert disclosures and provide any supplemental and/or rebuttal expert statements at least 48 hours before the deposition of each respective expert. In addition, to facilitate the Court's resolution of the case, the parties will endeavor in good faith to stipulate to as many facts as possible, and to agree on the authenticity and/or admissibility of as many documents as possible. The parties will file any factual stipulations as soon as practicable before the commencement of trial, and in any event, no later than 5:00 p.m. on October 20, 2009.

Respectfully submitted,

\_\_\_\_\_/s/_____
William S. Eubanks II (admitted *pro hac vice*)
Eric R. Glitzenstein (admitted *pro hac vice*)
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue NW, Suite 700

Washington, DC 20009
Telephone: (202) 588-5206
Facsimile: (202) 588-5049 (fax)
beubanks@meyerglitz.com
eglitzenstein@meyerglitz.com

    /s/
William K. Meyer
(Federal Bar No. 01214)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Telephone: (410) 332-1240
Facsimile: (410) 659-0436 (fax)
wmeyer@zuckerman.com

*Attorneys for Plaintiffs*

    /s/    (with permission)
Kirsten L. Nathanson (D. Md. Bar No. 14236)
Steven P. Quarles (admitted *pro hac vice*)
J. Michael Klise (admitted *pro hac vice*)
Thomas R. Lundquist (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
knathanson@crowell.com

*Attorneys for Defendants*