_____ FILED    _____ ENTERED
_____ LODGED   _____ RECEIVED

SEP - 3 2009

AT GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
BY_____DEPUTY

**United States District Court**
**for the District of Maryland**

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, et al., | ) |
| | ) |
| Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| BEECH RIDGE ENERGY LLC, et al., | ) |
| | ) |
| Defendants. | ) |

Civ. No. 09-1519 (RWT)

## JOINT PROPOSED MODIFICATION TO THE COURT'S JULY 30, 2009 ORDER

Per the Court's July 30, 2009 Order (D.E. 28), the parties hereby submit the following joint proposed modifications to the current scheduling order. This proposal incorporates both the revised briefing and hearing dates the Court previously ordered and other dates and process on which the parties have agreed for discovery and pretrial proceedings:

**September 25, 2009**     **Plaintiffs' Reply Brief, not to exceed 35 pages, due by 5:00 p.m.**

**October 1, 2009**     **Close of discovery, unless there are exceptional circumstances beyond the parties' control. If there are any outstanding discovery issues as of October 1, the parties will, by October 2, file a joint statement with the Court identifying any such issues and proposing a process for their resolution.**

**October 9, 2009**     **Defendants' Surreply, not to exceed 30 pages, due by 12:00 p.m.**

**October 12, 2009**     **Plaintiffs provide Defendants with their Exhibit List, Physical Exhibits, Demonstratives, and Proposed Factual and Exhibit**

|                    | Stipulations, by 12:00 p.m. |
|--------------------|-----------------------------|
| October 16, 2009   | **Defendants provide Plaintiffs with their Exhibit List, Physical Exhibits, Demonstratives, and Responses to Proposed Factual and Exhibit Stipulations, by 5:00 p.m.** |
| October 20, 2009   | **Parties shall submit to the Court stipulations of facts and authenticity and/or admissibility of documents no later than 5:00 p.m.** |
| October 21-23, 2009 | **Consolidated Trial on Preliminary Injunction Motion and Merits.** |

In accordance with the preceding schedule, the parties have agreed that they will make further Rule 26 expert disclosures and provide any supplemental and/or rebuttal expert statements at least 48 hours before the deposition of each respective expert. In addition, to facilitate the Court's resolution of the case, the parties will endeavor in good faith to stipulate to as many facts as possible, and to agree on the authenticity and/or admissibility of as many documents as possible. The parties will file any factual stipulations as soon as practicable before the commencement of trial, and in any event, no later than 5:00 p.m. on October 20, 2009.

Respectfully submitted,

_____
/s/
William S. Eubanks II (admitted *pro hac vice*)
Eric R. Glitzenstein (admitted *pro hac vice*)
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue NW, Suite 700

APPROVED THIS 2nd DAY
of September, 20 09

ROGER W. TITUS
UNITED STATES DISTRICT JUDGE

2