**ADDENDUM TO PLAINTIFFS' APPENDIX OF EXHIBITS AND ATTACHMENTS**

**Exhibit 15**   Defendants' Phase 1 and 2 Turbine Layouts

**Exhibit 16**   Deposition of Russ Romme, excerpted

**Exhibit 17**   Deposition of Dr. Michael J. Lacki, excerpted

**Exhibit 18**   Deposition of Dr. Karen Tyrell, excerpted

**Exhibit 19**   BHE Environmental's September 2009 Map of Indiana Bat Distribution in West Virginia

**Exhibit 20**   Deposition of Craig Stihler, excerpted

**Exhibit 21**   Supplemental Declaration of Russ Romme

**Exhibit 22**   BHE Environmental's Internal Review of July 2005 Mist Net Survey Sheets

**Exhibit 23**   Rebuttal Declaration of Lynn W. Robbins, Ph.D.

**Exhibit 24**   Rebuttal Declaration of Michael R. Gannon, Ph.D.

**Exhibit 25**   U.S. Fish and Wildlife Service Letter Regarding Liberty Gap Wind Project

**Exhibit 26**   Rebuttal Declaration of Thomas H. Kunz, Ph.D.

**Exhibit 27**   Mountaineer Wind Facility Wildlife Incident Report

**Exhibit 28**   Deposition of Dr. Thomas H. Kunz, excerpted

**Exhibit 29**   Deposition of Dr. Lynn W. Robbins, excerpted