**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| **AMERICAN WELFARE INSTITUTE,** *et al.*, | * * * * | |
| Plaintiffs | * * | |
| v. | * * | Case No.: RWT 09cv1519 |
| **BEECH RIDGE ENERGY LLC,** *et al.*, | * * | |
| Defendants. | * * | |

## ORDER

Upon consideration of American Wind Energy Association's ("AWEA") Motion for Leave to Participate as *Amicus Curiae* in Support of Defendant [Paper No. 39], and the opposition [Paper Nos. 41 & 42] thereto, it is this 30th day of September, 2009, by the United States District Court for the District of Maryland,

**ORDERED**, that AWEA's Motion for Leave to Participate as *Amicus Curiae* in Support of Defendant [Paper No. 39] is **GRANTED**; and it is further

**ORDERED**, that AWEA is granted leave to file an *amicus* brief, not to exceed ten (10) pages, on or before **October 6, 2009**; and it is further

**ORDERED**, that Plaintiffs are granted leave to file any response, not to exceed ten (10) pages, to AWEA's *amicus* brief, on or before **October 13, 2009**.

                                                                                                           /s/
                                              ROGER W. TITUS
                               UNITED STATES DISTRICT JUDGE