**ADDENDUM TO DEFENDANTS' APPENDIX OF EXHIBITS AND ATTACHMENTS**

**Exhibit 16**   Supplemental Declaration of Michael J. Lacki, Ph.D.

    **Attachment A**   Photo Exhibit A

    **Attachment B**   Photo Exhibit B

    **Attachment C**   Photo Exhibit C

    **Attachment D**   Photo Exhibit D

    **Attachment E**   A Large-Scale Mitigation Experiment to Reduce Bat Fatalities at Wind Energy Facilities (Bearwald *et al.* 2009)

**Exhibit 17**   Supplemental Declaration of Karen Tyrell, Ph.D.

**Exhibit 18**   Deposition of Michael R. Gannon, Ph.D., excerpted

**Exhibit 19**   Deposition of Craig Stihler, excerpted

**Exhibit 20**   Deposition of Thomas H. Kunz, Ph.D., excerpted

**Exhibit 21**   Deposition of Lynn W. Robbins, Ph.D., excerpted

**Exhibit 22**   Declaration of Nelson Booth

**Exhibit 23**   Second Supplemental Declaration of Karen Tyrell, Ph.D.

**Exhibit 24**   Second Supplemental Declaration of Michael J. Lacki, Ph.D.

**Exhibit 25**   Email from Renee Culver to Cassandra Dominick (Aug. 7, 2008)

**Exhibit 26**   Deposition of Michael J. Lacki, Ph.D., excerpted

**Exhibit 27**   Supplemental Declaration of Russ Rommé

**Attachment A**     Counties in which Indiana bats occur near the Beech Ridge site (Sept. 2009)

**Exhibit 28**     Deposition of Gary Libby, excerpted

**Exhibit 29**     Technical Advisory Committee Charter

**Exhibit 30**     Technical Advisory Committee Meeting Minutes (Sept. 10, 2009)

**Exhibit 31**     Western EcoSystems Technology, Inc.'s Avian and Bat Monitoring Plan for the Beech Ridge Wind-Energy Center (Sept. 10, 2009)