# ATTACHMENT A TO EXHIBIT 16

# Photo Exhibit A

