# ATTACHMENT B TO EXHIBIT 16

# Photo Exhibit B

