# ATTACHMENT C TO EXHIBIT 16

# Photo Exhibit C

