# ATTACHMENT D TO EXHIBIT 16

# Photo Exhibit D

