# EXHIBIT 17

# Supplemental Declaration of Karen Tyrell, Ph.D.

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BEECH RIDGE ENERGY LLC and <br> INVENERGY WIND LLC, <br><br> Defendants. | Civil No. RWT 09-cv-01519 |

## SUPPLEMENTAL DECLARATION OF DR. KAREN TYRELL

I, Karen Tyrell, make this supplemental declaration based upon my personal knowledge and belief and state that:

1. The opinions herein relate to potential impacts to Indiana bats from construction and operation of both Phase 1 and Phase 2 of the Beech Ridge project. In preparation for making my opinions, I reviewed the most recent data regarding turbine locations at the Beech Ridge project, and I visited the project site on 31 August 2009.

2. Impacts to Indiana bats from the Beech Ridge project will not occur during the winter months, as Indiana bats remain in caves during the cold months. During this time, Indiana bats typically remain in torpor with only occasional arousal and minimal movement inside the cave. The following evaluation of potential impacts to Indiana bats, therefore, focuses upon times when this species does not hibernate. Bat activity during these non-hibernation times can be described as migration (when Indiana bats move to or from winter hibernation caves), spring staging or fall swarming (when bats congregate

near the hibernacula caves after emerging from or prior to entering hibernation, respectively), and presence in summer foraging and/or maternity habitat. As described in my previous declaration, study results have shown that the highest incidence of mortality of any species of bats at wind farms has been documented during the spring and fall migratory seasons. As my prior declaration stated, data show that only non-listed species (and no Indiana bats) have been found during post-construction mortality monitoring at wind farms, and that the vast majority of bats among the dead are migratory "tree" bats, rather than hibernating "cave" bats, the latter of which includes Indiana bats.

3. The distance between turbines and known Indiana bat hibernacula is slightly different in the current turbine layout of the Beech Ridge project (Phases 1 and 2) from the layout proposed during BHE's field surveys. At 6.7 miles between the closest turbine and a hibernaculum with known recent Indiana bat use, the distance to any known cave likely to support an active population of Indiana bats continues to be greater than five miles. The five-mile distance (between Indiana bat cave habitat and potential turbine impact) is important in evaluating risk of injury to individual Indiana bats for at least two reasons. First, this distance is biologically meaningful. During the fall swarming and spring staging periods, individual Indiana bats spend the majority of their time during the migratory season within five miles of cave hibernacula (USFWS 2007). Because Indiana bats are likely to be within five miles of caves during these times, the risk to Indiana bats at distances greater than five miles is relatively low as compared to that in habitat located closer to caves. Accordingly, in their document titled "Section 7 Consultation: Evaluating Potential Impacts to Indiana bats (*Myotis sodalis*)," which provides guidance to agencies, project developers, and consultants, the US Fish and Wildlife Service Reynoldsburg Ecological Services Field Office stated that projects within five miles of a known capture of an Indiana bat during the summer, fall, or winter indicates a greater likelihood that an Indiana bat is present within

2

the project area. Second, in reflection of the available scientific data, the five-mile distance for characterizing risk to Indiana bats near cave hibernacula has been widely adopted by state and federal wildlife resource and regulatory agencies (e.g. ODNR 2008, PGC 2007, USFWS 2007, USDA 2000); therefore, BHE applied this accepted agency guideline.

4. During migration (travel between summer and winter habitat), Indiana bats are likely to travel farther than five miles from hibernacula, however, I believe that the probability that Indiana bats may fly through the Beech Ridge project site during migration is low. As described in my previous declaration, data from the region provide few known locations for Indiana bats in summer or winter habitat, and recent studies continue to indicate the overall number of Indiana bats in the part of the species range encompassing the Beech Ridge project area remains low (Sargent, pers. comm.). These factors together are consistent with the conclusion that the likelihood of an Indiana bat encountering a turbine at the Beech Ridge project site during migration is low, as well. Because available data indicate that Indiana bats are not likely to be in the Beech Ridge project area during migration or the periods of spring and fall activity near hibernacula, it is unlikely that Indiana bats will be affected during these times by either construction or operation of Phases 1 or 2 of the Beech Ridge project.

5. To evaluate risk to summering Indiana bats during construction and operation of the Beech Ridge project, BHE completed mist net studies following the Draft USFWS Indiana Bat Recovery Plan Guidelines for conducting mist net surveys for Indiana bats (USFWS 2007). Other federal and state agencies similarly use these guidelines to determine the likelihood of impacts to Indiana bats from various projects or activities, including those guidelines specifically indicated for wind farm development. After designing study methods for the Beech Ridge project following the guidelines' standards, BHE provided a description of the proposed study methods and project-specific

information to the appropriate federal and state agencies for review and input. Given the consistency of the proposed study methods with standard methodology (guidelines) used to determine potential for impacts to Indiana bats at this and other project construction sites, as well as the agency response to the proposed studies, BHE proceeded to implement the studies as proposed at the Beech Ridge project site. In consultation with the USFWS, these studies were used to evaluate the risk to Indiana bats from Phases 1 and 2 of the Beech Ridge project. The final siting of the turbine locations are within the initially described project footprint and, therefore, does not alter the interpretation of BHE's mist net study findings. Shifting turbine locations within the overall project area has little influence on the overall extremely low likelihood that Indiana bats will be injured at the Beech Ridge project, during either construction or operation of the facility. On-site field surveys at the Beech Ridge project site, designed with USFWS input and completed in accordance with standard accepted study methodology, found no Indiana bats present at the project location.

6.   Indiana bats are not likely to be present at the altitude anywhere along the Beech Ridge Phase 1 or Phase 2 turbine strings. As stated in my previous declaration, reproductively active female Indiana bats and their young are not likely to occur at the elevation of the Beech Ridge project. Turbine elevation for the Beech Ridge project's Phases 1 and 2 are between 3,645 and 4,382 feet above mean sea level ("amsl"). Known Indiana bat maternity sites in West Virginia, of which there are only three, are all at lower elevations. A maternity site in Tucker County was reported as occurring between 2,700 to 3,000 feet amsl, a site in Boone County was at 1,200 to 1,580 feet amsl, and a site in Kanawha County occurred at 1,240 feet amsl (Barbara Sargent, West Virginia Department of Natural Resources (WVDNR), personal comm.). Some male Indiana bats do not migrate far from winter hibernacula during the summer, and instead may remain close to caves year round (USFWS 2007) While males do

4

not have as narrowly defined habitat requirements as do reproductive females during the summer (USFWS 2007), it is still not likely that they would be in the Beech Ridge project area during the summer, given its distance from known hibernacula and sub-optimal foraging habitat, as described below.

7.  Phases 1 and 2 of the Beech Ridge project occur primarily in land recently cleared by the landowner in support of its timber harvest business. Much of the land immediately surrounding these timber harvest areas and existing road clearings was cleared previously. The combined effects of timber harvest, mining operations, and road clearing has left much of the resulting landscape a mosaic of even-aged timber stands, about one-half of which were regenerated (cut) less than 25 years ago. Studies of Indiana bat use of summer habitat indicate that bats avoid sites that have been recently clear-cut (MacGregor et al. 1999, Luensmann, 2005). In most wooded areas I observed on the Beech Ridge project site, the understory and midstory vegetation was generally dense, as is typical in wooded areas developing after clear-cut timber harvest. The quality of Indiana bat foraging and roost habitat is influenced by habitat structure. While Indiana bats may forage in a variety of habitat types (USFWS 2007), in their 2005 study of the foraging habitat of Indiana bats, Sparks et al. found bats preferred mature woodlots over other available habitat. In contrast to the conditions currently found at the Beech Ridge project, a clear forest midstory, with maintained canopy closure, has been recommended to improve habitat for Indiana bats (Luensmann 2005).

8.  Indiana bats roost beneath the exfoliating bark of trees, or less commonly, in tree cavities. Indiana bat maternity roosts are associated with larger diameter (mature) trees; males may occupy roosts in smaller diameter trees (Menzel et al. 2001, USFWS 2007). While Indiana bats are known to roost in cavities or beneath the peeling bark of a variety of species of trees, the landscape at the Beech Ridge

5

project site typically does not provide an abundance of high-quality roosting habitat, especially for reproductively active females. Based upon habitat described during BHE's field studies and my observations of the location of Phases 1 and 2 of the project on 31 August 2009, it appears that there is minimal highly suitable roosting and foraging habitat on the Beech Ridge project site. This, coupled with the evidence described above, suggests that Indiana bats are not likely to occur in the area during the summer season.

9. There is minimal risk that Indiana bats will be injured or killed by the currently planned construction and operation of Phase 1 and Phase 2 of the Beech Ridge project. Moreover, adaptive management is planned to reduce the project's potential impacts to bats of all species at this site, including mitigating any potential risk to Indiana bats.

10. My compensation for serving as an expert witness in this case is $165.00/hour.

## LITERATURE CITED

Luensmann, P.S. 2005. Myotis sodalis. In: Fire Effects Information System, U.S. Department of Agriculture, Forest Service, Rocky Mountain Research Station, Fire Sciences Laboratory.

MacGregor, J.R., J.D. Kiser, M.W. Gumbert, T.O. Reed. 1999. Autumn roosting habitat of male Indiana bats (*Myotis sodalis*) in a managed forest setting in Kentucky. In: Stringer, J.W. and D.L Loftis (eds.). Proceedings, 12th Central Hardwood Forest Conference: 28 February – 2 March 1999, Lexington Kentucky.

Menzel, M.A., J.M. Menzel, T.C. Carter, W.M Ford, and J.W. Edwards. 2001. Review of the forest habitat relationship of the Indiana bat (*Myotis sodalis*). U.S. Department of Agriculture, Forest Service, Northeastern Research Station. Technical Report NE-284.

Ohio Department of Natural Resources (ODNR). 2008. On-shore bird and bat pre- and post-construction monitoring protocol for commercial wind energy facilities in Ohio. An Addendum to the Ohio Department of Natural Resource's Voluntary Cooperative Agreement.

Pennsylvania Game Commission (PGC) Wind Energy Cooperative Agreement. 2007. Commonwealth of Pennsylvania.

Rommé R., A. Henry, R. King, T. Glueck, and K. Tyrell. 2002. Home range near hibernacula in spring and autumn in: Kurta A. and J. Kennedy (eds.). The Indiana Bat: Biology and Management of an Endangered Species. Bat Conservation International, Austin, Texas. p 153-158.

Sparks, D.W., C.M. Ritzi, J.E. Duchamp, and J.O. Whitaker. 2005. Foraging habitat of Indiana Myotis (*Myotis sodalis*) at an urban/rural interface.

U.S. Department of Agriculture Forest Service (USDA). 2000. Land and Resource Management Plan for the Nantahala and Pisgah National Forests.

U.S. Fish and Wildlife Service (USFWS). 2007. Indiana Bat (*Myotis sodalis*) Draft Recovery Plan: First Revision. Region 3 U.S Fish and Wildlife Service, Ft. Snelling, Minnesota. April 2007.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_Karen Tyrell_
Karen Tyrell

\* Counsel hereby certifies that she has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.

Executed on this 8th day of September 2009.

8