# **EXHIBIT 18**

# **Deposition of Michael R. Gannon, Ph.D., excerpted**

```
 1            THE UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3                  (SOUTHERN DIVISION)

 4   ANIMAL WELFARE INSTITUTE,      *

 5   et al.,                        *

 6            Plaintiffs,           *

 7                                  *

 8      vs.                         *  Civil No.:

 9                                  *  RWT-09-CV-01519

10   BEECH RIDGE ENERGY LLC and     *

11   INVENERGY WIND LLC,            *

12            Defendants.           *

13   * * * * * * * * * * * * * * * * * * * * * * *

14      DEPOSITION OF:   MICHAEL R. GANNON, PH.D.

15

16      TAKEN BY:        DEFENDANTS

17

18      BEFORE:          LISA L. RIVERA, RPR

19                       NOTARY PUBLIC

20

21      DATE:            SEPTEMBER 23, 2009 (9:53 A.M.)

22

23      PLACE:           ALTOONA HAMPTON INN

24                       180 CHARLOTTE DRIVE

25                       ALTOONA, PA 16601
```

1        Q.    Uh-huh.

2        A.    -- and so I guess I would hope that

3    there would be some rigorous post construction

4    surveys and some -- some development of

5    mitigation.  What I'd like to see ultimately is I

6    would like to see consultation with the Fish and

7    Wildlife so we can ensure that these -- this

8    project has a minimal impact on bats.

9        Q.    Okay.  And I guess in considering all of

10   your testimony over the past several years on wind

11   projects, generally, what is your -- what is your

12   personal goal and what do you hope to achieve with

13   this testimony that you're offering cumulatively

14   in these matters?

15       A.    I think it's the same things I just

16   stated. I mean, ultimately the issue to me is to

17   protect the bats.  I would like to see the impact

18   on them minimized.  I -- I don't wish or see wind

19   turbines going away.  I think that they are --

20   that they have a role.  I would like to see them

21   regulated so that there are environmental issues

22   that are considered when they're being sited.  So

23   just like with coal and with nuclear, you know,

24   this industry I think needs to have some

25   regulations so they just don't spring up and then

1    find out afterwards where well, we have a much

2    bigger environmental impact than we ever thought

3    we would.

4            So I think that I would like to see it

5    evaluated beforehand and I think that's what I've

6    been consistently saying not only here but in my

7    role in the -- in Pennsylvania Wind and Wildlife

8    Consortium and anywhere else that I have had a

9    voice. That's what my goal is is to protect the

10   bats and to see some regulations come in to ensure

11   that that happens prior to construction.

12       Q.   Okay.

13       A.   And if not, then with the ones that are

14   up in post construction surveys to ensure that,

15   you know, there are some mitigation effects put

16   into place.

17       Q.   Okay.  Is it -- do you believe that post

18   construction monitoring is a valuable activity?

19       A.    I think at this point, yes, it is

20   because we haven't had many sites that have had

21   post construction monitoring.  We haven't had many

22   sites that have had preconstruction monitoring.  I

23   think that would be a valuable one as well.

24       Q.    Other than the -- other than the Anabat

25   data analysis that you performed and you discuss

1   still foraging probably within a few miles of that

2   hibernaculum in the fall, but we have an influx of

3   individuals from all over the area.  They're

4   coming from all over, wherever they spent their

5   summer, into that area at that time.  And so

6   you've got numbers of individuals moving through

7   the area much greater than five miles.

8           Until the temperatures get very cold,

9   those bats are going to continue to accumulate at

10  those sites and then they are going to continue to

11  forage to put on winter stores so they can get

12  through the winter.

13      Q.   Okay.  When you say that Indiana bats

14  could potentially use any ridge top within their

15  range, does that mean that for example during the

16  summer months there's a potential that an Indiana

17  bat could occupy or fly by almost any suitable

18  forested habitat or ridge top in its 20-state

19  range in the eastern U.S.?

20      A.   Is there a potential?

21      Q.   Uh-huh.

22      A.   There's always a potential, yes.

23      Q.   And then with respect to the Beech Ridge

24  project, I mean, that potential changes into a

25  high likelihood in your opinion?

1        A.    Yes, because we know that the bats are

2    in that area.   I mean, you could randomly pick a

3    ridge top in an area and ask me is there a

4    potential, well, yes, because it is within their

5    range, there's a potential.

6             Without evaluating that particular site

7    further, I can't tell you what the potential is.

8    The potential is there.   Is it high, is it low, I

9    have no concept of that point at all without

10   evaluating it further to determine where are the

11   bats in proximity to that ridge point, what's the

12   habitat like, what's the food sources like.   Those

13   are all things that would come into play in this

14   particular case.

15            Now, there probably are certain ridge

16   tops that have a low -- a very low likelihood

17   because they lack good habitat, they lack food

18   supplies, but potentially, yeah, they could be

19   there.   Unless we have done those kind of

20   evaluations, we don't really know.

21            So there's always a likelihood anywhere

22   within a range.   That's the whole idea of a range

23   is they could occur anywhere within there.   Do

24   they occur everywhere, no, they never occur

25   everywhere within there.   There are areas within

1   that range that they are much more likely to occur

2   in or much -- have a much lower likelihood to

3   occur in, but that area is still within the range.

4   And so, yes, they could potentially be there.

5        Q.   Thinking about what we know about the

6   Beech Ridge site and the surrounding hibernacula,

7   we know there are no active hibernacula within

8   five miles and that there are -- there are active

9   hibernacula within ten miles.  So we know --

10       A.   I guess I would dispute that.

11       Q.   Okay.

12       A.   I said that we don't know of any, but

13  that doesn't mean they don't exist.  There are a

14  lot of caves that have not been surveyed in that

15  region.

16       Q.   Right.  Okay.

17       A.   I don't know where they all are.  I know

18  that the West Virginia DNR has said there are a

19  lot of caves in there that we haven't even looked

20  at.  So all -- any of those caves could have

21  Indiana bats in them.  We just don't know at this

22  point.

23       Q.   Okay.  We'll -- we will talk about that.

24  We know where Indiana bats -- we know where some

25  Indiana bats within ten miles of the project

1    during the wintertime.  Do we know where those

2    bats go when they are emerge in the spring from

3    Snedegar's Cave and Martha's Cave for example?

4         A.   A specific individual would wind up, is

5    that what you're asking?

6         Q.   Do we know where -- when they come out

7    of hibernation, do we know where those Indiana

8    bats go?

9         A.   We know that there are Indiana bats

10   present in the area in the summer.  Whether those

11   are Indiana bats that are coming from elsewhere or

12   these, unless we've done -- unless those studies

13   have been done, you can't -- for example, we have

14   a park nearby.  It has an old mine with a

15   population of Indiana bats and at the other end of

16   the park there is a very large -- there's an old

17   building with a very large population of bats and

18   there are some Indiana bats in there.

19             Are they the same Indiana bats?  Well,

20   unless we've actually marked them and tracked

21   them, we don't know.  Potentially we -- it's

22   likely -- highly likely that they are because it's

23   close by; however, they could be coming from other

24   places.  We know that bats from that mine wind up

25   down in Maryland in the summer.  We know that they

1    nets before.  And so they're going to move down

2    the trail as they normally would, skirting this,

3    and then suddenly there it is out in front of

4    them.  That's how you catch the bats.

5           So just putting nets across the field,

6    I've watched bats.  They come right up to it and

7    they go right over the top and they keep going.

8    So you don't put just one net across an opening.

9    You -- unless it's a place where you know bats

10   are going to come out of another opening, like a

11   cave or something, you would not typically set

12   nets like that.  At least I would not because I

13   would not get the kind -- I would not expect to

14   get the kind of numbers that I could get at a

15   site like this otherwise.

16        Q.   Okay.  All right.  Looking at site

17   number two there, it looks like you can see the

18   aluminum poles, if I'm looking correctly in the --

19   on the right and left side of the photo there.

20   What is your view of photo number two?

21        A.   The site itself seems to be a good site

22   to capture bats in general, Indiana bats as well.

23        Q.   Okay.  Site number three, which includes

24   a water source.

25        A.   Three looks like a good site.  I'm not

1    quite sure where the net is going from this one

2    pole. I guess it's going across the water here

3    (indicating).

4         Q.   Yes.

5         A.   Again, I wouldn't set just one net

6    across the opening like that.  I would set a

7    series of nets.

8         Q.   Okay.

9         A.   And the same thing for four, it looks

10   like a good site.  I would potentially net a site

11   like that, but I would use probably at least six

12   nets at a site like that from I guess what I can

13   see here.  I would say again before I netted any

14   of these sites, I would want to do some

15   reconnaissance using the Anabat, seeing what kind

16   of numbers we're getting through there.

17            I mean, this could be the same stream

18   for all I know.  This area might be -- might be

19   too open, but, you know, 15 yards down, 20 yards

20   down might be a really good place.  So it really

21   has to be evaluated on site to really -- for me to

22   really be able to say that these are --

23        Q.   Sure.  Fair enough.  Understood.

24        A.   But in general I would say yeah, those

25   two as well would be something that I would

1    the brighter parts of the month or the beginning

2    and the end of the month are the darker the moon.

3    So that's when I -- now, I understand it's not

4    always possible to do them that way, but there are

5    ways you can select sites that are more likely to

6    be -- yield results during the light part of the

7    month.  You wouldn't put them out in the open

8    during those parts of the month.  That's what I'm

9    saying.  So I would not have selected a site like

10   that during that period.

11          MR. EUBANKS:  And just on the record,

12   the -- Dr. Gannon's critique of the transmission

13   line survey, including the lunar phase for the

14   survey, is included in the document production

15   reply that was provided back on September 4th.

16   And that was prepared not for this litigation, but

17   the PSE.

18          THE WITNESS:  Yeah, I don't remember all

19   the details of that.  I would have to look at that

20   again.

21   BY MS. NATHANSON:

22      Q.   Okay.  So just final two transmission

23   mist net sites, numbers 11 and 12.

24      A.   Again, this looks like a generally good

25   site, number 11.  I wouldn't have put a big net

1    right across the middle like that.  I think you

2    would have done a lot better putting smaller nets

3    all around the edge.  That's how I've netted sites

4    like that. Number 12, I wouldn't put a net here at

5    all.

6         Q.    Okay.  And why is that?

7         A.    It's just too open.  Maybe further down

8    the road, but I wouldn't put it in the opening

9    like that. That's how I would net those sites

10   based on those photographs.

11        Q.    Thank you.  Okay.  Let's -- one -- going

12   back to your field notes, the page where you have

13   the phases of the moon from July 2005.

14        A.    Yes.

15        Q.    The bottom -- the bottom paragraph

16   there, you discuss looks like in the last sentence

17   ultrasonic detectors have become the standard

18   component of bat surveys for the bats we have in

19   the northeastern United States.  When you use as

20   you describe as a standard component, is that a

21   component in terms of the -- using it as an index

22   for bat activity that we discussed earlier or

23   species identification?  What do you mean by

24   standard component?

25        A.    It could be used in both ways.  The same

1    testimony in front of the witness.

2         MS. NATHANSON:  Well, we can pull out

3    his declaration if you would like to do that

4    because he said it in his declaration that bats

5    generally travel in a north/south direction.

6         MR. EUBANKS:  If you would like to see

7    that, you can ask for the full context.

8         THE WITNESS:  That's fine.

9    BY MS. NATHANSON:

10      Q.   Okay.  Back on the record.  I will study

11   this again during the break because I do recall --

12   am I looking at the right declaration?  I think I

13   am. But I won't take up any more of our time right

14   here on that point.

15        So when you say that you would have --

16   you would have drawn the arrows in a full 360

17   degree circle on figure four, I mean, are you --

18   do you have any evidence of exactly where the bats

19   from Snedegar's and Martha's Cave will fly when

20   they emerge from hibernation in the spring?

21      A.   Okay.  Let me see if I can clarify.

22   What I'm saying is that on emergence, they may go

23   in any direction.  Ultimately they are going to

24   tend to move north to south, but that doesn't mean

25   they're going to get on a compass bearing and go

1    north or south. They might move southeast, they

2    might move southwest.

3         They're going to generally move in that

4    direction, but upon emergence, they could

5    potentially move any direction over this area.

6    We're talking about a short area.  Because the

7    first thing they're going to do on emergence,

8    they're going to find some spots and they're going

9    to start to feed because they haven't fed all

10   winter long.  So they are going to try and feed

11   before they begin to move.

12        They don't come out and say all right,

13   I'm leaving today.  Usually they come out and they

14   are present for several days in the area and then

15   they move out of the area and -- because they

16   don't have the energy stores to just go on a long

17   trip.

18        So what I'm saying they could

19   potentially move anywhere within a certain area

20   around this cave site to find habitat where they

21   can forage, where they can roost several days,

22   again switching roost sites frequently.  Probably

23   again on emergence, not having assessed the area,

24   they're not going to stay in one place as long --

25   you know, very long.  They want to keep on moving.

1    and they could miss this particular ridge top

2    (indicating). Not to say they won't go over other

3    ridge tops, but it's just depends on where the

4    resources are.

5         Q.   Okay.  So I'm trying to establish if you

6    have a basis to believe that they would select the

7    project area habitat over here over the more low-

8    lying forested areas?

9         A.   They could potentially be found anywhere

10   with say 10 to 20 miles of the cave within a few

11   days.

12        Q.   Okay.

13        A.   Again, it depend on the resources.  They

14   could move long distances fairly rapidly.

15   Normally initially the first day or two, they

16   might not go very far, but after that they'll

17   start to move further out and at some point they

18   will then begin their migratory -- long-term

19   migratory flight.

20        Q.   Okay.  That's helpful.  Thank you.  The

21   last thing I want to do with the site visit is to

22   -- to talk about the 2005 mist net survey.

23        A.   Okay.

24             MS. NATHANSON:  If we could mark this as

25   Gannon 7.

1    I'm not sure -- is this the net here (indicating)?

2        Q.    Yeah.

3        A.    I guess in general I would say --

4        Q.    I see the pole around the bend here

5    (indicating).

6        A.    -- I wouldn't put a net in this area

7    because there's no canopy at all and it's way too

8    open.  I would not -- this is not a site where I

9    would put nets in.

10        Q.    Okay.

11        A.    It's just too open for me.

12        Q.    Uh-huh.

13        A.    It's not to say you might not catch a

14    few bats, but you're not going to catch bats in

15    the way I would expect to catch the bats on that

16    survey.  The object here is to maximize your take.

17        Q.    Right.

18        A.    I don't think this site would do it.

19        Q.    Okay.  What about number two?

20        A.    Same criticism.  It's right down the

21    middle of the road.  I mean, down further there's

22    more trees.  I probably would have put nets along

23    those trees, if I was going to select this site.

24    I don't know.  This site, the net is right out in

25    the middle of the open.  I wouldn't put a net

1    manmade structures over here on the left.

2        A.    Yeah, I don't know what this white thing

3    is here.  It looks -- I mean, I would say in

4    general this could be a good site, but I would put

5    probably -- depending on -- again, I'm just

6    guessing based on what I'm seeing, not actually

7    walking around there, we could probably get five

8    or six nets up in a site like this that would --

9    that might give us some bats.

10        Q.    Okay.  And mist net site number six.

11        A.    That one I wouldn't net either.

12        Q.    Okay.  And why?

13        A.    It's just again open.  It's down the

14    middle of an open road with vegetation, I mean,

15    it's got to be, what, ten feet back on either side

16    of the road. I wouldn't put a net there.  I think

17    that would not yield very many.

18        Q.    All right.  And mist net site number

19    seven.

20        A.    Seven, again, I'm seeing in the distance

21    here around the bend what looks like it might be a

22    possible place to put a net.  I don't -- in the

23    foreground I don't see a place to put a net for

24    the same reasons as the last one.  You got the

25    open road and you've got at least ten feet on

1    either side with no vegetation at all that's above

2    knee height.  So -- and again, no canopy overhead,

3    so I would not choose this as a site.

4        Q.   Okay.  And number eight?

5        A.   Number eight, again, this is a site that

6    I would probably put up multiple nets at if I was

7    going to do this.  I would say this would be a

8    marginal site, down the side of the -- down the

9    side of the trees and possibly going across down

10   further where it looks like there's more

11   vegetation.  I wouldn't put the net in the open

12   like it is here.

13       Q.   Okay.

14       A.   That's not to say if I was doing this

15   and I had 30 nets and I put 20 of them up, I might

16   say well, let's just throw one up here and see

17   what we get.  That's a possibility, but that would

18   not be the primary site that I would select.

19            I mean, we put nets in places that are

20   lower yield as I said before because we might get

21   something there, but that's not what I would base

22   the netting on.  I would put up numerous nets,

23   some of which would be of better quality than

24   others, but like I said, it takes almost no time

25   to put a net up and so I would try to get up as

Page 201

1    selected here?

2         A.    I don't know that I could answer that

3    because I don't -- I don't program the -- the --

4    in other words, I'm not a programmer.

5         Q.    It's embedded in the program?

6         A.    It's embedded in the program.

7         Q.    Okay.

8         A.    It tells us based on the calls that

9    you've got, the computer program looks at this, it

10   says the probability of this call, call number A,

11   of matching a little brown bat is 85 percent.  The

12   probability of it matching a red bat is 3 percent.

13   So it gives us the probabilities -- it compares

14   the probabilities to all in the library and for

15   each of the species in the library it will give us

16   a probability of belonging to that group.

17            It may be 0 percent, it may be even

18   higher than 85 percent, but when we get a call

19   that matches 85 percent, that's what we then

20   consider this is an Indiana bat call and if we

21   call this an Indiana bat call, we are right 90

22   percent of the time based on known calls that

23   we've run through the system.

24        Q.    Okay.  So you didn't perform any

25   independent statistical analysis yourself?

1    but based on the -- that's my personal feeling.

2           Based on the scientific data, I would

3    say it's in excess of 90 percent and principally

4    because we do have -- we are right 90 percent of

5    the time with the calls, that in itself elevates

6    the probability even higher in my mind.

7       Q.   Okay.  And just to be clear for the

8    record, this opinion on -- your opinion that they

9    will -- that they are there, that they will be

10   there, that they will use the site, that they're

11   present on this site is based on your -- the

12   inferences you're drawing from your observations

13   of the habitat, from the probabilities of the

14   Anabat data analysis and it is not based on, you

15   know, actual sighting or capture of Indiana bats

16   on the Beech Ridge project site?

17      A.   And the only thing that I would add and

18   on my previous experience, yes, that's -- yes, I

19   would say that.

20      Q.   Okay.  Page 12, paragraph 16, let's see,

21   the first sentence here, the phrase you offer the

22   contention I would contend that the lack of

23   surveys and refusal to comply with the Service's

24   recommendations regarding Indiana bat detection

25   further illustrates the likelihood of Indiana bat

Page 249

1  believe they were males the second year, but I

2  know there was at least one juvenile the first

3  year, there may have been two. And that was during

4  the window May 15th to August 15th, which would

5  have indicated a maternity colony.

6       Q.   Okay.  Also I've -- we have two opinions

7  floating out here that appear to conflict and I

8  want to clarify.  You stated in declarations that

9  construction of the Beech Ridge facility will,

10  quote, modify, degrade and fragment Indiana bat

11  habitat and you've also said today that the

12  clearing and construction is going to augment and

13  improve Indiana bat habitat.

14          So are both of those true or how can we

15  reconcile those two opinions?

16      A.   I guess at different levels both of them

17  are true.

18      Q.   Okay.

19      A.   I mean, the actual cut area are

20  obviously going to augment the habitat.

21      Q.   Uh-huh.

22      A.   The areas that are affected else wise

23  for example, stream flow, things like that, it may

24  degrade the habitat, you know, as far as water

25  quality.  And I know that these sites often have

1   other -- what's the word I'm looking for -- other

2   factors that are involved.  Most of them have

3   things with drainage and things like that, and

4   they may ultimately degrade the habitat that

5   Indiana bats might use as well.  So, again, it

6   really depends on specifically where we're talking

7   about.

8        Q.   Okay.  So now that you've seen the Beech

9   Ridge site and you've seen the results of the

10  construction work, I mean, is it your view -- is

11  it your view that the construction activities for

12  the Beech Ridge wind turbines has -- has adversely

13  affected or augment -- augmented, excuse me,

14  Indiana bat habitat on the ridge line?

15       A.   I can only comment as far as the tree

16  cutting itself.  I don't know about other effects

17  that may have occurred because of that.  I would

18  say tree cutting has augmented the habitat that

19  could be available to Indiana bats.

20            What other consequences occur because of

21  large equipment, plowing land and moving earth

22  around, I can't comment on that because that's not

23  my area.  I do know that those kind of things have

24  occurred on these sites, which have resulted in

25  degradation of habitat in other ways, but I can't

1   show there may very well be ways to do this.  And,

2   in fact, if some of these pan out, it may not

3   matter where you put these things if you can

4   reduce the impact by, for example, feathering the

5   blades, and those studies seem to be -- I mean, a

6   colleague up in Canada and one that's working here

7   in Pennsylvania, Ed Arnett --

8       Q.   Ed Arnett.

9       A.   -- he just gave a presentation recently

10   to our group showing that these are very

11   promising. That if you reduce the -- you know, in

12   fact, most of these -- these kills are occurring

13   in low -- at low wind speeds when these things

14   aren't turning very much anyway.  So they're not

15   producing during these times.

16          So if we can further mitigate these, if

17   this pans out, it may not matter whether we put

18   them on ridge tops, you know, next to a

19   hibernaculum or not really because if we can

20   reduce the number of kills by changing how they

21   rotate at different times, that may be the answer.

22          Again, the problem has been that it's

23   been very difficult to get into these sites and

24   get cooperation to do the research and so we can't

25   say that this is going to work or we have evidence

1    to say well, this is promising, we need to really

2    look at this issue, but I mean, there are some

3    companies that will just not allow access to

4    anyone to do any kind of research.

5         Q.    Right.

6         A.    And that's really what's -- I think

7    what's retarding the whole process at this point.

8    I think that most of us agree we could solve this

9    problem, and I do think we could solve it

10   relatively inexpensively compared to the cost of

11   litigation and cost of putting these things up and

12   pulling them down, you know, but we have to have

13   the ability to go in and do the studies to do

14   this.

15            And really that's what I'm advocating is

16   that we minimize the impact of the ones that are

17   there, we not build new ones in places where they

18   can have potential high impact and that we find

19   out ways -- you know, we -- you know, we try in

20   the future to consider these factors and to solve

21   the problems.

22            And, you know, I think it -- I know that

23   there are a number of wind companies that seem to

24   be coming around now and really working with

25   biologists and saying do what you need to do and

Page 272

1  Cave is in that county, which is a critical

2  habitat designated cave with I believe you said

3  10,000 -- approximately 10,000 Indiana bats.

4          So in your opinion, are the Indiana bats

5  from Hellhole Cave, could they potentially migrate

6  across the Beech Ridge project site based on known

7  migrating distances for this species?

8      A.   Based on known migrating distances as

9  well as routes, yes.  Like I said, from Blair

10  County coming down through the

11  Allegheny/Appalachian Mountains into the southern

12  counties here, this one is only, what, about maybe

13  less than 100 miles, that could easily be

14  something that would -- these bats could easily be

15  affected by any of these turbine sites down in

16  this part of the state, being the lower -- I guess

17  the southeastern part of the state.

18          MR. EUBANKS:  I don't believe I have any

19  further questions.

20          REEXAMINATION BY MS. NATHANSON:

21      Q.   I just have one follow up.  In spring

22  emergence could the bats from Hellhole Cave, could

23  you draw a similar 360-degree circle of arrows

24  around Hellhole Cave as you did -- as you would do

25  Martha's Cave and Snedegar's Cave down here in

Page 273

1    terms of their potential migratory routes?

2         A.    Yes, but just to clarify, those arrows

3    were indicating a relatively short term after

4    emergence, not where they're going to wind up.

5    So, in other words, coming out of this cave some

6    of them may move into northern Pendleton County,

7    some of them may move south.  Again, it depends on

8    the habitat that is present.

9            Ultimately, they will then migrate from

10   there wherever they're going to ultimately go to

11   and a lot of that is based on their previous

12   experience. Indiana bats tend to be very site

13   tenacious.  They come back to the same sites, the

14   same regions all the time and they will go very

15   long distances to do that, we know that.

16           So initially if we're talking about this

17   Hellhole Cave, those arrows going out would be,

18   again, short arrows, like the ones I drew on that.

19   I'm not trying to indicate that they're going to

20   move from the Greenbrier site out in all

21   directions, north, south, east and west.

22           What I'm saying is that initially as

23   they emerge, they could potentially emerge in any

24   direction.  Ultimately they are going to emerge

25   and they are going to tend to move in the --