# EXHIBIT 19

**Deposition of Craig Stihler, excerpted**

Page 1

```
 1              UNITED STATES DISTRICT COURT

 2              FOR THE DISTRICT OF MARYLAND

 3                        -----

 4

 5   ANIMAL WELFARE INSTITUTE, et al.,

 6            Plaintiffs,

 7   VS                           Civ. No. 09-1519 (RWT)

 8   BEECH RIDGE ENERGY LLC, et al.,

 9            Defendants.

10

11        VIDEO DEPOSITION OF CRAIG STIHLER

12   a witness herein, called for examination by the

13   plaintiffs, taken pursuant to the Federal Rules of

14   Civil Procedure, by and before Rachel A.

15   Talkington, a Court Reporter and Notary Public in

16   and for the State of West Virginia, at the law

17   offices of McNeer, Highland, McMunn & Varner,

18   Randolph Avenue, Elkins, West Virginia, on

19   Friday, September 18, 2009 at 12:00 p.m.

20

21

22

23

24

25
```

 1      A.     Yes, it is.

 2      Q.     Do you want -- do you want to take a

 3  moment just to look at --

 4      A.     Yeah.

 5      Q.     -- actually the whole thing.  It's not

 6  too long.

 7      A.      It looks like a better copy of the one

 8  I got, but that looks like it.

 9             MR. GLITZENSTEIN:  And just to be

10  clear, this is also a notice of the deposition

11  that we'll mark as Deposition Exhibit 2.

12             (Deposition Exhibit No. 2 was

13             marked for identification.)

14  BY MR. GLITZENSTEIN:

15      Q.     And once again, this indicates that

16  you're the person being deposed.

17             I want to make clear at the outset,

18  also, that we have subpoenaed you in order to

19  obtain your testimony as a biologist with the

20  State Division of Natural Resources, the West

21  Virginia Division of Natural Resources, who has

22  worked on bat issues and may have some

23  familiarity with this particular matter.  We're

24  not asking you for your -- any official policy

25  positions of the State or of the Division.  Is

Craig Stihler                                          September 18, 2009

Elkins, WV

1      that clear to you?

2          A.    Yes.

3          Q.    All right.

4                MR. GLITZENSTEIN:  And if the

5      counsel for the Division wishes to make a

6      statement to that effect, we're happy to have you

7      do that.

8                MR. VALENTINO:  Just so there's a

9      record that I'm present here, my name is

10     William R. Valentino.  I am counsel for the

11     Division of Natural Resources in West Virginia.

12     The Division of Natural Resources is not a party

13     to this action, and I am not here as a -- as a

14     party representative.  However, I am here to --

15     to -- in the capacity to represent Mr. Stihler.

16                Mr. Glitzenstein is correct

17     that it's been my understanding that Mr. Stihler

18     will not be testifying about any -- any official

19     policy of the Division of Natural Resources, but

20     rather testifying in his official capacity as an

21     expert in the field.  He's a wildlife biologist

22     with the State of West Virginia in the field of

23     bat studies, has worked extensively in bat

24     studies, and will be testifying about the same.

25                That being said, you know, I

1    time, we only saw mortalities at one cave, and

2    probably -- we're estimating maybe 200 bats were

3    killed at that site.

4            The pattern seen farther north is that,

5    you know, you have small mortalities the first

6    year.  But the second and third years, they're

7    seeing 90 to 99 percent mortalities.  So we could

8    be seeing that here this coming year or the

9    following year.

10           We've also had reports from some of the

11   folks doing mist net surveys that they were

12   catching fewer Myotis bats this year at sites

13   they had trapped previously.

14           I had a report that one researcher is

15   saying fewer of the bats seem to be pregnant this

16   year, which would indicate there was some stress,

17   although it can't be related directly to

18   white-nose.

19           And then this past Monday we went to

20   two caves to collect samples for a white-nose

21   study, and we caught far fewer bats than we

22   expected to catch at those caves, although we've

23   never been to those caves this time of year,

24   previously.  But it -- it seemed like the number

25   of bats was less than we anticipated.

1          But, again, none of that could be

2    directly related to white-nose, but it is sort of

3    interesting that we're seeing all this at the

4    same time.

5        Q.    Based on what you do know, do you think

6    the white-nose is a huge threat to bats in the

7    state?

8        A.    Oh, I anticipate white-nose will be a

9    major threat to bats in West Virginia.  There's

10   no reason to believe it's going to be any

11   different here than it's been farther north.

12          And talking to folks in the Northeast

13   and New England and even Pennsylvania, there's

14   major declines of bat populations.  And there's

15   really no reason to suspect it's going to be

16   different here.

17       Q.    Okay.

18       A.    It just hasn't hit here as early.

19       Q.    I think you went into this to some

20   extent, but you mentioned Indiana bats as one of

21   the species that you currently do work on.  Can

22   you just summarize what your work consists of

23   with regard to Indiana bats in particular?

24       A.    Right now, most of our work with

25   Indiana bats has been doing hibernacula surveys

Elkins, WV

1            So, I mean, the data we have -- and we

2      have some radar data, but it's -- the problem

3      with radar is it's very expensive, so you get --

4      and very intensive, so you can't cover a lot of

5      ridges simultaneously.  So it's really hard to

6      get the data we were hoping to get.  I mean, that

7      was perhaps a little too idealistic to assume we

8      could get that.

9            But we have not shown that there are

10     places where we get large kills and places where

11     we get smaller kills.  It looks like bats are

12     moving across the landscaping, and all the ridges

13     seem to be not equ- -- maybe not equally likely,

14     but certainly there -- there aren't places where

15     we can say, oh, bats don't fly here, you know,

16     you can put towers here and there won't be any

17     kills.

18        Q.   I'm going to ask you to take a look at

19     another document, which we'll mark as No. 9.

20                (Deposition Exhibit No. 9 was

21                marked for identification.)

22     BY MR. GLITZENSTEIN:

23        Q.   And actually, in connection with that,

24     we'll mark another one as No. 10.

25                (Deposition Exhibit No. 10 was

Page 69

1    areas contain many caves, few of which have been

2    surveyed for the presence of listed bats.

3    Invenergy should core survey caves within ten

4    miles of the project area for presence of listed

5    bats."

6            As to the first part of that sentence,

7    is that still an accurate statement, as far as

8    you're concerned, that few of which -- few of the

9    nearby caves have been surveyed for the presence

10   of listed bats?

11       A.    That's still true, although BHE did do

12   a review of the lot of those caves.

13           And you can tell a lot about a cave

14   just by the way it's -- the configuration of the

15   cave, how long it is, how deep it is, how many

16   entrances.  And so there were a large number of

17   caves in the area that, once they looked at the

18   data, were clearly unsuitable for the bats we're

19   looking at.

20           And this is information we didn't have.

21   I mean, we didn't know -- we just knew caves were

22   there.  We didn't know -- so I think they did a

23   very good job at picking out the caves that

24   weren't suitable.  And we do that all the time

25   when we're doing surveys.  You have thousands of

Craig Stihler                                                    September 18, 2009

Elkins, WV

Page 70

1    caves; which ones do you look at?  Well, you

2    look -- if you have -- if you have the data, you

3    look at which ones are most likely to have those

4    cool temperatures that are stable through the

5    wintertime.

6            So there's still a lot that haven't

7    been surveyed, but I think they've shown that a

8    great number of those really aren't suitable

9    for -- for Indiana bats, although there's

10   probably other bats in them.

11   Q.    As to the statement about core

12   surveying caves within ten miles of the project

13   area for presence of listed bats, why did you say

14   "ten miles"?

15   A.    In general, we talk about the area five

16   miles around a cave being important during the

17   fall swarming season and during the summer,

18   although studies in other places have shown -- I

19   believe this was Indiana -- that where you have a

20   large number of bats, the bats tend to -- to

21   spread out farther than five miles from the cave.

22   So that's why we added -- doubled the distance,

23   was because if there is a large cave, the area of

24   impact could be -- be larger than the five miles.

25   But, in general, I think the five miles is

1     important, but with a large concentration of

2     bats, you may want to look farther than five

3     miles.

4          Q.    Okay.  As far as you know, did

5     Invenergy look at every cave within a ten-mile

6     area of the project?

7          A.    I forget exactly what their cave report

8     said.  I know they looked at like 140 caves, I

9     believe, and ruled out a bunch of them, and then

10    did survey a number of them.  Some of them

11    were un- -- they were unable to get access to

12    some because the entrances were closed or the

13    caves were -- were impossible to get to.

14              I think, in general, they -- they

15    looked at most of the caves that I would consider

16    to be possible Indiana bat caves.  But certainly

17    their -- they didn't -- their general recon,

18    looking at what data they had, didn't show any

19    cave that seemed like it would be a really

20    significant bat cave, other than the -- the

21    Friar's Hole system that we already knew about.

22         Q.    Do you know the radius with which -- of

23    miles that they used?

24         A.    I don't know.  It's in the report, but

25    I don't -- I don't remember if it's five or ten,

Page 78

```
 1                    MR. VALENTINO:  Can I --

 2                    THE DEPONENT:  -- saying --

 3                    MR. VALENTINO:  I'm sorry, but can

 4     I just make just a little interjection --

 5                    MR. GLITZENSTEIN:  Okay.

 6                    MR. VALENTINO.  -- on the record

 7     here?

 8                    And this is where we cross

 9     over a little bit into Mr. Stihler's personal

10     opinion, perhaps, as to -- as opposed to his

11     position with the DNR in terms of just studying

12     the bats.  I just wanted to make that clear.

13     Maybe he wants to make that clear.

14                    I'm sorry.  Go ahead and

15     answer.

16                    THE DEPONENT:  Well, I mean, I'm

17     not sure there's a difference here.  It's

18     basically saying we would like to see operations

19     modified to reduce bird and bat kills.  And I

20     think that's my position, and I would believe it

21     would be the DNR's, that we would like to

22     minimize kills of wildlife.

23     BY MR. GLITZENSTEIN:

24          Q.    Well, we understand, and I appreciate

25     your counsel's interjection that you are here
```

Elkins, WV

1      Q.     And this would have been generated in

2   the ordinary course of the agency's business?

3      A.     Right.   This is part of our reporting

4   to Fish and Wildlife Service for federal grants

5   we receive.

6      Q.     Mr. Stihler, based upon everything you

7   know about the Beech Ridge Project and your other

8   knowledge, do you have a view as to the

9   likelihood that the Beech Ridge Project will kill

10   or injure an Indiana bat?

11      A.     Yeah.   That's one of the reasons I

12   compiled that table that we handed out initially.

13   What I was trying to do -- the project, given the

14   anticipated 6,746, or something, bats per

15   turbine -- or bats per year, over the life of the

16   project we're talking about 135,000 bats that are

17   likely to be taken by this project over the life

18   of the project.

19           If you look at Mountaineer, the percent

20   of bats at the project that were Myotis bats was

21   about 14 percent, 13.9.   So that comes out to

22   roughly 19,000 Myotis bats that are likely to be

23   taken, if you use Mountaineer as an -- as an

24   example of the -- the proportion of an- -- of

25   Myotis.   But looking at the Wisconsin site near

1     the hibernacula, the proportion of Myotis was

2     even higher.  So that's really a conservative

3     estimate.

4           And if you look at the number of

5     Indiana bats on the landscape versus the other

6     Myotis species, which is what I did in that mist

7     netting data -- and I -- I tried my best to make

8     sure there was no bias towards sites with Indiana

9     bats by excluding sites where Indiana bats were

10    known previously.  So if we have caught an

11    Indiana bat there for the first time, I included

12    it.  In the future, those sites weren't included

13    in the data.

14          We got about .24 percent of the Myotis

15    are Indiana bats.  So if you do the math, it

16    comes out to, I believe, like 400 Indiana bats

17    likely to be killed over the course of the

18    project.  I don't have the number off the top of

19    my head, but it's .24 percent of like 19,000.  So

20    I think it's likely that -- that if the kills are

21    as predicted, that one of those bats -- more than

22    one of those bats would be an Indiana bat.  It's

23    just the sheer numbers.

24    Q.    And you think that's a sound biological

25    assessment?

Page 88

1     summer was our first introduction.

2          Q.    Okay.

3          A.    So I'm -- I'm not up on the acoustic

4     stuff at all.

5          Q.    Right.  So you would defer to other

6     people who have done more of that work?

7          A.    Oh, yes.

8          Q.    Okay.

9          A.    Because we collected data this year.

10    We haven't analyzed it yet, so we're -- we're not

11    at that stage.

12         Q.    If people who have done more acoustic

13    work had told you that there were acoustic

14    surveys taken at this site that they believed

15    reflected Indiana bats during the summer, would

16    that be something that would be of interest to

17    you?

18         A.    I think it would be of interest.  I --

19    but I can't say I would be surprised, given the

20    presence of Indiana bats in caves in the area.

21    We expect Indiana bats to stay in the vicinity --

22    at least males to stay in the vicinity of the

23    caves.  Looking at the elevation of this project,

24    I would not expect maternity colonies up here.  I

25    would expect that if there's any Indiana bats,

Page 90

1       burnt, so there were a large number of snakes.

2       It was near a known hibernacula -- hibernaculum

3       for Indiana bats.  So I'm already suspicious that

4       those bats from that cave, because of the large

5       number of snakes, actually stayed near the cave.

6       But then it turned out that summers were too cool

7       and it really wasn't a very good place.  Because

8       the bats -- no -- no sign of those bats turned up

9       in subsequent years of monitoring.  Although we

10      have found bats up in the area, so far all that's

11      been captured are male bats in recent years.  So

12      I suspect that 3,000 feet might be the limit.

13      I'm not even sure that that's low enough for a

14      successful colony.

15          Q.    That's for a maternity colony --

16          A.    For a maternity colony.

17          Q.    -- as distinct from male?

18          A.    Right.  Males have less of the

19      energetic requirements, because they're not

20      raising young.  They don't have to keep their

21      young warm.  They don't have all the needs to --

22      to get a lot of food to produce milk.  I mean,

23      they're basically batching it and don't have the

24      stress the females do.  So they can tolerate a

25      lot -- lot more environmental factors and still

Page 95

1           Do you see that?

2      A.    Uh-huh.

3      Q.    A reference to mist netting during one

4  summer is not robust.  Is that a statement that

5  you would agree with?

6      A.    I'm not sure that mist netting for one

7  summer would provide you with the absolute best

8  data of what's on site, but mist netting for one

9  summer does meet the protocol required for

10  clearance for Indiana bats.  I mean, they were

11  meeting the protocol established by the Fish and

12  Wildlife for clearing that project, so -- I mean,

13  you can always get more data.  But saying that

14  you could get more data doesn't mean that this

15  wasn't meeting the requirements of the surveys.

16      Q.    Okay.

17      A.    And basically, they were looking for

18  Indiana bat maternity colonies.  That was -- that

19  was the intent of the surveys.  The intent was

20  not to look at what bats were in the airspace, at

21  least in my opinion.  That's --

22      Q.    All right.  Well, let me make sure I

23  understand that.  When you say "clearance," you

24  mean actually clearing the trees from the site?

25      A.    Well, I mean, it's -- it's to get --

Page 110

1      A.    No.  I would have --

2      Q.    Where are they -- where are they in

3    relation to Greenbrier?

4      A.    These would be to the west -- to the

5    southwest.

6      Q.    If you want to take another look at

7    Exhibit 7 --

8      A.    I was going to say.  I --

9      Q.    -- that might help.

10      A.    This is -- okay.  Yeah.  If you

11    have the --

12      Q.    So we're talking about Boone --

13      A.    Yeah.

14      Q.    -- and Kanawha counties?

15      A.    Boone and Kanawha, yeah.

16            Actually, they're to the west, not to

17    the southwest.

18      Q.    Okay.  And do you -- do you believe a

19    maternity colony exists at the Beech Ridge site?

20      A.    I think it's unlikely.  I -- I wouldn't

21    say we couldn't have maternity colonies in

22    Greenbrier County, but I would expect if they

23    were there, they wouldn't be at those elevations.

24    Because the nights tend to be very cool, and

25    females typically are choosing a place where when

Craig Stihler                                        September 18, 2009
Elkins, WV

Page 133

1     going forward on what other studies are needed.

2              It certainly wouldn't surpass our legal

3     authority.  I mean, it's not like the technical

4     committee overrides the state and federal legal

5     responsibilities.  But it would be to advise them

6     as to where we think it would be best to direct

7     their efforts as far as getting information that

8     would help us with this facility and other

9     facilities to reduce mortality and also to

10    develop operating schemes that might minimize

11    impacts.

12         Q.    Do you believe that postconstruction

13    monitoring is valuable?

14         A.    I think without postconstruction

15    monitoring we have no idea of what we're doing.

16    If you want to try to minimize kills, any sort of

17    research or any sort of operation geared towards

18    reducing mortality, you have to have some measure

19    of mortality to see if you're effective and how

20    effective you are.  So I think it's essential

21    that postconstruction monitoring be done.

22         Q.    Do you have an understanding whether

23    the technical advisory committee would be

24    exploring the possibility of adaptive management?

25         A.    That was one of the things on the

Elkins, WV

1    table.  I really believe that's going to be part

2    of -- of what would be recommended going forward.

3        Q.    And what is adaptive management?

4        A.    Basically, it -- it's a system where

5    there's a lot of uncertainty.  We don't know how

6    our management of the wind turbines will effect

7    bat mortalities.  But we would try something, we

8    would monitor it, and it -- one of the things we

9    talked about doing is using a cut in speed of a

10   certain amount, and -- which would basically say

11   the turbines would not start rotating until the

12   wind speed exceeded X, and doing that for some

13   nights, and also doing that for just part of the

14   night.  Because at Casselman, they showed if you

15   curtail them for the night, you reduce bat

16   mortalities.  What we would like to do is see

17   if -- can we reduce it to just, you know, a

18   window within the night that we can do that and

19   still reduce mortalities a significant amount or

20   maybe more.

21        So it basically would be doing these

22   studies, seeing how they -- they work, what

23   results they get, taking that information, and

24   then reiterating that and going back and saying,

25   okay, this is what we found the first year.  Did

Page 135

1      this meet what we expected?  If not, why not?  If

2      it did, how can we make it better, and try

3      something the next year.

4              So each time you go out there to come

5      up with an operating scheme for the following

6      year, you would base it on the previous year's

7      data.  Because we -- we can't come up at year one

8      and know what's going to work at this facility.

9      We need to -- to be adaptive.

10          Q.    Do you think adaptive management is a

11     valuable tool?

12          A.    I think it's very valuable.

13          Q.    Can I have you take another quick look

14     at Exhibit 14, which was the --

15          A.    Yeah.  I didn't -- I didn't number

16     mine.

17          Q.    It was the letter that you wrote to --

18          A.    Okay.

19          Q.    -- the PSC --

20          A.    Okay.

21          Q.    -- in December 2005.

22              When you wrote this letter, did you

23     have any understanding about potential use of

24     adaptive management at the Beech Ridge Project

25     site?