# EXHIBIT 20

# Deposition of Thomas H. Kunz, Ph.D., excerpted

```
 1           IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MARYLAND
 3
 4   ANIMAL WELFARE INSTITUTE,          *
 5   et al.,                            *
 6            Plaintiffs,               *
 7                                      *
 8      vs.                             *   Docket No.:
 9                                      *   09-1519 (RTW)
10   BEECH RIDGE ENERGY LLC,            *
11   et al.,                            *
12            Defendants.               *
13   * * * * * * * * * * * * * * * * * * * * * * * *
14
15         DEPOSITION OF THOMAS H. KUNZ, Ph.D.
16       Tuesday, September 15, 2009, 9:53 a.m.
17              Hyatt Regency Cambridge
18                 575 Memorial Drive
19              Cambridge, Massachusetts
20
21            *  *  *  *  *  *  *  *  *
22
23
24   Reporter:
25           Kathleen Mullen Silva, RPR, CRR
```

1   A.  Eric and Bill.
2   Q.  And had you known Eric and Bill previously
3   before they contacted you?
4   A.  No.
5   Q.  And what did they ask you to do when they
6   contacted you in the spring?
7   A.  They asked me if I would be willing to
8   serve as an expert witness in this particular case.
9   Q.  All right.  And did they describe the facts
10  of the case to you at that time?
11  A.  They did, and -- you know, I obviously read
12  the facts as much as I had time available to do so.
13  Q.  And obviously you agreed to serve as an
14  expert witness in this case?
15  A.  I did.
16  Q.  And why did you agree to do so?
17  A.  Well, the primary reason is that the wind
18  energy industry has basically grown so rapidly in
19  the last probably even five years, and the impact
20  that wind energy has had on bat populations, having
21  done research on bats, and I felt that it was
22  appropriate to be involved because there is very
23  little regulation of this industry, and I -- in
24  fact, almost no regulation at the federal level and
25  minimal at the state level, that it's important to,

1  when policy decisions are made at any level, that it
2  be based on science, and I say good science.
3      Q.  Now, you've issued two declarations in this
4  case.  Do your two declarations contain all the
5  expert opinions you will offer in this case, as you
6  know today?
7      A.  As I know today.  I do have something to
8  offer you, just an additional piece.  This is
9  actually -- it's in the public record because it's
10 in a journal article that you may have, but I just
11 thought that's just a document that would be useful
12 for you to see.
13     Q.  Okay.
14     A.  Which is a map of a migrating Indiana bat
15 in the spring, and based on research that has been
16 done by the State of Pennsylvania.
17     Q.  Okay.  Very good.
18     A.  But as I said, it's in the public record,
19 as well as the same document is in this journal
20 article that I'm an author on.
21     Q.  I will review this on a break and then
22 we'll determine whether to mark it as an exhibit and
23 talk about it.
24     A.  Okay.
25     Q.  When we get to this topic.

1   hibernacula impact how far they migrate?

2       A.  Well, that's the same question.

3       Q.  Well, I'm --

4       A.  Same question.  How far they migrate is
5   where they go to summer roost.

6       Q.  Right.  I'm sorry.  Let me get it straight
7   in my head and ask it the right way then.

8       A.  Let me just clarify for you here.  First of
9   all, we really don't know very much about how far
10  bats migrate from any hibernacula.  We know that
11  there's varied distances, and there's no reason to
12  suspect that a bat from a small hibernacula is going
13  to hibernate or migrate a short distance or a long
14  distance.  They certainly could, in those
15  individuals -- the sites to which they migrate or
16  summer roost, they form very small summer colonies
17  dispersed over the landscape.  We know very little
18  about summer roosts of Indiana bats, and it's -- and
19  very little work has been done on migration.  Again,
20  this document here which I point out here is a
21  migrating bat, and --

22      Q.  It's one bat?

23      A.  Well, this is a record of a single bat.
24  There have been other studies done by the Department
25  of -- DNR in Pennsylvania as well as in New York

1     Q.  Right.  Okay.  Excellent.  I think that
2  wraps up my use of your first declaration.
3     A.  Okay.
4          MS. NATHANSON:  I will now have marked
5  as an exhibit your rebuttal declaration of September
6  2009.
7          (Marked, Exhibit 3, rebuttal declaration
8  of Thomas H. Kunz, Ph.D.)
9     Q.  I'll give you a chance to look it over,
10 Dr. Kunz, and ask if it looks to be the complete and
11 accurate document you submitted --
12    A.  Yes.
13    Q.  -- earlier this week?
14    A.  Yes.
15    Q.  Starting off with paragraph 1, you
16 characterize your opinions -- well, "My opinions
17 regarding plaintiffs' claim that the Beech Ridge
18 project will likely kill, injure and harm Indiana
19 bats are generally expressed in either my initial
20 affidavit or this rebuttal declaration."  You use
21 the term here "will likely."  Is this different from
22 the "high degree of scientific certainty" used in
23 your --
24    A.  No.
25    Q.  So we're still referring -- there's a 95

1  percent probability that Indiana bats will be
2  injured, killed or harmed?
3      A.  Yes.
4      Q.  So your opinion hasn't changed from your
5  first declaration based on the additional material
6  you reviewed?
7      A.  No.  My position has not changed.
8      Q.  What do you mean by the term "harm" in this
9  rebuttal declaration?
10     A.  Well, "harm" refers to injury, and also
11 probably harm is not necessarily different from
12 injury.  When you harm something, it's either -- it
13 can be an injury to an individual or it could be a
14 decrease in a population.
15     Q.  Okay.  That's what I wanted to probe with
16 you.  In your opinion, how are Indiana bats harmed
17 by the Beech Ridge project as you use that term
18 here?
19     A.  Well, in itself, you know, harm to a
20 population is not necessarily due to a single kill.
21 In fact, I would say that a single kill would not do
22 necessary harm to a population, but it really
23 reflects the cumulative impacts over time and space
24 that bats -- the bat population -- the local
25 population, that is, of these bats in Virginia could

1  experience a decline.

2  Q. Okay. So do you mean something different
3  by using the word "injure" in your declaration?

4  A. "Injure" refers to a barotrauma. We don't
5  know for sure whether all -- and bats that are
6  experiencing barotrauma are killed. They could be
7  injured and injury can lead to inability to forage
8  effectively. "Killing," we know what that means,
9  but "injury" could be a broken wing. It could be --
10 there are many reasons that a bat could be injured
11 by a wind turbine.

12            I shouldn't say "many." There are at
13 least two or three. One is a hemorrhage to -- if
14 the brain has experienced some damage from being
15 hit; a broken wing would affect its ability to fly;
16 and barotrauma could affect its ability to live.
17 Some people we know, humans, for example, sometimes
18 can survive barotrauma. If you've been a diver,
19 there are people who survive. There's no
20 baro-chambers that bats are put into, though. So
21 the likelihood of them surviving is pretty low.

22 Q. So other than injury through barotrauma and
23 cumulative impacts to the species that you
24 described, are there any other ways that Indiana
25 bats are harmed or injured by the Beech Ridge

 1  project?
 2       A.  Well, the only other possible harm would be
 3  a demise of foraging habitat or roosting habitat.
 4       Q.  So habitat modification?
 5       A.  Right.
 6       Q.  Thank you.  All right.  In paragraph 1,
 7  near the bottom, you noted you were particularly
 8  interested in a map that was attached to Mr. Romme's
 9  supplemental declaration?
10       A.  Right.
11             MS. NATHANSON:  I'd like to have that
12  marked as Exhibit 4.
13             (Marked, Exhibit 4, map.)
14       Q.  I'll give you a chance -- is this the
15  document you're referring to?
16       A.  Just let me read this.
17       Q.  Sure, of course.  Take your time.
18       A.  (Witness reviewing document.)  Okay.
19       Q.  Is this map that was just marked as Kunz
20  Exhibit 4, is that the document you're referring to
21  in that parenthetical in paragraph 1?
22       A.  It's the only one we have, yes.
23       Q.  So I wanted to just ask you today, what was
24  significant about this figure attached to
25  Mr. Romme's supplemental declaration that prompted

1  percent likelihood or 80 percent likelihood.  I
2  mean, certainly greater than 50 percent that they
3  would be there.  And in the case of -- in number 6
4  where I say it is "my opinion that Indiana bats will
5  be present," that's a very high level of
6  confidential.  But, you know, there's obviously
7  fuzziness here in terms of how likely they will be,
8  because I don't have that -- I can't -- I don't
9  think anybody could tell you that they will be --
10 that you could put a number of those values on those
11 words, except for "will."
12     Q.  Like I said, we have a "will" and then we
13 have a "likely."
14     A.  Likely.
15     Q.  So it was highly likely?
16     A.  Or very likely.
17     Q.  And you don't feel comfortable putting a
18 probability number on that?
19     A.  No, I don't.
20     Q.  But you would agree it's a greater than 50
21 percent chance that they are present?
22     A.  Right.
23     Q.  Could we go through and list your bases for
24 that in terms of indicia of presence, I suppose is
25 one way to characterize that, that support your

Page 129

1  potentially -- there's a hole -- a rut in the road.
2  That's a place where people catch bats. There's
3  little ponds and little streams, and it looks like
4  probably a beaver-dammed pond. This stream I would
5  never set a mist net over, because they don't --
6  rocky bottoms, basically they don't --
7          MR. EUBANKS: For the record, that's
8  mist net site number 3?
9          THE WITNESS: 3.
10    A.  Typically bats don't like clutter. They
11  drink in addition to eat. So whenever you've got
12  either bubbling water that has little ripples, lots
13  of rocks in it, that's not a place they're going to
14  go feed and drink because the risk of them hitting
15  rock is pretty high. So areas that are smooth
16  water. And there are a few here.
17          Mist net 5 looks like a good site, and
18  mist net number 8 looks like a pretty good site. I
19  would say mist net 7 is a very poor site. Mist net
20  10 site is very cluttered. I can't tell very much
21  what 9 looks like. Mist net 11 site is a pond, and
22  it's pretty open around that. It's not likely
23  you're going to catch a lot there. Site number 12,
24  it doesn't show the net so it's hard to know where
25  they put it, if they put it across the road or along

Al Betz & Associates, Inc.
(202) 265-0015    www.albetzreporting.com    (410) 752-1733

1  certainty or it was likely or high likelihood.
2      A.   Right.
3      Q.   So along the same lines that we talked
4  about before, I wanted to get what your current
5  opinion is over whether the Beech Ridge project
6  will, as in certainty, one hundred percent, kill
7  Indiana bats, or are we dealing with some other
8  lower level of probability, and what that is?
9      A.   Well, you know, I'll be consistent with
10 what I said before.  I'm saying that they will kill
11 bats, will kill bats.  I'm not sure how many they'll
12 kill.
13     Q.   Indiana bats?
14     A.   Indiana bats.  Based on my judgment of the
15 inadequacy of the prior data that's been collected
16 not just here, not just at this site, but at other
17 sites where we haven't found any Indiana bats
18 either.  There have been very few studies that have
19 been conducted in the range of Indiana bats where
20 full season studies have been conducted.  So...
21     Q.   So even though we have no data of Indiana
22 bat fatalities at any wind project, it is your
23 opinion that the Beech Ridge project will kill
24 Indiana bats?
25     A.   Yes.  And that is based on the fact

1  that the surveys that have been done to date have
2  been inadequate to detect the presence of those
3  guys, both in terms of tools that have been used,
4  but also in terms of the inadequate -- or the -- I
5  shouldn't say "inadequacy" -- well, inadequacy of
6  the estimate of bats killed to date.  And also by
7  the fact that bats that are anywhere between 70 to
8  80 percent of the bats are being killed by
9  barotrauma suggests there are going to be bats -- we
10 may never find them, but the probabilities are very
11 high that they're going to be hit by the turbulence
12 or by direct hit from the blade.
13      Q.  Okay.  So even though we have no reported
14 Indiana bat carcasses at any wind project, you're
15 also concluding that it is highly likely or is it
16 certain that there is undetected Indiana bat
17 mortality from wind projects?
18      A.  I would say it's certain.
19      Q.  On what basis?
20      A.  Because of, you know -- I'll just reiterate
21 my point here is that over half the bats are never
22 detected by fatality surveys, and there is no
23 previous site that has been studied as near as this
24 one.  This is the closest site to an Indiana bat
25 hibernacula.  And it has the potential sites for

1  assessments at sites where the acoustic scarecrows
2  are used and not used.
3      Q.  Do you believe that post-construction
4  monitoring adaptive management at wind turbine sites
5  is valuable in general?
6      A.  I would say it's valuable at sites that are
7  currently -- it's the only option we have at
8  existing facilities.
9      Q.  So do you believe it will help bats?
10     A.  I think it will reduce -- I mean, the
11 primary adaptive management tool that is currently
12 demonstrated to be effective as operational
13 mitigation, that is feathering.  A recent paper
14 published from Canadian colleagues and Ed Arnett at
15 Casselman has done this.  Well, it should be about
16 finished.  It's the second year of study, which,
17 again, a study in Germany showed certain things.  So
18 yes, I think it will help bats.  It won't eliminate
19 fatalities, but I think given the investment that
20 companies have already put in turbines, it's the
21 only approach that is available to mitigate the
22 damage that it is causing, short of cutting them
23 down.
24     Q.  Okay.  My next question was going to be if
25 you're familiar with Ed Arnett's work in evaluating

1        A.   Michael's a solid scientist.  He's a
2   competent scientist.  I have a high regard for him
3   as a colleague.  He's a good friend.  We've had
4   discussions about White Nose Syndrome.  We haven't
5   had any discussions about wind energy, but our level
6   of conversation has often been really just academic.
7        Q.   So you said you hold him in high regard?
8        A.   Yes.
9        Q.   Are you familiar with Dr. Karen Tyrell,
10  T-y-r-e-l-l?
11       A.   I know her.  I've met her on occasion.
12  I've never had any discussion with her.  I've never
13  had any opportunity to collaborate with her, do
14  anything -- I know she was a graduate student at the
15  University of Illinois, and she worked on -- I
16  haven't seen her CV, but I know at the time she was
17  doing work on acoustics, but beyond that, I have
18  no -- I've kind of lost track of her, to be honest.
19       Q.   Do you have any basis to have a
20  professional opinion of her reputation?
21       A.   I really don't have much to say about it.
22  I mean, you know, for her own right, whatever she's
23  done with her career -- I mean, she's obviously
24  chosen a path that is different than mine and
25  everybody makes a choice based on whatever events