# EXHIBIT 21

# Deposition of Lynn W. Robbins, Ph.D., excerpted

```
 1              THE UNITED STATES DISTRICT COURT
                 FOR THE DISTRICT OF MARYLAND
 2                    (SOUTHERN DIVISION)

 3

 4    ANIMAL WELFARE              *

 5    INSTITUTE, et al.,         *

 6          Plaintiffs,           *

 7                                * Civil No.

 8      vs.                       * RWT-09-cv-01519

 9                                *

10    BEECH RIDGE ENERGY LLC      *

11    and INVENERGY WIND LLC,    *

12          Defendants.           *

13    * * * * * * * * * * * * * * * * * * * * * * * *

14              DEPOSITION OF LYNN ROBBINS, Ph.D.,

15    produced, sworn, and examined on Thursday,

16    September 17, 2009, at 10:00 a.m. of that day,

17    at University Plaza Hotel & Convention Center,

18    333 John Q. Hammons Parkway, Lake of the Ozarks

19    Conference Room, in the City of Springfield,

20    County of Greene, and State of Missouri, before

21    me, COLLEEN D. HAYES, CCR, RPR, CSR, in the

22    above-captioned cause; taken on behalf of the

23    Defendants.

24    * * * * * * * * * * * * * * * * * * * * * * * *

25
```

```
 1        names of the caves in West Virginia where
 2        critical habitat for the Indiana bat is?
 3   A.   I don't know the names of the caves.
 4   Q.   Okay.
 5   A.   I've just read the reports of numbers of --
 6        in different caves.
 7   Q.   Okay.  All right.  Other than -- other than
 8        the Anabat analysis that you discuss in your
 9        rebuttal declaration, which -- which we will
10        talk about today, do you have any other
11        evidence of Indiana bat presence at the
12        Beech Ridge wind energy site?
13   A.   No.
14   Q.   Okay.  Do you have any evidence of Indiana
15        bat mortality at the Beech Ridge Energy
16        site?
17   A.   No.
18   Q.   Okay.  And do you have any evidence of
19        Indiana bat mortality at any wind project
20        site?
21   A.   Yes.
22   Q.   Yes.  And what would that be?
23   A.   Mountaineer.
24   Q.   Okay.  The Mountaineer -- the Mountaineer
25        report that's attached to your rebuttal
```

1       second and third, if necessary.

2   Q.  So would you describe that as an adaptive

3       management approach that you are advocating?

4   A.  Yes.

5   Q.  Okay.  And can you describe -- can you just

6       explain -- describe to me what your view --

7       what your view of the meaning of "adaptive

8       management" is?

9   A.  It's adjusting based on data that the

10      adjustment would lessen or take into

11      consideration the pattern of activity or

12      patterns of mortality of the bats.

13  Q.  Okay.  Okay.  So you said you've never done

14      a habitat conservation plan before.  You are

15      doing the research to support at least one

16      habitat conservation plan for a wind company

17      in Missouri.  Do you have any idea how long

18      it takes to develop a habitat conservation

19      plan?

20  A.  I've heard estimates, but nobody in Missouri

21      has ever done one.

22  Q.  Okay.

23  A.  And to my knowledge, none have ever been

24      done in the continental U.S. dealing with

25      endangered bat.  I heard estimates from six

```
 1              months to a year and a half.

 2    Q.   And do you have -- do you have a sense of --

 3         any estimates of how much a habitat

 4         conservation plan costs a wind company to --

 5         to develop and deliver to Fish and Wildlife

 6         Service?

 7    A.   Well, it is my understanding that it

 8         requires pre-construction surveys, and

 9         whatever the cost of those is depends on the

10         size of the area and what was initially

11         found in the presence or absence studies.

12         The post-construction monitoring, I've never

13         done one.

14    Q.   Okay.

15    A.   I -- I've seen projected costs based on the

16         number of days that they will be looking for

17         dead bats.  But none of the

18         post-construction monitoring that I've seen

19         includes radiotelemetry or capture.  Some

20         has had acoustic sampling done concurrent

21         with studies looking for mortality.  But our

22         recommendation is to have the mortality done

23         in a much more rigorous method to make sure

24         that the efficiency of the searchers and the

25         periodicity between searches accounts for
```

Page 80

1  A.  As far as we know with limited band

2      recoveries.

3  Q.  Right.

4          Are you familiar with -- are you

5      familiar with how Indiana bats utilize

6      migratory paths in -- in West Virginia and

7      eastern Appalachia?

8  A.  No.  I know that up in the New York area

9      they've been found to go east and west

10     rather than like in the Midwest where they

11     tend to go north and south.

12 Q.  Okay.  Yeah.  And Dr. Kunz -- yeah, Dr. Kunz

13     has offered the opinion that they -- that

14     even in -- in Appalachia, they tend to -- he

15     used the term in his declaration --

16     generally move north and south.  Do you have

17     any -- any reason to question that -- that

18     opinion?

19 A.  I can't agree or disagree with it.

20 Q.  Okay.  You would agree, in Missouri you do

21     not have the -- the -- the altitude and

22     ridge -- and steep ridgelines that is seen

23     in the topography in West Virginia; is that

24     correct?

25 A.  Not as high.

Page 82

```
 1   Q.   Okay.  And so do you have any knowledge on
 2        whether Indiana bats in West Virginia tend
 3        to fly over the mountain ridges like this,
 4        or do they -- or do they tend to follow
 5        valleys and river courses in between
 6        mountain ridges?
 7   A.   I have no information about West Virginia.
 8   Q.   Okay.
 9   A.   I know in Missouri the bats with our radios
10        on them tend to stay in forested habitat --
11   Q.   Okay.
12   A.   -- or along the edges as they move from one
13        area to the other.  They'll go out of their
14        way rather than going across the openings as
15        far as -- but these are -- openings are --
16        there's nothing there.
17   Q.   Right.
18   A.   Corn, cows.
19   Q.   Right, not a lot to eat.
20   A.   And maybe predator -- whatever -- whatever
21        reasons --
22   Q.   Right.
23   A.   -- they are habitat specialists.
24   Q.   Right.
25   A.   But woods, tree -- they're considered a tree
```

1        disruption?

2    A.  Sure.

3    Q.  Are there other ways that Indiana bats are

4        injured by -- by wind projects?

5    A.  In this context I'm using "injured" as

6        anything that changes --

7    Q.  Okay.

8    A.  -- both their behavior and their life

9        expectancy.

10   Q.  Okay.

11   A.  And in the kind of projects that I'm

12       involved in, you know, the summer habitat

13       can't be disrupted while they're there.  If

14       there's assumed to be bats present on the

15       area, you can't go in and clear a

16       transmission line, for instance, if they're

17       assumed to be there.  And the -- that's the

18       service -- Fish and Wildlife Service's

19       guidelines to keep from injuring them by

20       construction -- I mean, post construction.

21       We don't know if it changes their behavior

22       because we don't know of Indiana bats being

23       affected by wind turbines other than this

24       one from Mountaineer.  That's what we're

25       projecting to look at in my area to see if

```
 1        the construction and operation changes their
 2        behavior in the area, not just if they are
 3        killed.
 4   Q.   Okay.  Interesting.
 5             And then in your next sentence you
 6        state, "that Indiana bats will be harmed" --
 7        "will be harmed by the Beech Ridge project."
 8        And so if you could -- so that I understand,
 9        could you describe what you mean in your
10        declaration here by the word "harm"?
11   A.   I believe that Indiana bats in my opinion
12        are present on the area, especially during
13        the migratory period, and that because other
14        species of Myotis that have been --
15   Q.   Myotis, M-y-o-t-i-s.
16   A.   -- have been found to be harmed that the
17        same fate would befall Indiana bats on this
18        project area.
19   Q.   And so -- so by "harm," killing and the --
20        referring to killing and to the forms of
21        injury that you described -- that you
22        described in response to the prior question?
23   A.   Yes.
24   Q.   And -- and anything else?
25   A.   Well, based on my site visit, I think that
```

Page 87

```
 1        the construction will attract them.

 2   Q.   The construction --

 3   A.   The results of the construction.

 4   Q.   The construction of the turbines or the --

 5   A.   The -- the clearing of corridors, roads,

 6        edge habitat, areas where I tend to see

 7        higher activity of all bats as well as

 8        Indiana bats.

 9   Q.   Okay.  Great.  And anything else?

10   A.   (No verbal response.  Witness moves head up

11        and down.)

12   Q.   So is that -- is that no?

13   A.   No thank you.

14   Q.   Is that no?

15   A.   No.  No.

16   Q.   All right.  And finishing up that sentence,

17        you say here, "high likelihood of species'

18        use."  In response to the -- to the -- to

19        the prior question I just asked, you stated

20        that you believe they will be present.  I

21        want to -- I want to make sure we are -- we

22        have a clear record and are clear here on --

23        on your opinion about the likelihood of the

24        Indiana bats using the project site.  Is

25        this -- do you have a 100 percent level of
```

Page 88

```
 1        certainty on that, or is it a -- or is it

 2        high likelihood as you state here, or is

 3        it -- or is it some other level of

 4        probability in terms of --

 5   A.   I'm a scientist.  There's no hundred

 6        percent.

 7   Q.   Okay.  That's helpful to know.

 8   A.   Based on my site visit, my analysis of the

 9        data, I believe there's a high likelihood --

10   Q.   Okay.

11   A.   -- of Indiana bat presence on the area, and

12        because of that high likelihood of presence,

13        there is a likelihood of adverse.

14   Q.   And the -- can you assign a -- can you

15        assign a level of probability to -- to the

16        phrase "high likelihood"?  I assume you --

17   A.   Of presence or damage?

18   Q.   Let's start with presence.  Would you put

19        that -- I assume you put that at higher than

20        50 percent?

21   A.   Yes.

22   Q.   Okay.  How high would you place that level

23        of probability of high likelihood?

24   A.   Of presence in the area?

25   Q.   Of presence.
```

 1   A.   Greater than 90 percent.

 2   Q.   Okay.  And -- and what about -- and what

 3        about as you put adverse -- adverse effect

 4        on the Indiana bat, how high, by the

 5        Beech Ridge project?

 6   A.   I have no data that I can give a percentage

 7        other than I believe it's likely greater

 8        than 50 percent.

 9   Q.   Okay.  And then, again, so we can have a

10        clear record, I know you mentioned based on

11        your site visit and based on your review of

12        the data, it supports your -- your view of

13        the over 90 percent probability that they

14        will be using the site.  If we could break

15        that down into a more -- if we could engage

16        in a -- like getting a detailed list of

17        the -- of the indicia of presence at the

18        Beech Ridge site.

19   A.   My initial opinion was based on a look at

20        the known distribution and what I know of

21        Indiana bat movements.  My site visit that

22        increased my -- I'm trying to think -- my

23        certainty of the potential presence of

24        Indiana bats on the project area, and then

25        my analysis of the acoustic data that were

Page 136

1        identification.)

2             MS. NATHANSON:  Thank you.

3  Q.  (By Ms. Nathanson) And for the record, this

4       is -- I've handed Dr. Robbins the August

5       2005 mist net survey for the turbine

6       locations.

7             The back, Dr. Robbins, Appendix B, the

8       last set of pages?

9  A.  To the photographs?

10 Q.  That have the -- that have the photographs

11      of the mist net sites, and there are 15 of

12      them.  If you could just go one by one.  I'm

13      looking at Mist Net Site 1, and I see it

14      appears that the -- it looks like -- from my

15      view, it looks like the mist net -- I see a

16      mist net pulled perhaps around the -- around

17      the curve there?

18 A.  Around the curve.

19 Q.  Do you see that?

20           What -- what is your view on the

21      appropriateness of that -- of that mist net

22      location?

23 A.  From this angle it looks okay.  I can't see

24      where the trees are over the road --

25 Q.  I see.

Page 137

1   A.   -- around the corner.  But from where the

2       picture was taken, it's wide open.

3   Q.   And putting the mist net -- putting a mist

4       net around a curve, is that an

5       appropriate --

6   A.   It doesn't -- bats aren't flying that fast

7       that -- they go around corners just as fast

8       as they go straight.

9   Q.   Okay.  So the -- the tree -- the tree

10      covering condition is more important to

11      your --

12   A.   Yes.

13   Q.   -- evaluation?

14   A.   Uh-huh.

15   Q.   Okay.  All right.  What do you think about

16      Mist Net Site 2?

17   A.   From that view, I would have put it another

18      40 yards farther along the road where the

19      trees are starting to cover it instead of

20      open where it is.  It looks to me like it is

21      set in the most open area, where I would

22      have moved my net farther down and used a

23      shorter net to cover a more compact flight

24      area.

25   Q.   Understood.  Thank you.

Page 138

```
 1           Okay.  Mist Net Site No. 3?

 2   A.  Again, not knowing what's on each side of

 3       it, that kind of road looks like one I would

 4       explore but for more canopy cover.

 5   Q.  Okay.  The canopy cover is -- is -- is it

 6       still too open in your opinion?

 7   A.  Yes.

 8   Q.  Okay.

 9   A.  It doesn't mean I wouldn't put nets there,

10       but I would put additional -- I would spend

11       more time finding more appropriate ones, and

12       if these were areas that the company said,

13       okay, here's the areas I want you to net,

14       then -- but I would look a lot more -- I

15       would be much more involved in picking the

16       spots based on ability to catch bats.

17   Q.  Okay.  Do you have any knowledge on how --

18       how these mist nets sites were -- were

19       chosen?

20   A.  No.

21   Q.  Do you -- okay.

22   A.  No.

23   Q.  Okay.  So Mist Net Site No. 4?

24   A.  That's --

25   Q.  What is your opinion on that?
```

Page 139

1   A.   I wouldn't put one there --

2   Q.   Okay.  Why --

3   A.   -- if I was trying to sample for Indiana

4        bats.

5   Q.   Why is that?

6   A.   Way too open.  If -- you know, I would look

7        at that if behind me it closed, that would

8        be great because a lot of times bats are

9        flying along edges and shoot down these

10       corridors, and if it -- anything that

11       funnels them, brings them in, because --

12       mist nets -- they don't come to mist nets.

13  Q.   Right.

14  A.   They're not like a trap that you bait.

15  Q.   Right.

16  A.   And they can -- they can pick it up with

17       their echolocation.  They're eating bugs

18       smaller than knots in the net.  And so you

19       want to surprise them with the net in an

20       area they're funneling down through.

21  Q.   So if -- so --

22  A.   If behind me there was canopy --

23  Q.   It was behind -- if -- yeah, what we don't

24       see in this picture is behind the person

25       taking this photo there, there is a tight

Page 140

1      canopy --

2  A.  Uh-huh.

3  Q.  -- would that make this a more

4      appropriate --

5  A.  Sure.

6  Q.  -- net site?  Okay.

7  A.  If there was tight canopy.

8  Q.  Okay.  Great.

9          All right.  Mist Net -- Mist Net -- Mist

10     Net Site No. 5?

11 A.  That looks pretty -- that looks pretty nice.

12     It looks like -- it looks like there is

13     canopy over that, from what I can tell from

14     that picture.  I don't know what's around

15     than corner, but that looks like the place

16     that --

17 Q.  That you would net?

18 A.  Uh-huh.

19 Q.  Mist Net Site No. 6.

20 A.  Not knowing where the net is exactly in

21     No. 6 --

22 Q.  Right.

23 A.  -- I would use those -- those tree limbs

24     hanging over the road as a funnel source and

25     put the net under that.

Page 141

1    Q.   Okay.  Mist Net Site No. 7?

2    A.   Looks good by that snag, if that's where the

3         net was.

4    Q.   Okay.  Mist Net Site No. 8?

5    A.   The same, if it's -- if that overhanging

6         branch is affecting those, that would be --

7         looks like a good spot.

8    Q.   Mist Net Site No. 9.

9    A.   It obviously -- it looks like a good flyway.

10        I don't see any canopy coverage in that.  It

11        looks like a road that if you looked a

12        little bit farther up or down, you could

13        find canopy coverage.

14             The same in No. 10.

15   Q.   Okay.

16   A.   You know, that looks like a place I -- I'd

17        put a net down there where the road humps,

18        where those canopy -- if there was canopy

19        cover there.

20   Q.   That would serve as -- that would serve as a

21        funneling --

22   A.   Sure.

23   Q.   -- mechanism?

24   A.   Uh-huh.  Uh-huh.

25   Q.   All right.  No. 11?

1   A.   No.  I mean, it's --

2   Q.   Okay.  Do you see the pole?  I can --

3   A.   I see the pole there.

4   Q.   I see the pole.

5   A.   I see the pole is down there.

6   Q.   So tell me what -- tell me why this one is a

7        no.

8   A.   Because it's so wide open.  Again, those

9        edges would funnel bats down that road, but

10       it looks like if they'd have gone down

11       farther to where the canopy covers it,

12       instead of this way, they'll just go over

13       the top.

14  Q.   Would -- would bats be coming the other way

15       down the road?

16  A.   They go both ways.

17  Q.   Towards the net?

18  A.   Uh-huh.

19  Q.   I mean -- I guess --

20  A.   If --

21  Q.   It appears to me that the net is around the

22       bend.  Would it surprise them if they were

23       coming this way as --

24  A.   If the canopy --

25  Q.   I see your point behind it --

Page 143

1   A.  Yeah.

2   Q.  -- if this is open, but I guess if --

3   A.  If there's -- if -- if the --

4         THE REPORTER:  Wait.

5   A.  If the canopy is keeping them down to where

6       the net is.

7   Q.  (By Ms. Nathanson) Okay.  All right.  Mist

8       Net Site No. 12?

9   A.  Yeah, I think we saw that one with that

10      trail that goes in there, it looks like a

11      fine place.

12  Q.  Okay.

13  A.  If -- if -- I don't know -- I might have

14      taken the net -- a smaller net farther into

15      the forest, but --

16  Q.  Okay.  And No. 13?

17  A.  Probably not a place I would net.

18  Q.  Okay.  And why is that?

19  A.  It's just so open.  The bats have so much

20      opportunity to go anywhere they want.

21  Q.  And by "open," you're referring to the --

22      the --

23  A.  Up --

24  Q.  -- the clearing and the --

25  A.  Yeah.

Page 144

1    Q.   -- tree canopy?

2    A.   Uh-huh.

3    Q.   And Mist Net Site No. 14?

4    A.   As with the others, depended on where the

5         net is.  If that's the net right here that

6         shows up on the left-hand side, it looks

7         like it's in the wide open, not where the

8         bats would be funneled.

9    Q.   So you would want -- you would -- on 14 you

10        would want the -- the net to be placed where

11        these -- the trees are --

12   A.   Yes.

13   Q.   -- closest together?

14   A.   Uh-huh.

15   Q.   And finally No. 15?

16   A.   That likes nice.

17   Q.   And --

18   A.   A small --

19   Q.   And why does it look nice?

20   A.   Because it's an open road with a lot of

21        canopy cover over the top.

22   Q.   Okay.  All right.  Thank you.  That was very

23        helpful.

24             MR. EUBANKS:  I would like to note for

25        the record that in a number of the

Page 151

```
 1   Q.   Okay.  You then draw the conclusion that

 2        presence is almost inevitable on the project

 3        site during migration as they fly between

 4        winter hibernacula and summer roosting

 5        grounds.  With -- without data on which we

 6        can draw migratory routes, how can -- how

 7        can we draw the conclusion that it's almost

 8        inevitable that they will migrate over the

 9        project site during spring and fall?

10   A.   I can't discount it.  I can't say for sure,

11        hundred percent sure.  But the distribution

12        in all the counties around it and summer

13        occurrence in -- or -- in those counties

14        around it and winter occurrence in those

15        counties around it tell me this is an area

16        where Indiana bats are present.

17   Q.   Okay.  Present -- and present during

18        migration?

19   A.   Present.

20   Q.   Okay.  Well, I mean -- okay.  And so the --

21   A.   Uh-huh.

22   Q.   Your -- yeah, your last sentence there

23        discusses how the presence is inevitable

24        during migration as they fly between

25        hibernacula and roosting grounds.  So I'm
```

1       you felt were very -- were significant

2       differences between West Virginia and

3       Missouri Indiana bat habitat.  When you --

4       when you state that -- that your Missouri

5       wind projects are similarly situated to the

6       Beech Ridge wind project, what is your basis

7       for calling them similarly situated?

8    A.  In the middle of Indiana bat habitat.

9    Q.  Okay.  But you -- but you -- but you did

10      describe this morning that there are

11      significant differences in Indiana bat

12      habitat between Missouri and West Virginia?

13   A.  No.  I stated the habitat on those

14      ridgelines is different because of the

15      altitude.  The actual Indiana bat habitat,

16      they're still using snags.  They're still

17      using caves.  So I -- I don't have specifics

18      on Indiana bat habitat in West Virginia

19      other than to know it's forest.

20   Q.  And then your -- your presumption of

21      presence until data demonstrates otherwise,

22      is it -- is it fair to say that you're

23      essentially advocating for a precautionary

24      principle with respect to evaluating absence

25      or presence of Indiana bats?

Page 166

1   A.   Correct.

2   Q.   Okay.  And have you -- have you invoked the

3        precautionary principle in -- in other

4        aspects of your research on the Indiana bat

5        or other Myotis species?

6   A.   Well, it's -- it's the reason that I -- I

7        never do the minimum require -- recommended

8        by the recovery plan.  If I'm in an area, I

9        assume they're there, and I have to be

10       convinced they're not.

11  Q.   Okay.  Thank you.

12            Okay.  Going on to page 5 -- we're --

13       we're still in Paragraph 6 -- you are -- you

14       refer to large nearby concentrations of

15       Indiana bats with respect to the Beech Ridge

16       project.  Are you referring -- are you

17       referring to the population of 250 bats in

18       Snedegar's Cave in that reference?

19  A.   "Large" is relative.

20  Q.   Yes.  And so -- so is a Priority 3 cave with

21       250 bats -- you consider that large?

22  A.   Not compared to a Priority 1, but compared

23       to a Priority 4 or to single occurrences.

24  Q.   Okay.

25  A.   This is a continued presence of a

Page 171

```
 1        military bases --
 2   Q.   Okay.
 3   A.   -- to determine if they had endangered
 4        species present --
 5   Q.   Okay.
 6   A.   -- before starting any kind of training
 7        activities and so forth.
 8   Q.   Okay.  All right.  And then you say you
 9        don't terminate such studies until you are
10        confident that Indiana bats are present or,
11        conversely, that Indiana bats are not
12        present on the site or exist in such low
13        numbers that additional effort is not
14        warranted.  What do you mean by "such low
15        numbers," if you can quantify that?
16   A.   No amount of effort will prove the negative.
17        But based on my knowledge of the species and
18        the sampling effort with multiple
19        methodologies at multiple areas, if I have
20        no indication that they're there by either
21        netting, which is real positive information
22        they're there, or acoustic data that may
23        just have some sequences that I can't
24        identify that could be them, I will not do
25        further research when I'm -- when I'm
```

Page 177

1      contractor.  And, Dr. Robbins, you agree we

2      have no idea if that person was a biologist

3      or a laborer or some other sort of wind

4      project employee?

5   A.  That's correct.

6   Q.  The person who filled out the report says

7      that it appears to be an Indiana bat or a

8      gray bat and attaches a photo.  If we turn

9      to the photo, Dr. Robbins, you take the --

10      your declaration offers the opinion this is

11      likely an Indiana bat.  Could you please

12      describe the basis as to why this is likely

13      an Indiana bat as opposed to a gray bat or

14      any other kind of bat based on this photo?

15  A.  I can only go by the report.

16  Q.  Okay.

17  A.  The report said it was likely an Indiana bat

18      or a gray bat, but that is pretty much

19      outside the range of gray bats.  So the

20      photograph gives me no information.

21  Q.  Okay.

22  A.  It has none of the diagnostic -- it's not a

23      photograph that would show any of the

24      diagnostic characters.

25  Q.  Okay.  And for the record, the -- the report

 1       says, it looks like, "Appears to be Indiana

 2       bat or gray bat."  And, again, we -- we do

 3       not know the -- the biological or -- the

 4       biology credentials of the person who made

 5       that determination; correct?

 6   A.  Correct.

 7   Q.  So can you say definitively from this report

 8       and from this photo whether or not this is

 9       an Indiana bat?

10   A.  I cannot say definitively it is not an

11       Indiana bat.

12   Q.  And can you definitively say that it is?

13   A.  No.

14   Q.  Okay.  And what would you need to do to

15       definitively determine whether or not this

16       was an Indiana bat if you had access to the

17       carcass?  What would you do?

18   A.  I would look at the diagnostic characters

19       depending on the freshness of the bat,

20       looking at the feet, the calcar, the tragus,

21       the measurement of the forearms, and then I

22       would send it off for genetic testing.

23   Q.  Okay.  Would you need to examine, I guess,

24       what's called -- if I'm pronouncing it

25       correctly -- dentition?

Page 200

1       insects, vehicles, people, and then what

2       comes out of the Britzke filter.  In most

3       cases it's zero because it's so strictly

4       defined.  I don't know if -- when Britzke

5       was a consultant, if he then got all the

6       files for later analysis or if that was the

7       end product.  But it's -- it basically means

8       everybody is required to do this at every

9       site bat detect- -- mist nets are put --

10      they must put bat detectors.

11  Q.  In Kentucky?

12  A.  In Kentucky.

13  Q.  Are you aware of any other state where that

14      is required?

15  A.  I am not.

16  Q.  Does the Fish and Wildlife Service in

17      Kentucky utilize the Britzke filter?

18  A.  I don't know if it's a state requirement or

19      a regional office requirement by the fed- --

20      Fish and Wildlife Service.

21  Q.  Are you aware of the Fish and Wildlife

22      Service relying on data from the Britzke

23      filter in any other region outside of

24      Kentucky?

25  A.  No.

Page 201

```
 1   Q.   Okay.  Are you aware of the Fish and
 2        Wildlife Service relying on -- on Anabat
 3        data analyzed other than the Britzke filter
 4        in -- in West Virginia?
 5   A.   No.
 6   Q.   Okay.  Or anywhere else in the Indiana bat's
 7        range?
 8   A.   The -- as far as I'm aware, the Fish and
 9        Wildlife Service will make recommendations.
10        I know in Ohio for wind energy things, the
11        state has guidelines that are different from
12        Fish and Wildlife Service.  The state
13        doesn't have guidelines; they have rules.
14        You must follow them.  And they require bat
15        detectors and they require certain types of
16        net surveys for the wind -- for potential
17        wind farm things.  It varies.  Some states
18        have guidelines.  But the Fish and Wildlife
19        Service basically just makes
20        recommendations.
21   Q.   Okay.  The Ohio rules, is that -- is that
22        applicable to all bat species, or is that
23        focused on endangered bat species?
24   A.   All bat species.
25   Q.   Okay.
```

Page 203

1      certainty is not an option?

2   A.  Yeah.  Right.

3   Q.  So are we -- in terms of -- as we're

4       wrapping up today, in terms of likelihood of

5       Indiana bat presence on the Beech Ridge

6       project site, you know, is -- are -- are we

7       dealing with very likely, which you

8       characterize -- I believe that you

9       characterize as over 90 percent probability?

10  A.  I can say that for summer.

11  Q.  For summer.  Okay.

12  A.  I can say that for summer of 2005.

13  Q.  Okay.  Okay.  Why is that?

14  A.  Because that's when the data were collected.

15  Q.  Okay.  Very good.

16          Do you have an opinion on the likelihood

17      of presence during the migration seasons?

18  A.  That I say very likely, but without any

19      data, other than just extrapolating from the

20      present distributions --

21  Q.  Yes.

22  A.  -- it's likely.

23  Q.  And that is greater than 50 percent --

24  A.  Yes.

25  Q.  -- with respect to migration?

Page 204

1    A.   But as far as the summer, it's --

2    Q.   Very likely?

3    A.   -- statistically -- you know --

4    Q.   Got it.

5    A.   -- significant probability.

6    Q.   Okay.  And then with respect to -- three

7         more lines down, "It is still my opinion

8         that there is a high likelihood that Indiana

9         bats will be killed and injured by this

10        project (if anything, the site inspection

11        strengthened this opinion)."

12            So, again, high likeli- -- high

13        likelihood for -- for fatality or injury,

14        and, again, is -- are you rating that as a

15        greater than 90 percent probability or -- or

16        something less or -- or something more

17        than --

18    A.   I don't know if I can put anything other

19        than greater than -- than 50 percent.  But

20        based on BHE's prediction of how many bats

21        will be killed and fairly abundant number of

22        the other two species of Myotis that they

23        caught and that we recorded -- that they

24        recorded and the habitat overlap of those

25        two species, I think it's very likely --

Page 205

1   Q.   Okay.

2   A.   -- that they will be in the area of the

3        turbines susceptible to the same -- because

4        I -- I know septentrionalis have been

5        killed.  Northern Myotis has been killed.

6        And I would put their foraging areas closer

7        to Indianas than little browns.

8   Q.   I said northern Myotis.

9   A.   Northern Myotis --

10  Q.   Okay.

11  A.   -- are more tied to forest interiors, forest

12       edges, where little browns are there in

13       those areas more abundantly, but they are

14       found more in the open.

15  Q.   Right.  And northern -- northern -- Myotis

16       were -- were caught in the mist net survey?

17  A.   Yes.

18  Q.   Okay.  And do northern Myotis share the

19       foraging behavior of the Indiana bat with

20       respect to, you know, below the tree canopy?

21  A.   That is my -- there -- there -- anywhere you

22       have forest, you find them --

23  Q.   Okay.

24  A.   -- if it's continuous forest.  There are

25       isolated forest blocks.  Even if it looked

Page 210

```
 1        the -- for the five wind projects we
 2        discussed, is that -- is it more than $140
 3        an hour --
 4   A.   No.
 5   Q.   -- or less?
 6   A.   I'm -- I'm paid as part of my salary.  I
 7        don't charge by the hour.  I don't figure it
 8        out by the hour.
 9   Q.   Okay.
10   A.   It's --
11   Q.   But is it -- is it --
12   A.   -- based on weeks or two weeks or a month.
13   Q.   And it would be -- and is it added on -- is
14        it added on to the nine months' salary that
15        you --
16   A.   Yes.
17   Q.   -- receive as a teaching professor here?
18   A.   Yes.
19   Q.   Okay.  What is your -- what is your opinion
20        of -- of the value of post-construction
21        monitoring and adaptive management at wind
22        project sites?
23   A.   Critical.
24   Q.   Explain, please.
25   A.   Because the pattern of mortality is not
```

1    known, although there are a few studies that

2    have done full season mortality, and the

3    data indicate that most of the mortality is

4    in the fall migration period, where that

5    doesn't mean most of the activity in the

6    area is in the fall migration, it's --

7    somehow the bats during migration are more

8    susceptible.

9  Q.  Do we know why that is yet?  Has any -- are

10    there hypotheses on why that is?

11 A.  There are a number of hypotheses on why they

12    get killed -- why they are attracted, and

13    they seem to be attracted to turbines.

14 Q.  Right.

15 A.  And why -- and -- and Paul Cryan made a very

16    good leap of correlations.  One thing the

17    bats do in the fall that they don't do at

18    any other time is mate, and that the

19    attraction to landscape features like tall

20    trees, maybe like the flashing neon sign

21    that says girls, girls, girls, or girls

22    drink free, we have plenty of guys.  And

23    Tom Kunz's Inframet data seemed to indicate

24    that the bats are coming to the turbines,

25    and when they're not functional, they'll

Page 214

1          have to check out the movement, and now with

2          barotrauma, they don't even have to touch

3          it.

4     Q.   All right.  I'm sorry.  And I interrupted.

5          You were --

6     A.   Barotrauma --

7     Q.   Barotrauma, b-a-r-o trauma.

8               MR. EUBANKS:  All one word.

9     A.   Barotrauma is where the bats get

10         decompressed by the change in pressure on

11         the side of the blade, and it basically

12         bursts the capillaries in their lungs.  So

13         they don't have to get hit, they just get

14         decompressed.  Barometric trauma.

15    Q.   (By Ms. Nathanson) And I interrupted your --

16         your answer when you were -- and I want you

17         to continue.  You were -- I asked you about

18         the value of post-construction monitoring

19         and adaptive management, and I asked if it's

20         valuable, you said critical, and I want you

21         go to back and finish your -- finish your

22         thoughts on that.

23    A.   Well, it's critical for all bat species

24         because -- if we can determine when they're

25         most vulnerable.  You can change operation

Page 215

```
 1        of the wind farm by curtailing operation

 2        during a high mortality period of --

 3        curtailing operation during low wind periods

 4        when bats are more susceptible.  Higher

 5        winds, bats are probably flying lower either

 6        way.  High winds mean lower mortality.  Or

 7        changing what's called the cut-in speed, and

 8        the cut-in speed basically is when the

 9        turbine starts, blades start turning.  The

10        numbers are not in my head, but if they

11        start turning at five miles an hour, most of

12        the bats are killed between five and seven

13        miles an hour.  If they change cut-in speed

14        to seven miles an hour, they're going to

15        reduce the kill by 50 percent, at least in

16        Canada.  This hasn't been tested in any data

17        sets available in the U.S.

18   Q.   And you're familiar with Ed Arnett's work in

19        this area?

20   A.   So much of it.  Yes.

21   Q.   And what is -- what is your opinion of -- of

22        Dr. Arnett's work?

23   A.   He has the broad picture.  I think he --

24   Q.   What does that mean?

25   A.   I think he's spread too thin for any one
```

Page 218

 1      But if you're trying to pinpoint a

 2      particular species or two, you have to have

 3      your efficiency up before you can say with

 4      any credibility they're not there.

 5  Q.  Is it your view that post-construction

 6      monitoring and adaptive management of wind

 7      projects, you know, will -- will ultimately

 8      help the bats and improve the mortality

 9      figures?

10  A.  Of course, if they're done scientifically

11      and repeatable.

12  Q.  Do you have a view on the value of -- of

13      post-construction surveying versus

14      pre-construction surveying?

15  A.  The pre-construction should be done in a way

16      to make predictions as to relative abundance

17      activity levels, activity areas.  The

18      post-construction should be done in a way to

19      see if predictions are valid.  From what I

20      can tell -- and I haven't seen the last two

21      years' data because it's still being --

22      especially Ed's stuff, it's far behind --

23      where the correlations lie.  For Indiana

24      bats, it's more than just predicting dead

25      bats, because you've got to find out if it's

Page 221

1      non-endangered bat research.

2   Q.  Right.

3       Do you know -- do you know Dr. Michael

4      Lacki?

5   A.  I do.

6   Q.  What is your opinion of him?

7   A.  I like him.  I've -- we've reviewed each

8      other's papers.  I see him at meetings, and

9      he interacts with my grad students, and I've

10     talked to him.

11  Q.  What is his reputation?

12  A.  Good.  Good.  I've never heard anything

13     negative except when he gives you a bad

14     review, and it's -- it's nothing.  You make

15     it personal, but it's nothing personal.

16  Q.  Right.

17      You consider him a qualified bat

18     biologist?

19  A.  I do.  I do.

20  Q.  Do you know Dr. Karen Tyrell, T-y-r-e-l-l?

21  A.  I had seen her at meetings, and I met her

22     for the first time at the site visit.

23  Q.  Oh, okay.  So are you in a position to have

24     an opinion of her work or --

25  A.  No.

Page 222

1   Q.   -- her reputation?

2   A.   I'm not.

3   Q.   Okay.  And before this case did you know

4        who -- who Russ Romme is?

5   A.   Again, I've seen him at meetings, but -- you

6        know, I've seen his work a lot more than

7        I've met him, because he's -- he's been

8        involved in papers cited in the recovery

9        plans.  He's done some habitat evaluation

10       things.  He's done moving the bats around

11       caves.

12  Q.   And -- so based on that, do you have -- do

13       you have an opinion of -- of his work?

14  A.   His published work seems to be good.

15  Q.   Okay.  And do you have a sense of his -- of

16       his -- I'm sorry -- of his professional

17       reputation in the -- in the bat community?

18  A.   I know BHE, you know, people have said, Oh,

19       yeah, I've used him, and I've not heard

20       anything about the results negative or

21       positive.  You don't really see those

22       results.  But I haven't really heard

23       anything --

24  Q.   Okay.

25  A.   -- until this --