# EXHIBIT 22

# Declaration of Nelson Booth

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, *et al.*, <br><br> Plaintiffs, <br><br> v. <br><br> BEECH RIDGE ENERGY LLC and INVENERGY WIND LLC, <br><br> Defendants. | Civil No. RWT 8:09-cv-01519 |

## DECLARATION OF NELSON BOOTH

I, Nelson Booth, do hereby declare the following:

1. I am currently employed by NextEra Energy Resources, LLC ("the company" or "NextEra") at the Mountaineer Wind Energy Center in Tucker County, WV ("the facility"). I have worked for the company for over 2 years. At the time I started working at the facility, the company was known as FPL Energy, but it has since changed its name.

2. My current job title is Wind Technician II. My primary responsibilities include supervising and performing regular maintenance and repair activities on wind turbine generators and other facility equipment. Prior to my employment with Nextera, I worked a welder.

3. As part of my responsibilities with the company, I am also a site environmental lead, which means that I am responsible for reporting any bird and bat

fatalities I discover while performing work near the turbines. I also report any bat fatalities that are discovered by any employee or contractor I am supervising. For each animal fatality, I fill out a Wildlife Incident Report and provide the report to one of our program managers. During my more than 2 years with the company, I estimate that I have filed out approximately 20 incident reports for bat fatalities.

4.  I have never studied bats or bat identification in school. I have never had any training for bat identification from the U.S. Fish and Wildlife Service ("FWS"), West Virginia Department of Natural Resources ("DNR"), or any other agency. I have never attended any training course or class on bat identification. I do not hold any permits from the FWS or DNR related to bats.

5.  To identify the species of bat at the facility, I use a brochure we have at the facility. The brochure contains photos of various bat species with short descriptions of each species. I typically look at photographs I take of deceased bats and compare them to photographs in the brochure.

5.  On July 28, 2008, I was working with a crew of approximately 10-15 people performing a gear box change out on the T15 turbine at Mountaineer. While we were working, one of the contractors spotted a deceased bat. The bat looked to me like it had been deceased for a couple days, and it was being eaten by ants. I took a digital photograph of the bat and I left it on the ground. When I returned to the facility office later that day, I compared the photograph I had taken of the deceased bat to the

photographs of bats in the identification brochure. I determined based on the comparing the photographs that the deceased bat appeared to possibly be an Indiana bat or Gray bat.

6. I then filled out the Wildlife Incident Report. After I fill out these incident reporting forms, the standard procedure is for me to email them to one of our program managers. I emailed the 7/28/09 report along with the photograph of the deceased bat that I had taken to Cassandra Dominick, one of our program managers.

7. As far as I know, I have never seen an Indiana bat or Gray bat. As far as I am aware, the only photograph of Indiana bats or Gray bats that I have ever seen are the ones in the identification brochure we have at the facility.

Under 28 U.S.C. § 1746, I declare under penalty of perjury under the laws of the United States of America the foregoing to be true and correct to the best of my knowledge, information, and belief.

Executed this 6th day of Oct., 2009

*Nelson L. Booth*
Nelson Booth