# EXHIBIT 23

# Second Supplemental Declaration of Karen Tyrell, Ph.D.

**THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF MARYLAND**
**(SOUTHERN DIVISION)**

**ANIMAL WELFARE INSTITUTE, *et al.*,**

Plaintiffs,

v.

**BEECH RIDGE ENERGY LLC and INVENERGY WIND LLC**,

Defendants.

**Civil No. RWT 09-cv-01519**

**SECOND SUPPLEMENTAL DECLARATION OF DR. KAREN TYRELL**

I, Karen Tyrell, make this supplemental declaration based upon my personal knowledge and belief and state that:

1. The opinions herein relate to potential impacts to Indiana bats from construction and operation of both Phase 1 and Phase 2 of the Beech Ridge Project. In preparation for making my opinions, I considered information provided by Plaintiffs' counsel, which I became aware of during or following my deposition. Some of the opinions provided below address specific issues brought up by Plaintiffs' counsel or declarants, and others correct minor inadvertent errors in citation provided in my original declaration.

2. The rebuttal declaration of Plaintiffs' declarant Dr. Robbins provided a photograph and data sheet from a post-construction observation of a dead bat found at the Mountaineer wind farm in West Virginia. No information was provided to verify if the individual who found the bat and/or completed the data sheet entry is qualified to identify bats to species. It would be preposterous to

identify this bat as an Indiana bat based upon the photographic evidence I saw, and I do not believe that using only this photograph any credible bat biologist would in fact identify with professional certainty that this is an Indiana bat. My opinion is substantiated by the fact that the data sheet indicates this specimen to be a possible Indiana or gray bat; species that are readily distinguished in hand and would not likely be confused by an experienced bat biologist. Simply put, from the photograph, this does not appear to be an Indiana bat, and I note that Plaintiffs' declarants have not specifically claimed otherwise.

3. During deposition testimony over the last several weeks, it was discussed that some mist netting at the Beech Ridge Project appears to have occurred during a full or nearly full moon, or in some instances in locations that did not provide a good travel corridor. Appendix 5 to the Indiana Bat *(Myotis sodalis)* Draft Recovery Plan (2007) provides current guidelines for proper mist net sampling. These guidelines have the stated purpose of maximizing the potential for capture of Indiana bats at a minimum acceptable level of effort. The guidelines state "occasionally it may be desirable to net where there is no good corridor," and provides suggestions for netting under such conditions. The guidelines also indicate weather conditions under which negative survey results would likely indicate the need for additional mist netting. The presence of moon light is not one of these conditions.

To investigate the correlation between environmental conditions and bat mortality at wind farms in the Appalachians, Lott and Gates (2006) conducted an Anabat acoustic monitoring study to determine how weather (precipitation, wind speed, humidity), time of year, and moon phase influenced bat activity. They found no relationship between moon phase and bat activity.

4. In my prior declarations, I made assertions that Plaintiffs and their declarants have since attempted to rebut. These included statements to the effect that that Indiana bats may demonstrate characteristics that might make them less vulnerable than other species of bats to injury in the rotor-

swept area of turbines, and that, at present, there are no reliable means to correlate evaluation of pre-construction bat activity with post-construction mortality at a wind farm. However, my assertions continue to be supported by the literature. In particular, the literature reveals the following evidence, which has helped formed my opinions:

- Some species of bats demonstrate behavioral characteristics that may make them less susceptible to turbine strike than are other bats; the higher observed mortality of hoary bats and lower observed mortality of Myotine bats is consistent with these observations;
- Data from pre-construction studies, and specifically Anabat acoustic monitoring data, have been demonstrated to be unreliable predictors of bat mortality at operational wind farms.

While there is evidence from mortality data that some resident (summering) bats do fly at rotor height and are susceptible to mortality within the rotor-swept area, the literature supports the assumption that Myotine bats, and specifically Indiana bats, do not typically or predominantly forage during the summer maternity season at a height that puts them at risk of turbine blade collision or barotrauma. Therefore, the potential presence alone of Indiana bats in the Beech Ridge Project area during the summer season does not indicate a likelihood of injury due to impacts with turbines in the rotor swept area. Risk to species with relatively great turbine-related mortality may be higher because these species utilize space at rotor-swept altitudes more frequently than do bats with lower observed mortality. Hoary bats (which comprise up to approximately 88 percent of known bat mortality at wind farms; Arnett et al. 2008), may circle to altitudes similar to rotor-height during evening foraging periods (LaVal and LaVal 1979, Zinn and Baker 1979, LaVal et al. 1977). This behavior is also shown by red bats (LaVal and LaVal 1979) which, with hoary bats, are in the group of “tree bats” associated with relatively high mortality at wind farms (Arnett et al. 2008). Therefore, while both of these species typically forage

below tree-top height, as do silver-haired bats (another species of tree bats with relatively high mortality at wind farms), they are also known to spend time at much higher altitudes. Among the “cave” bats (with lower demonstrated mortality at wind farms, Arnett et al. 2008), typical summer foraging height is also below the rotor-swept area. Big brown bats usually forage below 10 meters from the ground (Barclay 1984, Fitzgerald et al. 1994). Myotine bats, including Indiana bats, little brown bats, and northern long-eared bats, typically also forage below what would be rotor-swept height (Gardner and Hoffman 1986; Fenton and Bell 1979; Humphrey et al. 1977). Arnett (2006) also found during pre-construction acoustic monitoring that high-frequency echolocating bats (such as Myotis species) were generally more active at lower altitude than were low-frequency echolocators (e.g. hoary bats).

Those species most commonly associated with turbine mortality in the geographic region of the Beech Ridge Project are known to occasionally fly at rotor-swept altitude, whereas high-altitude flight during foraging is not generally associated with those species less commonly found during summer post-construction monitoring. This apparent species difference in likelihood of mortality is further demonstrated when acoustic monitoring and mortality data are compared. Anabat studies of bat activity in Minnesota showed large breeding populations of big brown bats and little brown bats near a wind farm that yielded very little observed bat mortality (Erickson et al. 2002). Gruver 2002 (and as cited in Erickson et al. 2002) reported that while mist net studies indicated three species of Myotis to be present in large numbers during field surveys, there was no evidence of these species being at risk of collision at a nearby wind farm. At Buffalo Mountain in the Appalachian Mountains of Tennessee, there have been multiple years of monitoring where acoustic data showed the presence of species which did not occur in post-construction monitoring studies (Nicholson 2001, Fiedler et al 2007). This lack of correlation between data collected during pre-construction Anabat acoustic monitoring studies and post-

construction mortality led to the initiation of a proposed multi-year study by the non-profit Bats and Wind Energy Cooperative to evaluate whether or not a predictive relationship could be made between indices of bat activity measured before construction and mortality observed after wind farms became operational (Arnett et al. 2007). It is my understanding that these studies have not yet been completed, and the issue remains poorly understood.

5. During my deposition, it came to my attention that I mistakenly provided a wrong citation in my original declaration to support my assertion that, using currently available methods for scientific evaluation, post-construction bat mortality cannot be reliably predicted using pre-construction monitoring of resident or migrant bats. In discussing data from a Minnesota wind farm where no correlation was found between bat activity near turbines and collision mortality, I should have cited Erickson et al., 2002.

Several documents by Dr. Edward B. Arnett (Bat Conservation International) also support the statement I made in my original declaration. An example is found in a slide from a presentation entitled "Assessing the Impacts of Wind Turbines on Bats" (Wildlife Workgroup Core Group Meeting, February, 2006), stating "No linkage between pre-construction assessments and post-construction fatality…" In the 2008 Bats and Wind Energy Cooperative Workshop, sponsored by Bat Conservation International, the U.S. Department of Energy National Renewable Energy Laboratory, the American Wind Energy Association, and the U.S. Fish and Wildlife Service, an identified knowledge gap was the need for "evidence on whether there is a link between pre-construction activity and post-construction mortality." Recent reports that further discuss this issue include Arnett et al. 2005 and 2007.

6. After submitting my resume as an attachment to my original declaration, it came to my attention that I had inadvertently omitted three peer-reviewed publications that I have authored. These

publications, which should have been included in my resume, were presented to Plaintiff counsel during my deposition, and they are as follows:

- Tyrell, K. 1990. The ethology of the Malayan false vampire bat (*Megaderma spasma*), with special emphasis on auditory cues used in foraging. PhD Thesis, University of Illinois at Urbana.
- Romme, R., A.B. Henry, R.A. King, T. Glueck, and K. Tyrell. 2002. Home range near hibernacula in spring and autumn. In: The Indiana Bat – Biology and Management of an Endangered Species. A. Kurta and J. Kennedy (eds.). Bat Conservation International. pp. 153 – 158.
- Schmidt, A.C., K. Tyrell, and T. Glueck. 2002. Environmental contaminants in bats collected from Missouri. In: The Indiana Bat – Biology and Management of an Endangered Species. A. Kurta and J. Kennedy (eds.). Bat Conservation International. pp 228 – 236.

7. BHE's standard categorical rate for my services has changed since my supplemental declaration was submitted, and it is now $175/hour.

LITERATURE CITED

Arnett, E.B. (ed). 2005. Relationships between bats and wind turbines in Pennsylvania and West Virginia: an assessment of bat fatality search protocols, patterns of fatality, and behavioral interactions with wind turbines. A final report submitted to the Bats and Wind Energy Cooperative. Bat Conservation International. Austin, TX.

Arnett, E. B. 2006. Pre- and post construction monitoring of bat activity and fatality: What we've learned and where to next. Bat Conservation International. Toward Wildlife-Friendly Wind Power: A Focus on the Great Lakes Basin. Toledo, OH.

Arnett, E. B., M. M. P. Huso, D. S. Reynolds, and M. Schirmacher. 2007. Patterns of pre-construction bat activity at a proposed wind facility in northwest Massachusetts. An annual report submitted to the Bats and Wind Energy Cooperative. Bat Conservation International. Austin, TX.

Arnett, E.B., W.K. Brown, W.P. Erickson, J.K. Fiedler, B.L. Hamilton, T.H. Henry, A. Jain, G.D. Johnson, J. Kerns, R.R. Koford, C.P. Nicholson, T.J. O'Connell, M.D. Piorkowski, and R.D. Tankersley, Jr. 2008. Patterns of bat fatalities at wind energy facilities in North America. Journal of Wildlife Management. 72: 62-78.

Barclay, R.M.R. 1984. Observations on the migration, ecology, and behavior of bats at Delta Marsh, Manitoba. Canadian Field-Naturalist. 98:331-336.

Erickson, W., G. Johnson, D. Young, D. Strickland, R. Good, M. Bourassa, K. Bay, and K. Sernka. 2002. Synthesis and comparison of baseline avian and bat use, raptor nesting and mortality information from proposed and existing wind developments. Report prepared for the Bonneville Power Administration, Portland, OR.

Fenton, M.B. and G.P. Bell. 1979. Echolocation and feeding behavior in four species of *Myotis* (Chiroptera). Canadian Journal of Zoology. 57:1271-1277.

Fiedler, J. K., T. H. Henry, R. D. Tankersley, and C. P. Nicholson. 2007. Results of bat and bird mortality monitoring at the expanded Buffalo Mountain Windfarm, 2005. Tennessee Valley Authority.

Fitzgerald, J.P, C.A. Meaney, and D.M. Armstrong. 1994. Mammals of Colorado. University Press of Colorado. 467 pp.

Gardner, J. E. and J. E. Hoffman. 1986. A limited survey to determine the occurrence of the Indiana bat (*Myotis Sodalis*) within the Section 205 Flood Control Study Area, Iroquois River and Sugar Creek, Watseka, Iroquois County, Illinois. Final Report 20 November 1986. Report prepared for U.S. Army Engineer District, Rock Island, Corps of Engineers, Rock Island, IL.

Gruver, J. C. 2002. Assessment of bat community structure and roosting habitat preferences for the hoary bat (*Lasiurus cinereus*) near Foote Creek Rim, Wyoming. Thesis, University of Wyoming, Laramie.

Humphrey, S. R., A. R. Richter and J. B. Cope. 1977. Summer habitat and ecology of the endangered Indiana bat, Myotis sodalis. Journal of Mammalogy 58:334-346.

LaVal, R. K., R. L. Clawson, W. Caire, L. R. Wingate, and M. L. LaVal. 1977. Foraging behavior and nocturnal activity patterns of Missouri bats, with emphasis on the endangered species *Myotis grisescens* and *Myotis sodalis*. Journal of Mammalogy 58:592-599.

LaVal, R.K. and M.L. LaVal. 1979. Notes on reproduction, behavior, and abundance of the red bat, *Lasiurus borealis*. Journal of Mammalogy 60:209-212.

Lott, K. D. and J. E.Gates. 2006. Daily and seasonal patterns of bat activity along central Appalachian ridges, 36th Annual North American Symposium on Bat Research. Wilmington, NC.

Nicholson, C.P. 2001. Buffalo Mountain bird and bat mortality monitoring report: October 2000 – September 2001. Tennessee Valley Authority, Knoxville, TN.

U.S. Fish and Wildlife Service (USFWS). 2007. Indiana Bat (*Myotis sodalis*) Draft Recovery Plan: First Revision. Region 3 U.S. Fish and Wildlife Service, Ft. Snelling, MN.

Zinn, T.L. and W.W. Baker. 1979. Seasonal migration of the hoary bat, *Lasiurus cinereus,* through Florida. Journal of Mammalogy 60:634-635.

Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

_________/s/_________________
Karen Tyrell

* Counsel hereby certifies that she has a signed copy of the foregoing document available for inspection at any time by the Court or a party to this action.

Executed on this 6th day of October 2009.