# EXHIBIT 25

**Email from Renee Culver to Cassandra Dominick (Aug. 7, 2008)**

## Dominick, Cassandra

**From:** Culver, Renee
**Sent:** Thursday, August 07, 2008 2:44 PM
**To:** Dominick, Cassandra
**Subject:** RE: Bat Fatality at T15.

I would say that it is likely either a little brown bat or big brown bat, but certainly is some form of vesper bat, not a tree bat (etc.). Need some scale and some other angles of the bat (tail, face & fur) to get a better idea, if interested. The Indiana bat has a distribution that does cover that site, and is endangered. Can't say that it is NOT an Indiana Myotis, but it is not probable.

R.

Renee C. E. Culver
Wildlife Program Coordinator
Landowner Liaison

Cell: 925-353-0976
Office: 925-245-5522
Fax: 925-373-4723
Renee_Culver@fpl.com

**From:** Dominick, Cassandra
**Sent:** Thursday, August 07, 2008 11:49 AM
**To:** Culver, Renee; Tran, Loan
**Subject:** FW: Bat Fatality at T15.

Please help identify.

**From:** Booth, Nelson
**Sent:** Monday, July 28, 2008 12:58 PM
**To:** Dominick, Cassandra
**Cc:** Bright, Eldred
**Subject:** Bat Fatality at T15.

Hi Cassandra, Here are the photos and incident report of the latest Bat fatality for Mountaineer T15.

Nelson L. Booth
Wind Tech. III
Mountainer Site
Phone; (304)463-3339 X=12 (w)
Cell; (304)614-4030