# EXHIBIT 26

# Deposition of Michael J. Lacki, Ph.D., excerpted

```
                                                                    Page 1
 1            IN THE UNITED STATES DISTRICT COURT
 2               FOR THE DISTRICT OF MARYLAND
 3                    (SOUTHERN DIVISION)
 4   _____
 5                                     )
 6   ANIMAL WELFARE INSTITUTE, et al., )
 7                                     )
 8                 Plaintiffs          )
 9      v                              ) Civil No.
10                                     ) 09-cv-01519
11   BECH RIDGE ENERGY LLC and         )
12   INVENERGY WIND LLC,               )
13                 Defendants.         )
14   _____   )
15
16
17                 DEPOSITION FOR PLAINTIFFS
18
19   DEPONENT:        MICHAEL J. LACKI, Ph.D
20   DATE:              SEPTEMBER 8, 2009
21
22
23   REPORTER:  KIMBERLEY ANN KEENE
24              Registered Professional Reporter
25
```

Page 222

```
 1        A.   Yes.
 2        Q.   And again, we were talking before about
 3   the estimate.  We talked about the annual estimate.
 4   Do you remember seeing in the figure that BHE has
 5   suggested of 135,000 bats being killed during an
 6   anticipated 20 year life of the project?
 7        A.   It may be in the documents I've read, but
 8   I glossed over it because I didn't feel it was
 9   relevant to my testimony.
10        Q.   Okay.  But, once again, you don't have any
11   basis to agree or disagree with that --
12        A.   No, I do not.
13        Q.   -- estimate?
14        A.   No, I do not.
15             And assuming its accuracy, your view,
16   nonetheless, is that there is a very low
17   probability of an Indiana being one of those
18   bats -- even one Indiana bat being killed during
19   the entire life of this project.
20        A.   Yeah.  Still think it's low.  Yes, sir.
21        Q.   So, for the 20 year life of the project,
22   your testimony is that there's a low probability of
23   even one Indiana bat being killed in any fashion by
24   this project?
25        A.   Yes.
```