# EXHIBIT 27

# Supplemental Declaration of Russ Rommé

THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, *et al.*, )<br>)<br>Plaintiffs, )<br>)<br>v. )<br>)<br>BEECH RIDGE ENERGY LLC and )<br>INVENERGY WIND LLC, )<br>)<br>Defendants. )<br>) | Civil No. RWT 09-cv-01519 |

## SUPPLEMENTAL DECLARATION OF RUSS ROMMÉ

I, Russ Rommé, make this supplemental declaration based upon my personal knowledge and belief and state that:

1. The opinions expressed herein address both Phase 1 and Phase 2 of the Beech Ridge wind energy project. Contrary to information available when our Chiropteran Risk Assessment was prepared (June 19, 2006), Phase 2 of the Beech Ridge project will consist of only 55, rather than 57 turbines. This minor reduction in rotor swept area will reduce the likelihood of interactions between bats, in general, and turbine blades, commensurately.

2. During the collection of materials to respond to Plaintiffs' discovery requests, certain project files associated with Beech Ridge were extracted from our archives. Among these materials were floppy discs containing unspecified ultrasound ("Anabat") data collected during our 2005 mist net survey of the turbine string area at the Beech Ridge project site. These data were collected by a BHE subcontractor contrary to an agreed upon scope of work; collection of these data was outside the control

1

of BHE Environmental, and the information was collected using unspecified methods and procedures. For this reason, these data were not analyzed in 2005 when they were produced by the subcontractor. In preparation for development of this declaration, BHE specialists examined the digital data. BHE followed the Anabat analysis protocol in the 2009 Indiana Bat Survey Guidance for the Commonwealth of Kentucky, which was developed by the Kentucky Field Office of the U.S. Fish and Wildlife Service ("USFWS") and the Kentucky Department for Fish and Wildlife Resources. This protocol uses two Analook filters developed by Eric Britzke, a well-known specialist in this field of study, to filter files to identify bat calls and, more specifically in this case, to identify Indiana bat calls. We identified 162 bat calls on the floppy discs. None of the calls were characteristic of Indiana bat vocalizations.

3.     I recently became aware of new information concerning an Indiana bat hibernacula in the general region of the project, conducted additional coordination with the State of West Virginia concerning Indiana bats in the vicinity of the project, and utilized an updated data set to calculate distances from Beech Ridge turbine sites to Indiana bat hibernacula. Each of these topics is discussed below. None of these minor changes in information or activities affect the conclusions I reached in my original declaration that Phase 1 of the Beech Ridge project is unlikely to injure or kill Indiana bats, and additionally it is my opinion that the entire project (combined Phase 1 and Phase 2) is unlikely to injure or kill Indiana bats.

4.     On 12 August 2009, BHE received from Beech Ridge LLC updated information which refined the locations of extant foundations for Phase 1 turbines and of proposed locations of Phase 2 turbines. Based upon this information, we calculated the distance from each turbine to Bob Gee Cave, the only cave within five miles of any Phase 1 or Phase 2 Beech Ridge turbine known to serve at one time as an Indiana bat hibernacula. Bob Gee Cave is currently classified as a "historic" hibernaculum by

the US Fish and Wildlife Service (Andrew King, Bloomington Indiana Ecological Services Field Office, USFWS, 31 Aug 2009 pers. comm.).  The agency ranks Bob Gee Cave as a Priority 4 hibernaculum, meaning that it is "least important to recovery and long-term conservation of *M. sodalis*" (USFWS 2007).

5.    Additionally, to update the discussion we provided in our 19 June 2006 Chiropteran Risk Assessment and to describe the larger landscape context in which the Beech Ridge project will be constructed, we looked at distances from turbines to Indiana bat hibernacula outside of the standard five-mile area of concern, including all known Indiana bat hibernacula (USFWS 2007) up to 10 miles from any Phase 1 or Phase 2 turbine.  A summary of the data is presented in the following table:

|  | **Bob Gee Cave** | **Snedegar's Cave** | **Martha's Cave**[1] | **Lobelia Cave** | **Higginbothams No. 1 Cave** | **McFerrin Cave** |
|---|---|---|---|---|---|---|
| Distance to nearest turbine (turbine no./phase) | 3.1 miles A2,A3,A4/1 | 6.7 miles D6,D7,D8/2 | 9.6 miles D16/2 | 7.9 miles D16/2 | 8.6 miles A2/1 | 6.5 miles A1,A2/1 |
| Status[2] | historic | extant | extant | Extant | Uncertain | uncertain |
| Hibernaculum Priority[3] | 4 | 3 | 3 | 4 | 4 | 4 |
| Maximum population (year) | 9 (1984) | 250 (2006) | 285 (1996) | 4 (1999) | 1 | 39 (1952) |
| Maximum population since 1960 (year) | 9 (1984) | 250 (2006) | 285 (1996) | 4 (1999) | 0 | 2 (1981) |
| Recent population (year) | 0 (2006) 0 (2002) 3 (1990) | 250 (2006) 193 (2004) 140 (2002) | 241 (2006) 196 (2004) 181 (2002) | 0 (2001) 4 (1999) | 0 (1998) 0 (1981) | 2 (1981) |
| County | Greenbrier | Pocahontas | Pocahontas | Pocahontas | Greenbrier | Greenbrier |

1. Martha's Cave is also known as "Lower Martha's Cave."
2. Based upon definitions in US Fish and Wildlife Service.  2007.  Indiana bat draft Recovery Plan: first revision.  Fort Snelling, Minnesota.  258 pp.; and pers. comm., Andrew King, USFWS 3 Sept 09.
3. See pg 20 of 2007 Indiana Bat Recovery Plan for definitions of hibernacula priority classifications:
   Priority 3: "Contribute less to recovery and long-term conservation of M. sodalis.  Priority 3 hibernacula have current or observed historic populations of 50-1,000 bats."
   Priority 4: "Least important to recovery and long-term conservation of M. sodalis.  Priority 4 hibernacula typically have current or observed historic populations of fewer than 50 bats."

6.      These data reaffirm that there are no extant (i.e., active) Indiana bat hibernacula within five miles of any Beech Ridge turbine site.  The five hibernacula known to exist between six to 10 miles from the nearest turbine are ranked by USFWS as Priority 3 (two caves) or Priority 4 (three caves) and currently support few, if any, Indiana bats (see table above).  The most current data available indicate that a total of 493 Indiana bats utilize three of the five caves, and no Indiana bats were documented in the most recent surveys recognized by the USFWS of Lobelia Cave and Higginbothams No. 1 Cave.  Although Plaintiffs' declarant Mr. Cowan claims Indiana bats hibernated in Lobelia Cave "last year," to our knowledge, this information is not known by the USFWS, the agency that officially tracks numbers of hibernating Indiana bats, and we have no information regarding the source, credibility, experience, or capabilities of the purported observer, nor whether the observer possessed permits issued by the USFWS, which would verify the observer's qualifications.  The USFWS reports no surveys of Lobelia Cave, a Priority 4 hibernacula, since 2001, when no Indiana bats were observed.

7.      Our focus on the importance of assessing the presence of Indiana bats in caves within five miles of the Beech Ridge project, rather than caves more distant from the project, is warranted. Two recent documents reflect the continued emphasis by relevant wildlife agencies and scientists placed upon careful management of areas within five miles of Indiana bat hibernacula: (1) a document providing guidelines for the mining industry in West Virginia (USFWS et al. 2007), http://www.wvdep.org/Docs/17130_Ibat%20protocol%20final%2006-26-07.pdf, and (2) a document providing guidance for the mining industry within the multi-state range of the Indiana bat (USFWS et al. 2009), http://www.osmre.gov/guidance/docs/INBatPEPGuidelines.pdf.

8. On 2 September 2009, I contacted the WVDNR in order to update our understanding regarding the potential presence of Indiana bats in the vicinity of the Beech Ridge project area and state-wide. I spoke with Barbara Sargent and Craig Stihler. Based on our discussions, we updated the figure from BHE's 2006 Risk Assessment describing Indiana bat occurrence in West Virginia and nearby counties of Virginia, Pennsylvania, and Maryland (Attachment 1). The WVDNR reported no occurrences of Indiana bats within five miles of the Beech Ridge project that had not previously been considered in BHE's evaluation of the effects of the Beech Ridge project.

9. My discussion with Craig Stihler included information regarding certain attributes of known Indiana bat maternity roosts in West Virginia. Mr. Stihler confirmed that there are only three known Indiana bat maternity sites in the entire state of West Virginia: one each in Boone, Kanawha, and Tucker counties. Mr. Stihler noted that the elevations of these roost trees are well below the elevations of Beech Ridge turbines and that, based upon elevation alone, he would not expect Indiana bat maternity roosts at the Beech Ridge turbines. Elevations of the three known maternity sites are as follows:

- Boone County: 1200 feet to 1580 feet above mean sea level ("amsl")
- Kanawha County: 1240 feet amsl
- Tucker County: 2700 feet to 3000 feet amsl

Elevations of the 122 turbine sites in the Beech Ridge project area average 4,014 feet amsl (± 147 *SD*, range 3645 – 4382). The bottom of the rotor swept area of Beech Ridge turbines would be at least 127 feet above these elevations.

10. My compensation for serving as an expert witness in this matter is $128.00/hour.

5

Literature Cited

US Fish and Wildlife Service (USFWS), West Virginia Department of Environmental Protection, West Virginia Division of Natural Resources, and USDI Office of Surface Mining.  2007.  Coal Mining in West Virginia:  Guidelines for Protecting the Indiana bat (*Myotis sodalis*).  Unpublished technical guidance.  Elkins, West Virginia.  28 pp.

US Fish and Wildlife Service (USFWS), USDI Office of Surface Mining Reclamation and Enforcement, Interstate Mining Compact Commission.  2009.  Range-wide Indiana Bat Protection and Enhancement Plan Guidelines.  Unpublished technical guidance.  Washington, D.C.  37 pp.


Pursuant to 28 U.S.C. § 1746, I declare under penalty of perjury that the foregoing is true and correct to the best of my knowledge and belief.

                                                                                            _____/s/*_____
                                                                                            Russ Rommé

                                                  * Counsel hereby certifies that she has a signed copy of the foregoing document available for inspection at any time by the court or a party to this action.

Executed on this 8th day of September 2009.

6