# ATTACHMENT A TO EXHIBIT 27

# Counties in which Indiana bats occur near the Beech Ridge site
# (Sept. 2009)



Attachment 1. Counties in which the Indiana bat occurs near the Beech Ridge site.

September 2009