# EXHIBIT 28

# Deposition of Gary Libby, excerpted

```
                                                                  Page 1
 1              IN THE UNITED STATES DISTRICT COURT

 2                 FOR THE DISTRICT OF MARYLAND

 3                      (SOUTHERN DIVISION)

 4    _____

 5                                           )

 6    ANIMAL WELFARE INSTITUTE, et al.,      )

 7                                           )

 8                    Plaintiffs             )

 9         v                                 ) Civil No.

10                                           ) 09-cv-01519

11    BEECH RIDGE ENERGY LLC ad              )

12    INVENERGY WIND LLC,                    )

13                    Defendants.            )

14    _____ )

15

16                    DEPOSITION FOR PLAINTIFFS

17

18                      ***    ***    ***

19    DEPONENT:    GARY LIBBY

20    DATE:        SEPTEMBER 29, 2009

21                      ***    ***    ***

22

23

24    REPORTER:    KIMBERLEY ANN KEENE

25                 Registered Professional Reporter
```

Page 140

1   look them up or -- or we want to do an analysis in
2   the future.
3           So, we've got them sorted by year and
4   location.  Or if anyone is interested.  Like U.S.
5   Fish and Wildlife Service may -- may occasionally
6   want a copy of these -- these files.
7       Q.   And you also mentioned that the state of
8   Kentucky has an AnaBat requirement; is that
9   right?
10      A.   That's right.
11      Q.   Can you describe what your understanding
12  really of that requirement is?
13      A.   Yes.
14           When we mist net a site, we have to use
15  the AnaBat for the duration of our mist netting,
16  and we -- you know, following the guidelines, we
17  mist net each site for two nights.  If we -- if we
18  get any calls that fit the parameters of this
19  filter, that they provide to us to use to look
20  through our calls, then we run it for a second
21  night.
22           If we get yet another call, at least one
23  call that fits this filter, we have to do an extra
24  night of surveying at that site.
25      Q.   So, correct me if I'm wrong, it sounds

```
 1    like the AnaBat interpretation is used to determine
 2    whether or not further mist netting is done; is
 3    that right?
 4         A.   Yes.  That's correct.
 5         Q.   Is, is the AnaBat data used to confirm
 6    or -- or not presence or absence of an Indiana
 7    bat?
 8         A.   No.  It's not used to confirm presence or
 9    absence.  And it shouldn't be alone.
10         Q.   Why is that?
11         A.   Because we don't have the confidence
12    interval.  I, I can't tell you for sure, and I
13    don't know if the experts would, with 100 percent
14    certainty, this call is an Indiana bat.  Maybe they
15    would.  I don't know.
16              To my knowledge, they don't, and I
17    wouldn't, either.  But I can definitely tell you
18    with 100 percent certainty, if I have it in my
19    hand, I can show you an Indiana bat.
20         Q.   Do you know of any state or Federal agency
21    that uses acoustic methods to determine alone, you
22    know, on its own, presence or absence, of an
23    Indiana bat?
24         A.   No.  That would --
25         Q.   For the reasons they --
```

Page 142

1    A.   -- that would be a misapplication of the
2    technology, yeah.  It's not there yet.  It would,
3    it could be a little brown bat and -- that's been
4    mistaken.
5         And I think that any research you will
6    read, or reports, or so on, where people have done
7    AnaBat analysis, they will say, and they will have
8    to state, their statistical parameters or their
9    confidence interval, and they will never be
10   100 percent, to my knowledge.
11        I have not read or seen any research where
12   that would be 100 percent confident.
13   Q.   Going back to the Beech Ridge site for --
14   for one minute, do you have an understanding
15   whether acoustic surveys were required at the Beech
16   Ridge project?
17   A.   I don't think they were required based on
18   my knowledge of fish and wildlife and the
19   West Virginia Department of Natural Resources'
20   requirements during 2005.  They might have been
21   recommended.
22        Now, specifically for the wind project, I
23   would not have been surprised, although I had no
24   knowledge of it, if there was a requirement to do
25   some type of -- of AnaBat work just because of the