# EXHIBIT 29

# Technical Advisory Committee Charter

**BEECH RIDGE ENERGY LLC**
**BEECH RIDGE ENERGY CENTER**
**TECHNICAL ADVISORY COMMITTEE**

**Purpose**

The purpose of the Technical Advisory Committee (TAC) is to provide guidance and advice on bird and bat monitoring at the Beech Ridge Wind Energy Project. To do this the TAC is intended to:

- provide a neutral forum for reviewing monitoring plans and data;
- facilitate collaboration among project stakeholders (owners, agencies, conservation organizations, interested individuals);
- make recommendations to the Beech Ridge Energy LLC on the study protocol as well as changes to monitoring (new study objectives, additional studies, termination of studies) or mitigation; and
- address impacts that were unforeseen in the permit application or the environmental impact studies, or that exceed expected impacts.

**Methods**

In order to fulfill the purpose, the TAC will:

- review and evaluate the proposed survey protocols and study plans;
- review and evaluate results of proposed surveys;
- review and evaluate new results or scientific findings made at other wind projects with respect to the impacts on habitat and wildlife as they may relate to the Beech Ridge Wind Energy Project;
- assess post-construction restoration and mitigation, if necessary;
- develop recommendations for monitoring modifications.

**Membership**

As identified in the General Operational Phase Certificate condition No. 7, TAC membership will be made up of representatives from:

- West Virginia Public Service Commission (PSC)
- U.S. Fish and Wildlife Service
- West Virginia Division of Natural Resources
- Bat and Wind Energy Cooperative
- A statewide environmental organization with at least 500 members and in existence for at least 10 years
- A statewide bird group
- A private or academic institution with a background in avian issues

9/1/09

BEECH RIDGE ENERGY LLC
BEECH RIDGE ENERGY CENTER
TECHNICAL ADVISORY COMMITTEE

All organizations or entities included in the TAC should be approved by the West Virginia PSC. Designated individuals from each TAC entity should be identified and alternate individuals are recommended. Member entities will have only *one* vote for decision making purposes. See Exhibit A for contact information for current members.

### Meetings

The TAC will meet a maximum of twice a year at or near the site, and at least:
- once before the project monitoring begins to review the study plan and survey protocols and make initial recommendations;
- once at the end of the first year of project monitoring to review results and make monitoring change recommendations;
- once at the end of the second year to review results and make continuation/ termination recommendations.

### Meeting Procedures

The Certificate holder (Beech Ridge Energy LLC) will assign a person to provide administrative assistance to the TAC, by keeping meeting minutes, tape recording the meetings, and distributing materials to TAC members (e.g., reports, meeting minutes, agendas, etc.). They will also set the agenda and bring all presentation materials to the meeting.

The TAC will elect a chair for each meeting. This can be done either at the beginning of each meeting, or if TAC members prefer, in advance of each meeting. People can elect themselves or others to be chair, and a simple vote will determine the chair.

Draft meeting minutes will be provided to TAC members by Beech Ridge Energy LLC within two weeks after each meeting for review and comment. Suggested changes to meeting minutes will be provided within two weeks of distribution of the draft minutes. Final meeting minutes will be distributed following revision of the draft minutes. Tape recordings from the meetings will be used to resolve any disputed issues or notes. The TAC shall provide approved meeting minutes, and any recommendations, to West Virginia PSC within a month of finalized minutes or final recommendations.

### Decision Making

A quorum shall be required for the TAC to conduct business. A quorum shall be present if the meeting is attended by a majority of the members.

For issues where there is not a consensus decision, the recommendations of the TAC will be made by majority vote during meetings in which a quorum is present. For issues where a vote

9/1/09

**BEECH RIDGE ENERGY LLC**
**BEECH RIDGE ENERGY CENTER**
**TECHNICAL ADVISORY COMMITTEE**

takes place, the meeting minutes will present the results of all votes, and all viewpoints will be summarized.

The recommendations of the TAC, including those for additional study or mitigation, must be made by a majority during a meeting in which a quorum is present. The ultimate authority to implement mitigation measures, including any recommended by the TAC, shall reside with Beech Ridge Energy LLC.

**Communication Protocol**

Draft reports, press releases and media fact sheets must NOT be shared by the TAC. All committee members must agree to maintain the integrity of this process. All drafts will be given by Beech Ridge Energy LLC to TAC members for their review before finalizing. All final reports and press releases will initially be distributed by Beech Ridge Energy LLC to the TAC and then TAC members are free to pass on to interested parties. Materials will be available to the TAC via a FTP site.

If contacted by a member of the media or public regarding this work, TAC members should try to get the questions in writing (via email or hard copy) and send them to Beech Ridge Energy LLC. Beech Ridge Energy LLC is the only authorized representative to speak on behalf of the entire TAC. Individual members can speak on behalf of their organization, but not on behalf of the TAC. Members should also not characterize the position of any other party in public statements or in discussions with the press, even if that party withdraws from the TAC.

**BEECH RIDGE ENERGY LLC**
**BEECH RIDGE ENERGY CENTER**
**TECHNICAL ADVISORY COMMITTEE**

**Exhibit A TAC Membership**
**September 2009**

| Organization | Principle Contact | Contact Phone Number | Contact Email |
|---|---|---|---|
| WV PSC | Earl Melton, Director of Engineering | 304-340-0392 | emelton@psc.state.wv.us |
| US FWS | Laura Hill or designee (Jim Zelenak) | 304-636-6586 x18 | laura_hill@fws.gov |
| WV DNR | Craig Stihler | 304-637-0245 | craigstihler@wvdnr.gov |
| BWEC | Ed Arnett (contact) | 512-327-9721 ext. 44 | earnett@batcon.org |
| Statewide env org with at least 500 members and 10 years | Frank Young, Sierra Club | 304-372-3945 | fyoung@mountain.net |
| Statewide bird group | Cindy Ellis, Brooks Bird Club | 304-586-4135 | cdellis@wildblue.net |
| Private or academic insitution with a background in avian issues | Dr. Ross Conover, Glenville College | 515-451-4379 | ross.conover@glenville.edu |
| Beech Ridge Energy | Dave Groberg | 301-570-1106 | dgroberg@invenergyllc.com |
| Beech Ridge Energy | Steve Bystriansky | 312-582-1525 | sbystriansky@invenergyllc.com |
| Beech Ridge Energy | Laura Miner | 312-582-1484 | lminer@invenergyllc.com |
| WEST | Wendy Tidhar | 802-244-1759 | wtidhar@invenergyllc.com |
| WEST | David Young | | dyoung@invenergyllc.com |

9/1/09