# EXHIBIT 30

# Technical Advisory Committee Meeting Minutes (Sept. 10, 2009)

**BEECH RIDGE ENERGY LLC**
**BEECH RIDGE ENERGY CENTER**
**TECHNICAL ADVISORY COMMITTEE**
**September 10, 2009 Meeting Minutes**

**Attendees/Introductions**

| | |
|---|---|
| Beech Ridge Energy | Steve Bystriansky |
| | Dave Groberg |
| | Laura Miner |
| Brooks Bird Club | Cindy Ellis |
| Glenville College | Ross Conover |
| Sierra Club | Frank Young |
| US Fish and Wildlife Service | Deb Carter |
| | Jim Zelenak |
| WV Public Service Commission | Earl Melton |
| WV Department of Natural Resources | Craig Stihler |
| WEST | Wendy Tidhar |
| | Dave Young |

**Invenergy & Beech Ridge Overview**          **Dave Groberg**

| | |
|---|---|
| Craig | Where are the closest Invenergy projects? |
| Dave G | Buffalo Mountain, TN |
| | |
| Craig | Provided some background on how caves were chosen for pre-construction surveys; said they were chosen partly because of physical characteristics (100ft length) and not actually surveyed |
| | |
| Dave G/Laura | BWEC will have involvement but just in reviewing documents, not in participating in TAC |
| Craig | We need BWEC involvement |
| | |
| Deb | What does post-construction mean when there are various phases? |
| Dave Y | It's a good topic for TAC |
| Craig | Asked for Phase II schedule |

9/10/09

**BEECH RIDGE ENERGY LLC**
**BEECH RIDGE ENERGY CENTER**
**TECHNICAL ADVISORY COMMITTEE**
September 10, 2009 Meeting Minutes

| | |
|---|---|
| Dave G | We should be able to start monitoring 67 turbines in Spring 2010, Phase II will be installed ideally by end of 2010 |
| Ross | Would ever be temporary? |
| Dave G | No, the lifetime is 20+yrs and there are decommissioning bond requirements. |
| Ross: | What's the predominant land use? |
| Dave G | Mead Westvaco is the landowner and does timber and leases land for mining |
| Deb | When will monitoring occur? |
| Dave Y | Apr-Oct for mortality, eagle/osprey issue is in question |
| Craig | What is the eagle/osprey study intent? |
| Dave Y | It's in question |

**TAC Discussion**                                   **Laura Miner**

| | |
|---|---|
| Laura | Needs TAC members to identify an alternate in case they are unable to attend a meeting or need to resign from the TAC |
| Ross | Will results affect construction or operations |
| Dave G | Primarily operations |
| Wendy, Dave Y | Adaptive management strategy will address |
| Craig | Since we can't really predict, let's look at how to deal with it |
| Dave Y | said permit requires us to look at costs |
| Frank | Needs to ask Sierra Club if they agree to the communications protocol, particularly the section on agreeing not to release draft reports outside the member organizations |
| Craig | Needs to be able to talk independently as WVDNR |
| Laura | Agencies (WVDNR, PSC, FWS) have authority to talk to Beech Ridge as individuals, but majority is needed for a TAC recommendation [Clarification: all TAC members have authority to speak as individual organizations] |
| Frank | Does WEST has a statistician because Kerlinger didn't at Backbone Mountain |
| Dave Y | WEST has statisticians and expertise in this area |
| Craig | Identifying up-front that bats are going to be the issue (rather than birds) is a positive step |

**BEECH RIDGE ENERGY LLC**
**BEECH RIDGE ENERGY CENTER**
**TECHNICAL ADVISORY COMMITTEE**
**September 10, 2009 Meeting Minutes**

| | |
|---|---|
| Deb | FWS wants to review formally and will send comments |
| Laura | Get comments to Laura; guidelines won't be finalized until everyone agrees |
| Dave Y | Draft protocol would also be available soon |
| | |
| Jim | The TAC should consider non-endangered species given things like white nose syndrome |
| | |
| Ross | What are the roles of Invenergy and WEST? |
| Dave G | Clarified that WEST is a contractor to Invenergy |

**Tour**

**Protocol**                                      **Wendy Tidhar**

| | |
|---|---|
| Earl | How and who will conducted searcher efficiency? |
| Wendy | Explained the protocol [presentation will be available shortly] |
| | |
| Cindy | What time of day will you conduct searches?  Can Cindy observe? |
| Wendy | Searches will be conducted after sunrise |
| Dave Y | Observation should be ok as long as Beech Ridge is ok with this; just have to go through safety training and wear safety equipment |
| | |
| Deb | Will weather info should also be noted on casualty info form? |
| Dave Y | Since mortality didn't occur during the time of search, WEST will collect weather data from night before from met towers and turbines |
| | |
| Frank | Is location map N/S oriented? |
| Dave Y | Yes |
| | |
| Craig | Are there conditions under which they don't search? |
| Dave Y | Yes, when there is extreme weather or if Beech Ridge Energy asks to stay off site |
| | |
| Craig | Do searchers know when efficiency trial is coming (by placing same number of trials out each time)? |
| Wendy | No, Wendy is careful not to bias results like this |

**BEECH RIDGE ENERGY LLC**
**BEECH RIDGE ENERGY CENTER**
**TECHNICAL ADVISORY COMMITTEE**
**September 10, 2009 Meeting Minutes**

| | |
|---|---|
| Earl | What proportion of carcasses are removed by scavengers during efficiency trials? |
| Wendy | Depends on scavengers: ravens are particularly smart |
| | |
| Dave Y | Another correction factor is for area |
| Jim | Does WEST do power analysis? |
| Wendy | Goal of 50-100 carcasses for searches is based on this |
| Jim | Does WEST have confidence in this approach? |
| Dave Y | We should have enough bats |
| Ross | What about turbines where you don't find any carcasses? |
| Dave Y | Over time, carcasses will be found at each turbine |
| Ross | If a carcass is found in an easy search area, is that used for difficult search area? |
| Dave Y | Showed an example of map for different visibility areas |
| | |
| Ross | Asked Cindy if raptor migrations started in April |
| Cindy | Will check |
| Dave Y | There might be winter residents, but concern is bats |
| Craig | Maybe eagle/osprey study can find this out |
| | |
| Dave G | Described cut-in speed: after turbine anemometer sees 3.5 m/s, turbine will start generating electricity |
| Dave Y | Large incremental benefits haven't been seen past 5.0 m/s so WEST is suggesting looking at different time periods |
| Craig | Sunset to midnight should be sunset plus X hours |
| | |
| Earl | What 9 weeks are you considering? |
| Dave Y | Approximately July 20 – September 10, but want to wait until Fall 2009 data is in to make sure this is the right time period |
| | |
| Craig | Would be nice to have comparable data with Casselman, and don't give up on 6.5 m/s just yet. |
| Dave Y | It'll be interesting to see what Casselman happens this year, last year 6.5 m/s was actually worse than 5.0 m/s.  Could potentially look at 2 hours after sunset, 2 hours before sunrise.  Ideally we'll get predictive: operators will know that under certain wind, weather, time conditions, adjust cut-in speed to X m/s. |
| | |
| Ross | What about 0-3.5 m/s?  Are turbines spinning? |
| Dave G | Very slowly.  Do have ability to lock into place. |
| Laura | Locking isn't preferable |

9/10/09

**BEECH RIDGE ENERGY LLC**
**BEECH RIDGE ENERGY CENTER**
**TECHNICAL ADVISORY COMMITTEE**
**September 10, 2009 Meeting Minutes**

| | |
|---|---|
| Deb | Asked about insect hatch and how it's related to bat activity/mortality |
| Dave Y | Not a lot of correlation between bat activity and mortality at Mt Storm |
| Dave G | On and off peak power prices help |
| Craig | Winter might be good for golden eagles, osprey migration |
| Ross | Will we be looking at 100 points post-construction? Would be interesting to see displacement in adjacent communities such as Warbler; has been shown for grassland birds not forest birds |
| Craig | Isn't that because of the threat of a perch? |
| Dave Y | Can we substitute eagle survey with this? |
| Laura | If TAC recommends, we could take that to PSC |
| Earl | You can always do more than the order requires |
| Wendy | We record all birds, not just raptors |

9/10/09