# EXHIBIT 31

# Western EcoSystems Technology, Inc.'s Avian and Bat Monitoring Plan for the Beech Ridge Wind-Energy Center (Sept. 10, 2009)

# Avian and Bat Monitoring Plan for the Beech Ridge Wind-Energy Center Greenbrier County, West Virginia

Wendy L. Tidhar, PhD. & David P. Young, Jr.

Western EcoSystems Technology, Inc.

September 10, 2009

# Monitoring Requirements

- **Three year mortality studies to assess:**

  - Impact on bat life
  - Adaptive management studies to mitigate impacts
  - Costs over a range of mitigation effectiveness levels

- **Three year assessment of the impact to birds**

- **One year eagle/osprey study**

# (1)   Avian and Bat Mortality Study

Components:

- Standardized carcass searches

- Searcher efficiency trials

- Carcass removal trials

# Standardized Carcass Searches

*Objective: To systematically search a sample of turbines for avian and bat fatalities that are attributable to collision with turbines or MET towers.*

## Sample Plots

- 12 turbines will be searched daily from April 15 - October 31

- Even distribution over the project area

- MET tower will be searched

- As large as possible, centered on turbine  - perimeter  delineated with GPS unit.

# Standardized Carcass Searches

## Methods:

- Transects 6 m apart

- Walk rate will be 45-60 m/min, adjusted based on

  ➤ Habitat type

  ➤ Searcher efficiency trial results

- All casualties (fatalities and live) will be recorded

- Live/injured birds or bats

- Casualty data will be recorded on the:

# Casualty Information Field Form

- General Information

- Casualty Information

  - Species
  - Sex
  - Age
  - Physical condition
  - Sign of scavenging
  - Level of decomposition
  - Infestation
  - Condition of eyes
  - Estimated time of death
  - Photographs

CASUALTY INFORMATION FIELD FORM                    *Beech Ridge Wind Energy Facility*

TURBINE BEING SEARCHED: _____          Searcher: _____
Casualty ID # (example ID: 1/1/01_HOBA_T1_1) : _____
Date Found: _____          Time Found: _____
Found During (circle one):     Scheduled Carcass Search     Incidental Find

**CASUALTY** (circle one for each option)

Bird / Bat    Live / Fatality    If Live: Euthanized / Released / Transported to rehab. facility

Collected:    Yes    No
Left for Carcass Removal Trial:    Yes    No    Carcass Removal ID No.: _____
Species Code (e.g. HOBA = hoary bat) : _____
Age:    A    J    U    Sex:    M    F    U
Position:    Face Up    Face Down
Physical Condition at time of find:    Complete    Partial    Feather Spot    Scavenged
Describe Injuries: _____
_____

Scavenging:    Yes    No    Possible Scavengers: (circle the most prevalent or likely)
                             small carnivores       large carnivores
                             rodents                corvids or other birds        unknown
                             insects  (external scavenging)
                             other: _____
Scavenging Notes: _____
_____

Carcass Condition:                         Infestation:
_____ Fresh (no visible signs of decomposition)    _____ None      _____ Flies
_____ Decomposing – early (flesh mostly present)   _____ Ants      _____ Maggots
_____ Decomposing – late (flesh mostly absent)     _____ Bees/Wasps  _____ Beetles
_____ Desiccated                                   _____ Grasshoppers  _____ Other
_____ N/A (e.g., feathers only)
Eyes:                                      Estimated time of death:
_____ Round/fluid filled           _____ Last night      _____ > 2 weeks
_____ Dehydrated                   _____ 2 – 3 days       _____ > 1 Month
_____ Sunken                       _____ 4 – 7 days       _____ Unknown/Undetermined
_____ Absent (empty skull)         _____ 7 – 14 days
_____ N/A (e.g., head missing)
Photo Numbers (at least 4 photos of fatality and surrounding landscape): _____
Additional Notes: _____
_____
_____
_____

# Casualty Information Field Form

- Location of the casualty in relation to the turbine.
  - ➢ Bearing and distance from turbine
  - ➢ UTM coordinates

- Dominant vegetation / visibility class
  - ➢ Easy
  - ➢ Moderate
  - ➢ Difficult
  - ➢ Very Difficult

---

**CASUALTY INFORMATION FIELD FORM**                    *Beech Ridge Wind Energy Facility*

**LOCATION (Part # 1)**

Nearest turbine (number): _____

Quadrant:  NE  SE  NW  SW   Bearing from turbine: _____ Distance from turbine (m): _____

Transect #: _____ Perpendicular Distance to Transect (m): _____

UTM: Datum: _____ (i.e. NAD 27) Northing: _____ Easting: _____

Found Outside of plot?   Yes     No

**LOCATION (Part # 2)**

Nearest turbine (number): _____

Quadrant:  NE  SE  NW  SW   Bearing from turbine: _____ Distance from turbine (m): _____

Transect #: _____ Perpendicular Distance to Transect: _____

UTM: Datum: _____ (i.e. NAD 27) Northing: _____ Easting: _____

Found Outside of plot?   Yes     No

Map Approx. Location on diagram: (label with part number)



**VEGETATION (w/in 1 m² of carcass)**

Dominant Cover (choose only one):

_____ Bare Ground (0% veg; e.g., road, gravel, dirt)
_____ Large Rock/Boulders
_____ Grassland
_____ Shrub/scrub
_____ Forest/Woodlot
_____ Other: _____

% Veg cover w/in 1 m radius of carcass (circle one):

<10  11-25  26-50  50-75  75-99  100

Visibility Index:

_____ Easy (e.g. ≥ 90% bare ground)
_____ Moderate (e.g., ≥ 25% bare ground with ≤ 6" veg height)
_____ Difficult (e.g., ≤ 25% bare ground with ≥ 12" veg height)
_____ Very Difficult (e.g., dense vegetation – unable to see ground)
_____ Not searched (dense shrub/tree cover)

Slope ≥25%:   Yes    No

Veg. Height: Max _____ Avg. _____

Additional Notes: _____

_____

# Searcher Efficiency Trials

*Objective*:  *To  estimate the percent of avian/bat fatalities found by searchers*

- Estimation by **carcass size** and **visibility class**

- Goal:   Over the study period 50-100 carcasses in each size class and each visibility class

- Carcasses placed at a random bearing and random distance from turbine

- Carcass discretely marked with tape around leg

- Carcass removed when discovered or after searches are complete

# Carcass Removal Trials

*Objective*: *To estimate the length of time carcasses remain in the search area*

- Carcasses placed at unsearched turbines

- Goal: Over the study period 50-100 carcasses in each size class and each visibility class.

- Carcasses monitored over 14 days

- Carcasses checked on Day 1, 2, 3, 4, 5, 7, 10, and 14

- Carcass or evidence removed after Day 14

# Data Analysis

Estimate total number of wind turbine casualties based on:

- Observed number of casualties

- Searcher efficiency expressed as a proportion of trial carcasses found

- Removal rates expressed as the length of time a carcass is expected to remain in the study area and available for detection

Estimates calculated for all birds, bats, and bird sub-groups

# Monitoring Requirements

- **Three year mortality studies to assess:**

  ➢ Impact on bat life
  ➢ Adaptive management studies to mitigate impacts
  ➢ Costs over a range of mitigation effectiveness levels

- **Three year assessment of the impact to birds**

- **One year eagle/osprey study**

# (2)   Adaptive Management Studies

*Objective: To mitigate potential impacts of the wind-energy facility to bats*

- THREE YEAR STUDY

- EVOLUTION OVER TIME

- NOT JUST REPETITION

# (2)   Adaptive Management Studies

**First Year Focus:   Cut-in speed adjustment study**

- No adjustment – cut-in speed 3.5 m/s

- Cut-in speed increased to 5.0 m/s for entire night

- Cut-in speed increased to 5.0 m/s from sunset to midnight

# (2)    Adaptive Management Studies

- Three groups:

  - ➢ 7 turbines from avian/bat mortality study

  - ➢ 14 turbines divided into two groups

  - ➢ Remainder 5 turbines will be monitored and not adjusted

- Weekly rotation  between three treatments

- Each group will receive each treatment for a total of three weeks

# (2)   Adaptive Management Studies

- Searcher efficiency and Carcass removal trials continued throughout as described

- Number of casualties adjusted to estimate number of fatalities with each treatment

- Adjusted values will be compared between treatments

# (2)    Adaptive Management Studies

## Alternative strategies ……..

## What happens next?

# YEAR ONE

Did the cut-in speed adjustment study meet its objectives?

Is it economically feasible to adjust cut-in speed of all turbines for this period of time?

Can we predict *when* to adjust cut-in speed?

# YEAR TWO

- Do some turbines have higher kill rates than others?

- Can we predict which nights to adjust cut-in speed based on weather data?

# YEAR THREE

- Predict which turbines and which nights will cause the greatest fatalities

- Adjust cut-in speed on those turbines

- How does it compare to Year One fatalities?

# WHAT NEXT?

What happens if adjusting cut-in speed does not reduce bat impacts?

Other ways to reduce impacts:

Off-site habitat mitigation?
External research funding?

# (3)    One Year Eagle/Osprey Study

*Objective*:  *To determine use of the wind- energy facility by eagles/osprey*

- Five modified point counts with good views along ridges

- Twenty minute survey at each point once per week during  spring and fall migration

- All birds observed in the twenty minutes recorded

- Relative exposure index calculated

# Fixed-Point Bird Use Data Form

- ## General Information
  - ➢ Date
  - ➢ Start/End time
  - ➢ Weather information

- ## Data recorded
  - ➢ Species
  - ➢ Sex
  - ➢ Age
  - ➢ Distance at first observation
  - ➢ Closest distance to observer
  - ➢ Height above ground
  - ➢ Activity (perch, soar, glide)
  - ➢ Habitat

- ## Flight path of raptors mapped



# Questions and Discussion Items