**United States District Court
for the District of Maryland**

_____
ANIMAL WELFARE INSTITUTE, et al.,  )
                                         )
               Plaintiffs,           )
                                         )
         v.                     )         Civ. No. 09-1519 (RWT)
                                         )
BEECH RIDGE ENERGY LLC, et al.,    )
                                       )
             Defendants.      )
_____

**JOINT PRETRIAL FACTUAL STIPULATIONS**

**A.**    **Introduction**

1.    Plaintiffs Animal Welfare Institute ("AWI"), Mountain Communities for Responsible Energy ("MCRE"), and David G. Cowan (hereinafter "Plaintiffs") seek declaratory and injunctive relief pursuant to the Endangered Species Act ("ESA"), 16 U.S.C. §§ 1531-1544, as a result of construction and operation activities of Defendants Beech Ridge Energy LLC and Invenergy Wind LLC ("Defendants") related to the Beech Ridge wind project (the "Beech Ridge Project").

2.    Defendant Invenergy Wind is the fifth largest wind developer in the United States, with an aggregate wind-energy generating capacity of nearly 2,000 megawatts.

3.    Defendant Beech Ridge Energy LLC is a wholly-owned subsidiary of Defendant Invenergy Wind LLC.

4.    Plaintiff AWI is a nonprofit animal protection organization whose mission includes strengthening protections afforded to endangered and threatened species, including the Indiana bat, under the ESA.

5.     Plaintiff MCRE is a nonprofit community organization formed in 2005 with the publicly stated goal to "assess and disclose the impacts of a proposed wind energy facility in Greenbrier County."

6.     Plaintiff David G. Cowan lives near the Beech Ridge Project site, and he states that he has observed Indiana bats, as well as other bats, on a number of occasions in West Virginia, including in hibernacula in the vicinity of the Beech Ridge Project, and who derives scientific, educational, aesthetic, and recreational enjoyment from observing this species in the area.  He intends to continue these activities on a regular basis in the future.

7.     Defendants do not raise objections to Plaintiffs' standing to file a legal claim challenging the Beech Ridge Project.

B.     **The Indiana Bat**

8.     The United States Fish and Wildlife Service ("FWS") listed the Indiana bat (*Myotis sodalis*) as endangered in 1967 under the predecessor of the ESA because of its declining population numbers.  The species has been listed as endangered continuously since that time.

9.     Indiana bats are small bats weighing approximately one quarter of an ounce.  They are in the genus *Myotis* and share some morphological similarities with other *Myotis* species.

10.    The Indiana bat's range includes approximately twenty states in the midwestern and eastern United States, including West Virginia.

11.     The range-wide Indiana bat population has declined since 1967 and was estimated by the FWS in 2007 at approximately 468,184 individuals.

12.     Research suggests that the West Virginia population of hibernating Indiana bats has increased since 1990, with an estimated current population of about 17,000 individuals.

13.     In April and May, Indiana bats emerge from hibernation in caves, called hibernacula. After engaging in a process called "staging" in the vicinity of the hibernaculum, Indiana bats fly to summer roosting and foraging habitat.

14.     Reproductive female Indiana bats form maternity colonies in trees during the summer, where they give birth to Indiana bat "pups."

15.     Studies suggest that reproductive female Indiana bats have one pup each year.

16.     In fall, Indiana bat maternity colonies disperse, and females and juveniles migrate back to hibernacula.

17.     Male Indiana bats spend their summers alone or in small temporary groups in roost trees, changing roost trees and locations throughout the summer. Roost trees generally consist of snags, which are dead or dying trees with exfoliating bark, or living trees with peeling bark (*e.g.*, shagbark hickory).

18.     During fall, Indiana bat males disperse from summer habitat and migrate back to hibernacula.

19.     In fall, Indiana bats engage in "swarming" in the vicinity of the hibernaculum, which culminates in mating. Indiana bats ordinarily engage in staging and swarming within

five miles of a hibernaculum, but may also engage in staging and swarming activities beyond five miles of a hibernaculum.

20.     Indiana bats typically enter hibernation by mid-November and remain in hibernacula for the duration of winter.

C.     **Wind Energy and Bats**

21.     Wind energy facilities have caused bat mortality through both turbine collisions and barotrauma.  Barotrauma is damage caused to enclosed air-containing cavities (*e.g.*, lungs, eardrums, etc.) as a result of a rapid change in external pressure, usually from high to low.

22.     At the Mountaineer wind energy facility in West Virginia, which is approximately 75 miles from the Beech Ridge Project, a post-construction mortality study resulted in an estimated annual mortality rate of 47.53 bats per turbine.

23.     Although bat mortalities have occurred at wind power facilities in spring, summer, and fall, the majority of bat mortalities have occurred during fall dispersal and migration.

24.     Certain wind companies have obtained or are in the process of pursuing an incidental take permit from the FWS pursuant to section 10 of the ESA.

D.     **Beech Ridge Wind Project Description and Chronology**

25.     On November 1, 2005, Defendant Beech Ridge Energy LLC filed its application for a siting certificate from the West Virginia Public Service Commission ("WV PSC") for the Beech Ridge Project.

26.     As described to the WV PSC, the Beech Ridge Project is located in Greenbrier

County, West Virginia, and the Project's turbines are located along approximately 23

miles of Appalachian mountain ridgelines.

27.     The Beech Ridge Project turbines will be approximately 400 feet tall.

28.     The Beech Ridge Project is projected to operate for a minimum of twenty years.

29.     Snedegar's Cave, located approximately 6.7 miles east of the nearest Beech Ridge

Project turbine, had approximately 287 hibernating Indiana bats in the winter of 2008.

The Indiana bat population in Snedegar's Cave has increased by approximately 105%

since 2002.  Snedegar's Cave is classified as a Priority 3 Indiana bat hibernaculum by

the FWS in the 2007 Indiana Bat Draft Recovery Plan, which is defined as one that

contains between 50 and 1,000 Indiana bats.

30.     Martha's Cave, located approximately 9.6 miles east of the nearest Beech Ridge

Project turbine, had approximately 251 Indiana bats in the winter of 2008.  The

Indiana bat population in Martha's Cave has increased by approximately 39% since

2002.  Martha's Cave is classified as a Priority 3 Indiana bat hibernaculum by the

FWS in the 2007 Indiana Bat Draft Recovery Plan, which is defined as one that

contains between 50 and 1,000 Indiana bats.

31.     Hellhole Cave, which contains a population of approximately 11,900 hibernating

Indiana bats, is located approximately 75 miles northeast of the nearest Beech Ridge

Project turbine.  Hellhole Cave is the only Indiana bat hibernaculum in West Virginia

classified as Priority 1 by the FWS in the 2007 Indiana Bat Draft Recovery Plan,

which is defined as one that typically contains a population of 10,000 or more Indiana bats.

32.  At least one male Indiana bat has been captured during summer in each of the following counties: Nicholas County, Clay County, Kanawha County, Boone County, and Raleigh County.  Nicholas County borders Greenbrier County to the northwest, and one male Indiana bat was captured there in 2004.  Clay, Kanawha, Boone, and Raleigh Counties do not border Greenbrier County and are located generally west of Greenbrier County.

33.  One female Indiana bat maternity colony has been identified during the summer season in Kanawha County and one Indiana bat maternity colony has been identified on the border between Kanawha and Boone Counties.  These counties are located to the west and northwest of Greenbrier County, and neither is adjacent to Greenbrier County.

34.  From July 22-26, 2005, after Defendants had decided to apply for a siting certificate with the WV PSC, Defendants' environmental consultant, BHE Environmental, conducted a five-day mist-net survey, which involved data collection at 15 sites, near proposed Beech Ridge Project turbine locations.  The purpose of such a survey is to capture and identify bats that may be using the Project area, including Indiana bats. The July 2005 mist-net survey did not identify any Indiana bats.

35.  The July 2005 mist-net survey was conducted during full moon or near-full moon conditions.

36.     An employee of one of BHE Environmental's subcontractors for the July 2005 mist-

        net survey, Gary Libby, collected one night of acoustic data at each of two mist-net

        sites using an AnaBat detector.  Mr. Libby was employed by a consulting company

        called EcoTech, which was retained by BHE Environmental to assist with the July

        2005 mist-net survey.  Mr. Libby's only involvement in the Beech Ridge Project was

        his participation for three nights during the July 2005 mist-net survey.

37.     After turning in both his mist-net survey sheets and files containing AnaBat data to

        his employer, EcoTech, an employee of BHE requested that Mr. Libby revise one of

        his mist-net survey sheets to provide more detail on the mist-net site at issue.  Mr.

        Libby revised the survey sheet as requested.

38.     BHE Environmental provided the mist-net survey sheets to the West Virginia

        Division of Natural Resources ("WV DNR") as part of BHE's 2005 year-end

        reporting requirements.  BHE Environmental provided to the WV DNR Mr. Libby's

        original mist-net survey sheet, not the revised sheet.

39.     BHE Environmental did not analyze Mr. Libby's 2005 AnaBat data prior to this

        litigation and did not provide the data to the WV DNR or the FWS.

40.     According to the survey sheets filled out during the July 2005 mist-net survey, six

        species of bats were captured, including post-lactating females and juveniles of

        *Myotis* species.  Survey sheets indicate that several bats "escaped" prior to being

        identified, including at least one *Myotis* species.

41.     In November 2005, BHE Environmental provided the FWS and the WV DNR with a
        draft "Chiropteran Risk Assessment."

42.     BHE Environmental estimated 6,746 annual bat deaths, if mortality at the Beech
        Ridge Project is generally similar to that detected in mortality studies at the
        Mountaineer facility.

43.     BHE Environmental conducted a cave survey from March 2-7, 2006, examining data
        on 140 caves and physically visiting 24 caves within five miles of the Beech Ridge
        Project.  BHE Environmental did not identify any Indiana bats in the caves visited.
        BHE Environmental did not survey caves further than five miles from the Beech
        Ridge Project.

44.     On March 7, 2006, the FWS sent correspondence to Defendants via BHE
        Environmental regarding bats, including Indiana bats.

45.     From June 12-22, 2006, BHE Environmental conducted a summer mist-net survey,
        which involved mist netting at 12 sites along the Project's transmission line, portions
        of which overlapped with sites on which turbines will be placed on the western side
        of the Project.  No Indiana bats were identified in the June 2006 survey.

46.     On June 19, 2006, BHE Environmental provided the FWS and the WV DNR with a
        final Chiropteran Risk Assessment.

47.     On August 10, 2006, the FWS sent correspondence to Defendants via BHE
        Environmental regarding bats, including Indiana bats.

48.    On August 28, 2006, the WV PSC issued an Order granting Defendant Beech Ridge

Energy LLC's siting certificate for 124 wind turbines.  The current layout of the

Project consists of 67 turbines in the first phase of the Project and 55 turbines in the

second phase.

49.    On July 31, 2007, the FWS sent correspondence to Defendants via BHE

Environmental.

50.    Except for the data referred to in paragraph 36, no acoustic data has been collected on

the project site.

51.    Defendants did not conduct springtime emergence surveys for Indiana bats.

52.    Defendants did not conduct radar or thermal imagery studies during spring, summer,

or fall.

53.    Defendants did not conduct surveys for Indiana bats during spring or fall migration.

54.    Defendants opted not to pursue an incidental take permit pursuant to 16 U.S.C. §

1539.

55.    On October 6, 2008, Plaintiff MCRE and other interested parties filed a 60-day notice

letter pursuant to the ESA, claiming that Defendants were violating the ESA as a

result of construction and operation of the Beech Ridge Project.

56.    On March 5, 2009, Plaintiffs filed a supplemental 60-day notice letter pursuant to the

ESA.

57.    On June 10, 2009, Plaintiffs filed this lawsuit in the federal district court for the

District of Maryland.

58.   On July 10, 2009, Plaintiffs filed a motion for a preliminary injunction.

59.   On July 30, 2009, the Court consolidated the preliminary injunction hearing with a

      trial on the merits.

60.   On August 31, 2009, Michael Gannon, Lynn Robbins, Karen Tyrell, and Russ

      Rommé conducted a site inspection of portions of the Beech Ridge Project.  On

      September 1, 2009, Michael Lacki conducted a site inspection of portions of the

      Beech Ridge Project.

61.   In early September 2009, Defendants produced to Plaintiffs AnaBat files recorded

      during two nights at the Project site in July 2005, which had been collected by Mr.

      Libby and provided to BHE Environmental.  This data has been analyzed by

      Plaintiffs' experts Drs. Robbins and Gannon for Indiana bat presence.  The data has

      also been analyzed by BHE Environmental for Indiana bat presence.

62.   The parties do not dispute that Dr. Gannon, Dr. Robbins, Dr. Kunz, Dr. Lacki, Dr.

      Tyrell, and Mr. Rommé, who have been identified by each of the parties to offer their

      opinions as to potential Indiana bat impacts at the Beech Ridge Project, are qualified

      as bat biologists to offer expert testimony in this case.  The parties further agree that

      questions regarding the specific expertise of these witnesses to opine on particular

      issues should go to the weight, rather than the admissibility, of their testimony.


                          Respectfully submitted,

                          _____/s/_____

William S. Eubanks II (admitted *pro hac vice)*
Eric R. Glitzenstein (admitted *pro hac vice)*
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009
Telephone: (202) 588-5206
Facsimile: (202) 588-5049 (fax)
beubanks@meyerglitz.com
eglitzenstein@meyerglitz.com


_____/s/_____
William K. Meyer
(Federal Bar No. 01214)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
Telephone: (410) 332-1240
Facsimile: (410) 659-0436 (fax)
wmeyer@zuckerman.com

*Attorneys for Plaintiffs*


_____*/s Kirsten L. Nathanson*_____
Kirsten L. Nathanson (D. Md. Bar No. 14236)
Clifford J. Zatz (admitted *pro hac vice*)
Jessica A. Hall (admitted *pro hac vice*)
Thomas R. Lundquist (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone:  (202) 624-2500
Facsimile:  (202) 628-5116
knathanson@crowell.com

Dated:  October 19, 2009          Attorneys for Defendants Beech Ridge Energy LLC
                                  and Invenergy Wind LLC

11