THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(SOUTHERN DIVISION)

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, *et al.* ) | |
| ) | |
| Plaintiffs, ) | |
| ) | |
| v. ) | Civil No. RWT 8:09-cv-01519 |
| ) | |
| BEECH RIDGE ENERGY LLC and ) | |
| INVENERGY WIND LLC, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**NOTICE OF FILING OF DOCUMENT UNDER SEAL**

The "Second Declaration of David S. Groberg," which is an attachment to Defendants' Motion for Reconsideration, will be filed with the Clerk's Office in PDF format within 24 hours of the filing of this Notice so that it may be electronically filed under seal. I certify that at the time I am filing this Notice, I will serve copies of the document identified above by electronic mail.

                                                      */s Kirsten L. Nathanson*
                                                     Kirsten L. Nathanson (D. Md. Bar No. 14236)
                                                     Steven P. Quarles (admitted *pro hac vice*)
                                                     J. Michael Klise (application for admission pending)
                                                     Thomas R. Lundquist (admitted *pro hac vice*)
                                                     CROWELL & MORING LLP
                                                     1001 Pennsylvania Ave., NW
                                                     Washington, D.C. 20004-2595
                                                     Telephone: (202) 624-2500
                                                     Facsimile: (202) 628-5116
                                                     knathanson@crowell.com

Dated: December 22, 2009                 Attorneys for Defendants Beech Ridge Energy LLC
                                                     and Invenergy Wind LLC