**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND**

|  |  |  |
|---|---|---|
| ANIMAL WELFARE INSTITUTE, *et al.*, | ) | |
|  | ) | |
| Plaintiffs, | ) | |
|  | ) | |
| v. | ) | No. 09-1519 (RWT) |
|  | ) | |
| BEECH RIDGE ENERGY LLC, *et al.*, | ) | |
|  | ) | |
| Defendants. | ) | |
|  | ) | |

**JOINT MOTION FOR APPROVAL AND
<u>ENTRY OF STIPULATION</u>**

The parties, through undersigned counsel, hereby jointly move the Court to approve, and enter as an Order of the Court, the attached Stipulation. The reasons for this motion are as follows.

In its December 8, 2009 ruling, the Court adopted certain restrictions on the Beech Ridge Wind Energy project (the "project"), but "invite[d] the parties to confer with each other and return to the Court, if agreement can be reached," on terms for any additional turbine operation during the time that Defendants are pursuing an Incidental Take Permit ("ITP") for the project. D.E. 62 at 71. In addition, on December 22, 2009, Defendants filed a motion requesting that the Court modify its remedial order to allow for expanded operation and construction of some of the wind turbines at issue.

In view of the Court's invitation and Defendants' motion, the parties have engaged in extensive discussions to explore whether they could agree on terms under which additional turbine construction and operation could proceed while affording endangered Indiana bats

adequate protection during the time that Defendants are pursuing an ITP.  These discussions have also extended to whether the parties could agree on terms under which the parties would concentrate their energies on the ITP process that Defendants have now initiated in response to the Court's ruling, rather than on further litigation concerning the project.

These discussions have now borne fruit.  Under the parties' Stipulation, Defendants would take certain steps to ameliorate the overall impact of the project on Indiana bats – including abandoning certain of the turbine sites closest to known Indiana bat hibernacula – while being able to construct some additional turbines, and operate turbines during daylight hours when Plaintiffs' experts agree that Indiana bat deaths are unlikely.  In addition, the parties have agreed on certain elements of the ITP process, which they believe will be consistent with the Court's admonition that the process should proceed "with reasonable promptness, but with necessary thoroughness . . . ."  Mem. Op. at 74.

The parties have further agreed that, should the Court approve the Stipulation, Defendants' pending motion for reconsideration will be rendered moot, and that no party will pursue an appeal of the Court's ruling on the merits.[1]  Thus, in addition to furthering the interests described in the Court's ruling, the parties believe that approval of the Stipulation would also serve the interests of judicial economy and efficiency.[2]

---

[1] Defendants filed a protective Notice of Appeal while discussions with Plaintiffs were ongoing. Defendants will withdraw the Notice within three days of the Court's approval and entry of the attached Stipulation.

[2] The parties have also agreed that if, for whatever reason, the Court declines to approve the Stipulation, the parties respectfully request that Plaintiffs be given until the following day to file their response to Defendants' motion for reconsideration, since Plaintiffs have been concentrating their time and resources on completing the Stipulation as rapidly as possible.

Accordingly, the parties respectfully request that the Court approve the Stipulation and enter it as an Order of the Court. Counsel are, of course, happy to answer any questions the Court may have regarding the Stipulation or any other matters that may bear on it.

Respectfully submitted,

/s/
Eric R. Glitzenstein (admitted *pro hac vice*)
William S. Eubanks II (admitted *pro hac vice*)
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009
Telephone: (202) 588-5206
Facsimile: (202) 588-5049 (fax)
beubanks@meyerglitz.com
eglitzenstein@meyerglitz.com

William K. Meyer
(Federal Bar No. 01214)
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-1240
(410) 659-0436 (fax)
wmeyer@zuckerman.com

*Attorneys for Plaintiffs*

/s/    (with permission)
Kirsten L. Nathanson (D. Md. Bar No. 14236)
Steven P. Quarles (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
Telephone: (202) 624-2500
Facsimile: (202) 628-5116
knathanson@crowell.com

*Attorneys for Defendants*

January 19, 2010