FILED _____ ENTERED
_____ RECEIVED

MAR 3 0 2010

GREENBELT
CLERK U.S. DISTRICT COURT
DISTRICT OF MARYLAND
                      DEPUTY

United States District Court
for the District of Maryland

ANIMAL WELFARE INSTITUTE, et al., )
)
    Plaintiffs, )
)
v. )   Civ. No. 09-1519 (RWT)
)
BEECH RIDGE ENERGY LLC, et al., )
)
    Defendants. )

### Stipulation Regarding Fees and Costs and Proposed Order

Whereas, the Court entered judgment for Plaintiffs on December 8, 2009 (D.E. 63), and

Whereas, in its Order, the Court invited Plaintiffs to "file a motion . . . accompanied by a fee application . . . should they wish to recover costs of this litigation pursuant to 16 U.S.C. § 1540(g)(4)," id., and

Whereas, the Court approved the parties' stipulated agreement on January 26, 2010 (D.E. 78), which provided that the parties would "endeavor to come to an agreement on Plaintiffs' outstanding claim for attorneys' fees and costs," id. ¶ 14, and

Whereas, the parties have negotiated in good faith and have reached a resolution that obviates the need for any further filings with the Court to resolve this issue,

It is hereby agreed, subject to the Court's approval, that:

(1) Defendants will reimburse Plaintiffs for $512,389 in attorneys' fees and $67,866 in costs, and

(2) Such payment will be made to Meyer Glitzenstein & Crystal as soon as practicable, and in any event no later than June 30, 2010.

Respectfully submitted,

/s/
William S. Eubanks II (admitted *pro hac vice*)
Eric R. Glitzenstein (admitted *pro hac vice*)
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue NW, Suite 700
Washington, DC 20009
(202) 588-5206, (202) 588-5049 (fax)
beubanks@meyerglitz.com
eglitzenstein@meyerglitz.com

/s/
William K. Meyer (Federal Bar No. 01214)
ZUCKERMAN SPAEDER LLP
100 East Pratt Street, Suite 2440
Baltimore, MD 21202
(410) 332-1240, (410) 659-0436 (fax)
wmeyer@zuckerman.com

*Attorneys for Plaintiffs*

/s/
Kirsten L. Nathanson (D. Md. Bar No. 14236)
Steven P. Quarles (admitted *pro hac vice*)
CROWELL & MORING LLP
1001 Pennsylvania Ave., NW
Washington, D.C. 20004-2595
(202) 624-2500, (202) 628-5116
knathanson@crowell.com

*Attorneys for Defendants*

PURSUANT TO STIPULATION, IT IS SO ORDERED:

Date: March 29, 2010

The Honorable Roger W. Titus
U.S. District Court Judge

2