**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

|  |  |
|---|---|
| ANIMAL WELFARE INSTITUTE, *et al.*, ) ) ) | Civil Action |
| Plaintiffs, ) ) | No.: 09-cv-01519 (RWT) |
| v. ) ) |  |
| BEECH RIDGE ENERGY LLC, *et al.*, ) ) |  |
| Defendants. ) ) |  |

## JOINT MOTION TO REOPEN

The parties, through undersigned counsel, hereby jointly move the Court to reopen this case for the purposes of (1) granting the parties' attached Joint Motion for Approval of Modification of Stipulation (Exhibit A), and (2) entering as an Order of the Court, the attached Modification of Stipulation (Exhibit B).

On January 26, 2010, the Court entered a joint Stipulation of the parties (Exhibit C). The Stipulation was the result of negotiations between the parties that followed the Court's December 8, 2009 ruling in which the Court adopted certain restrictions on the Beech Ridge Wind Energy project (the "Project"), but "invite[d] the parties to confer with each other and return to the Court, if agreement can be reached," on terms for any additional turbine operation during the time that Defendants are pursuing an Incidental Take Permit ("ITP") for the project. D.E. 62 at 71.

Paragraph 15 of the Stipulation provides that "[i]n the event either party believes that the terms of this Stipulation should be modified based on new circumstances or any other factors, the party

seeking such modification will provide written notice to below-signed counsel for the opposing parties. If the parties cannot agree within 30 days following receipt of such notice to seek joint modification of the Stipulation, the party seeking modification may petition the Court for appropriate relief." Pursuant to Paragraph 15 of the Stipulation, the parties agree that new circumstances and other factors justify modification of the Stipulation.

Accordingly, the parties respectfully request that the Court grant this motion to reopen for the purpose of (1) granting the parties' attached Joint Motion for Approval of Modification of Stipulation (Exhibit A), and (2) entering as an Order of the Court, the attached Modification of Stipulation (Exhibit B).

DATED this 9th day of November, 2011.

Respectfully submitted,

K&L Gates LLP

By: __/s/_____
R. James Mitchell, Esq.
Bar No. 017752
K&L GATES, LLP
1601 K St. NW
Washington, DC 20006-1600
Ph: 202.778.9029
Fax: 202.778.9100
jamie.mitchell@klgates.com

*Attorneys for Defendants*

- 3 -

By:  /s/ (*with permission*)

William S. Eubanks II, Esq. (admitted *pro hac vice*)
Eric R. Glitzenstein, Esq. (admitted *pro hac vice*)
MEYER GLITZENSTEIN & CRYSTAL
1601 Connecticut Avenue NW, Suite 700
Washington, DC  20009
Ph:  202.588.5206
Fax:  202.588.5049
beubanks@meyerglitz.com
eglitzenstein@meyerglitz.com

William K. Meyer, Esq.
(Federal Bar No. 01214)
Zuckerman Spaeder LLP
100 East Pratt Street, Suite 2440
Baltimore, MD  21202
Ph:  410.332-1240
Fax:  410.659.0436
wmeyer@zuckerman.com

(*signed by R. James Mitchell, Esq. with permission of William S. Eubanks, Esq.*)

*Attorneys for Plaintiffs*

K:\2067431\00008\20743_KLV\20743P21CT

**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
GREENBELT DIVISION**

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, *et al.*, ) <br> ) <br> Plaintiffs, ) <br> v. ) <br> ) <br> BEECH RIDGE ENERGY LLC, *et al.*, ) <br> ) <br> Defendants. ) | Civil Action <br> No.: 09-cv-01519 (RWT) |

This Court, having considered the parties' Joint Motion to Reopen, hereby GRANTS the Motion to Reopen and ORDERS that this matter be reopened for the purpose of (1) granting the parties' Joint Motion for Approval of Modification of Stipulation, and (2) entering as an Order of the Court, the parties' Modification of Stipulation.

DATED this _____ day of _____, 2011.

_____
U.S. District Judge