IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND

| | |
|---|---|
| ANIMAL WELFARE INSTITUTE, et al. | : |
| Plaintiffs | : |
| v. | : Civil Action No. RWT 09-1519 |
| BEECH RIDGE ENERGY LLC, et al. | : |
| Defendants | : |

## MEMORANDUM OPINION AND ORDER

The Defendants Beech Ridge Energy LLC and Invenergy Wind LLC ("Defendants") have filed a Motion to Withdraw the Appearance of Counsel (ECF No. 90), seeking to have this Court withdraw the "appearance of Crowell & Moring LLP." The Motion states that "K&L Gates LLP will continue as counsel of record." While this Court will grant the Motion, it should be noted that the Clerk of this Court does not enter the appearance of law firms, but rather of lawyers. Lawyers, not law firms, practice law and are required to be licensed. The Court, however, treats the motion as one to withdraw the appearances of Kirsten L. Nathanson, Clifford Zatz, Jessica Anne Hall, Joseph Michael Klise, Steven P. Quarles, and Thomas R. Lunquist, all of whom are associated with Crowell & Moring LLP.

Accordingly, it is this 15th day of November, 2011, by the United States District Court for the District of Maryland

ORDERED, that the Motion to Withdraw the Appearance of Counsel (ECF No. 90) is **GRANTED**; and it is further

ORDERED, that the appearances of Kirsten L. Nathanson, Clifford Zatz, Jessica Anne Hall, Joseph Michael Klise, Steven P. Quarles, and Thomas R. Lunquist, are hereby **STRICKEN**.

                                                                                 /s/
                                        Roger W. Titus
                                        United States District Judge