# UNITED STATES DISTRICT COURT
# DISTRICT OF MARYLAND

**ROGER W. TITUS**  
UNITED STATES DISTRICT JUDGE

6500 CHERRYWOOD LANE  
GREENBELT, MARYLAND 20770  
301-344-0052

## M E M O R A N D U M

TO: Counsel of Record

FROM: Judge Roger W. Titus

RE: *Animal Welfare Institute, et al. v. Beech Ridge Energy LLC, et al.*  
Civil No. RWT 09-1519

DATE: November 15, 2011

\* \* \* \* \* \* \* \* \*

      The Court having considered and granted the parties' Joint Motion to Reopen this case for the sole purpose of granting the parties' Joint Motion for Approval of Modification of Stipulation and the Modification of Stipulation being docketed on November 15, 2011 at ECF No. 93, it is hereby directed that the Clerk of this Court **CLOSE** this case.

      Despite the informal nature of this ruling, it shall constitute an Order of the Court, and the Clerk is directed to docket it accordingly.

/s/  
Roger W. Titus  
United States District Judge